UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CV-ALTONAGA/TORRES

DELIO BATISTA, et al

        Plaintiffs,

vs.

AVANT ASSURANCE INC., et al,

        Defendants.          

## NOTICE SCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by Chief United States District Judge Cecilia M. Altonaga (D.E. #34), a settlement conference in this matter is scheduled before Chief United States Magistrate Judge Edwin G. Torres on **Tuesday, February 7, 2023 at 10:00 a.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record.  Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

DONE in Miami, Florida this 31st day of January, 2023.

                                    ANGELA E. NOBLE
                                    CLERK OF COURT

                                  Maedon Clark, Deputy Clerk

---

[1] The settlement conference will be conducted via ZOOM.  The parties will receive the ZOOM information by email.