UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** came before the Court *sua sponte*. On August 24, 2022, the Court entered an Order [ECF No. 4] instructing Defendants to "file a 'Response to Plaintiff[s'] Statement of Claim' . . . within twenty (20) days of being served with Plaintiff[s'] Statement of Claim." (*Id.* ¶ 2 (alteration added)). After some delays, Plaintiffs filed their Statement of Claim [ECF No. 32] on January 11, 2023. To date, Defendants have not filed a response, nor have they requested an extension of time to do so. Accordingly, it is

    **ORDERED** that on or before **February 6, 2023**, Defendants shall file their response to Plaintiffs' Statement of Claim.

    **DONE AND ORDERED** in Miami, Florida, this 1st day of February, 2023.

                                                **CECILIA M. ALTONAGA**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record