|  |  |
|---|---|
| **From:** | flnd_flncmecf@flnd.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-00342-RH-MJF ASHMORE v. RTI SURGICAL Notice of Hearing |
| **Date:** | January 25, 2023 at 10:24 AM |
| **To:** | flnd_clerk@flnd.uscourts.gov |



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Northern District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 1/25/2023 at 9:23 AM CST and filed on 1/25/2023

| **Case Name:** | ASHMORE v. RTI SURGICAL |
|---|---|
| **Case Number:** | [1:22-cv-00342-RH-MJF](#) |
| **Filer:** | |
| **Document Number:** | 8(No document attached) |

**Docket Text:**
**NOTICE OF TELEPHONIC HEARING: Telephonic Scheduling Conference set for 2/6/2023 10:00 AM before JUDGE ROBERT L HINKLE.**

**Call in number: 888-684-8852**
**Access code: 3243416#**
**Security code: 1234#**

*Proceedings may not be recorded or otherwise broadcast for public dissemination.*

*s/ Cindy Markley*
**Courtroom Deputy Clerk (ckm)**

**1:22-cv-00342-RH-MJF Notice has been electronically mailed to:**

JOHN F WYMER, III    john.wymer@thompsonhine.com

TOUSSAINT MARCUS CUMMINGS    toussaint@fairlawattorney.com, brian@fairlawattorney.com, bridget@fairlawattorney.com, melody@fairlawattorney.com

STEPHEN FRANCIS BARBER    sbarber@hgrslaw.com, ssweeney@hgrslaw.com

**1:22-cv-00342-RH-MJF Notice will be mailed via USPS and will NOT be electronically mailed to:**