UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
MARIANA LOPEZ,
CARLOS LOPEZ, AND
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Plaintiffs, Delio Batista, Mariana Lopez, Carlos Lopez, and Rafaela Valiente ("Plaintiffs"), by and through their undersigned counsel, along with Defendants, Avant Assurance Inc., Reinier Cortes, and Andrea Gonzalez Quintero, request a sixty (60) day extension of time to conduct discovery, and state as follows:

1. On October 27, 2022, This Honorable Court issued an Order setting deadlines for the management of this case. [ECF No. 18].

2. Trial is currently set for July 3, 2023 and the discovery deadline is March 6, 2023.

3. The docket in this case demonstrates the extended nature of the statement of claim process that, in turn, has also prolonged the discovery process. *See* ECF Nos. 5, 6, 19, 20, 22, 23, 24, 28, 30, 32, 39, and 44.

4. Plaintiffs are scheduled to take the Deposition of Defendant Reiner Cortes on February

15, 2023.

5. Plaintiff requested the deposition of Defendant Andrea Quintero to occur on February 23rd, 2023.

6. On February 6, 2023, Defense counsel notified Plaintiffs of Ms. Quintero's unavailability on February 23, and suggested the deposition take place at the end of March or sometime in April to match Plaintiff's schedule.

7. On January 27, 2023, Defense counsel requested the depositions of each Plaintiff assigned to this case to occur during the first week of March.

8. On February 3, 2023 undersigned counsel advised of his unavailability for the dates provided by Defense Counsel.

9. Both parties request an extension of the discovery deadline to be moved from March 6, 2023 to April 6, 2023.

10. These extensions will affect the deadlines set forth in the trial order issued by this court at ECF No. 18, and so the parties also request an extension of the pre-trial motion deadline (March 21, 2023) and trial documents submission deadline (April 18, 2023).

11. This Motion is being made in good faith and not for purposes of delay, and neither party will be prejudiced by the Court's granting the extensions sought.

12. A proposed order granting this motion is attached as Exhibit A.

**CERTIFICATE OF CONFERRAL**

Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that undersigned counsel's office conferred with defense counsel's office via email on February 6, 2023, regarding the relief requested in this Motion. Furthermore, the undersigned spoke to defense counsel, Santiago Cueto, on February 7, 2023 via Zoom during the settlement conference in front of Magistrate Judge Edwin Torres, and

2

defense counsel does not oppose the relief requested.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)

Respectfully submitted on February 7, 2023.

*s/*Toussaint Cummings, Esq.
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
