UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
MARIANA LOPEZ,
CARLOS LOPEZ, AND
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

THIS CAUSE, having come before the Court on Joint Motion for Extension of Discovery Deadline, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The Order Setting Trial Deadlines shall be amended to reflect that all discovery shall be completed by May 6, 2022.

DONE AND ORDERED in Chambers on this \_\_\_\_\_ day of February 2023.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*