UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,
v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.
_____/

## ORDER STRIKING DISCOVERY NOTICES

**THIS CAUSE** came before the Court *sua sponte*. On February 13, 2023, Defendants filed Defendants' Request for Production [ECF No. 49], Defendants' First Set of Interrogatories to Plaintiffs [ECF No. 50], and Defendants' First Request for Admissions to Plaintiff [ECF No. 51]. Under Local Rule 26.1(b), discovery responses and notices "shall not be filed until they are used in the proceeding or the court orders filing." S.D. FLA. L.R. 26.1(b). The Notices have not been used in this proceeding, nor has the Court ordered their filing. Accordingly,

Defendants' Notices **[ECF Nos. 49, 50, and 51]** are **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of February, 2023.

*/s/ Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record