UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CIV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ, and
RAFAELA VALIENTE,

    Plaintiffs,

v.

AVANT ASSURANCE, INC.,
REINIER CORTES, and
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

## MEDIATOR'S REPORT

The parties held a mediation conference on February 22, 2023, and the results of that conference are indicated below:

**Attendance:** All parties and their counsel appeared via Zoom.

**Outcome:** No agreement was reached; IMPASSE

Dated this 22nd day of February, 2023

    Respectfully submitted,
    **Neil Flaxman, Esq.**
    Florida Supreme Court Certified Circuit & Appellate Mediator
    L.R. 16.2 Certified Dist. Ct. Mediator (S.D. Fla.)
    L.R. 4.02 Certified Dist. Ct. Mediator (M.D. Fla.)
    Brickell City Tower, Suite 3100
    80 Southwest 8th Street
    Miami, Florida 33130
    Tel: 305-810-2786- Fax: 305-810-2824
    E-mail: neil@flaxmanmediations.com

By:    *s/ Neil Flaxman*
      Neil Flaxman, Esq.
      Fla. Bar No. 025299