

**Toussaint Cummings <toussaint@fairlawattorney.com>**

---

**Batista et. al v Avant Assurance - Request for 1099s**
1 message

---

**Toussaint Cummings** <toussaint@fairlawattorney.com>  Wed, Feb 22, 2023 at 3:0
To: "Santiago A. Cueto" <sc@cuetolawgroup.com>
Cc: Bridget Obando <bridget@fairlawattorney.com>, Melody Blanco <melody@fairlawattorney.com>, Brian Pollock <brian@fairlawattorney.com>

Hello Santiago,

Will your clients be providing my clients with their 1099s for 2022?

Please consider this a formal request for the 1099s that Avant should have already issued separately to Carlos Lopez, Mariana Lopez, Rafaela Valiente, and Delio Batista. Let me know by the end of the week if your clients have no intention of providing the tax documents.

Thank you,

Toussaint Cummings, Esq.
FairLaw Firm
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Ofc:    305.230.4884
Fax:    305.230.4844
toussaint@fairlawattorney.com
www.fairlawattorney.com