# Tax documents 2022

Add label

**Delio Batista** 9:16 AM
to jmanjarres

Good morning Jennifer,
It is already March, and I haven't yet received any documentation pertaining to my 2022 taxes.
I need that information as soon as possible.
Sincerely,
Delio A. Batista

Reply    Reply all    Forward