**From:** Mariana Lopez  mariana62@gmail.com
**Subject:** Fwd: 1099 Mariana Lopez
**Date:** March 6, 2023 at 6:57 PM
**To:** Bridget Obando  bridget@fairlawattorney.com



Enviado desde mi iPhone

Inicio del mensaje reenviado:

> **De:** Jennifer Manjarres <jmanjarres@avantassurance.com>
> **Fecha:** 6 de marzo de 2023, 5:48:42 p.m. EST
> **Para:** Mariana Lopez <mariana62@gmail.com>
> **Asunto: Re: 1099 Mariana Lopez**
>
> Buenas tardes Mariana,
>
> Por medio de este correo electrónico, le informo que sus formularios de impuesto 1099 fueron enviados por correo (US Postal) y nuestra oficina de abogados también los enviará a la oficina de su abogado esta semana.
>
> Gracias,
>
> **Jennifer A. Manjarres**
>
> **Executive Office Manager**
>
> **O: (305) 686-5561, Ext, 102**
>
> **C: (786) 775-113**3
>
> E:  jmanjarres@avantassurance.com
>
> W: https://obamacareinsurancecenter.com
>
> 
>
> **CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s).  If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither Avant Assurance Inc, nor any of its agents or employees are responsible for the content, including viruses placed by third parties or other harmful components.  This email does not contain legal, tax, or medical advice.  If any confidential information is contained herein, including personal health information, you agree to maintain the confidentiality of any such information. All rights, privileges, and immunities apply.
>
> On Thu, Mar 2, 2023 at 4:44 PM Mariana Lopez <mariana62@gmail.com> wrote:
>> Buenas tardes.
>>
>> Te estoy escribiendo porque no he recibido mi 1099 del 2022 y la estoy necesitando para mis taxes,
>>
>> En espera de tu respuesta.
>>
>> Mariana Lopez