**From: carlos lopez** carloslopezalcala@gmail.com 🚩
**Subject:** FW: Solicitud 1099 | Carlos Lopez
**Date:** March 2, 2023 at 5:35 PM
**To:** bridget@fairlawattorney.com,  brian@fairlawattorney.com



Buenas tardes

Adjunto el correo de solicitud de mi 1099 periodo 2022 que realice al Sr Cortes y la office Manager de Avant.

Saludos
Carlos López

---

**From:** carlos lopez <carloslopezalcala@gmail.com>
**Date:** Thursday, March 2, 2023 at 5:32 PM
**To:** Jennifer Manjarres <jmanjarres@avantassurance.com>, Reinier Cortes <rcortes@avantassurance.com>
**Subject:** Solicitud 1099 | Carlos Lopez

Buenas Tardes estimados,

Les escribo para solicitarles por favor me hagan llegar el 1099 correspondiente al periodo 2022, ya que me urge hacer mi declaración de taxes.
Atento a su pronta respuesta

Carlos López