DELIO BATISTA vs AVANT ASSURANCE INC.
Quintero, Andrea on 04/12/2023

 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA, CARLOS LOPEZ,
MARIANA LOPEZ, and RAFAELA VALIENTE,

     Plaintiffs,

vs.

AVANT ASSURANCE INC., REINIER CORTES,
AND ANDREA GONZALEZ QUINTERO,

     Defendants.
_____/

VIDEOTAPED DEPOSITION OF ANDREA GONZALEZ QUINTERO

TAKEN ON BEHALF OF THE PLAINTIFFS

APRIL 12, 2023
10:15 A.M. TO 11:18 A.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
NICHOLAS CINTAS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877-291-3376
www.ucrinc.com

```
 1                    APPEARANCES OF COUNSEL

 2   ON BEHALF OF THE PLAINTIFFS:

 3        TOUSSAINT CUMMINGS, ESQUIRE
          FAIRLAW FIRM
 4        135 SAN LORENZO AVENUE, SUITE 770
          MIAMI, FLORIDA 33146
 5        05-230-4884
          TOUSSAINT@FAIRLAWATTORNEY.COM
 6
     ON BEHALF OF THE DEFENDANT:
 7
          SANTIAGO CUETO, ESQUIRE
 8        STEINLAW, PA
          2100 PONCE DE LEON BOULEVARD, SUITE 1250
 9        CORAL GABLES, FLORIDA 33134-5267
          05-777-0377
10        SC@CUETOLAWGROUP.COM

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



DELIO BATISTA vs AVANT ASSURANCE INC.
Quintero, Andrea on 04/12/2023                    Page 3

```
 1                    INDEX OF EXAMINATION

 2   WITNESS:  ANDREA GONZALEZ QUINTERO
                                                 PAGE
 3   DIRECT EXAMINATION
          BY TOUSSAINT CUMMINGS, ESQUIRE            6
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



DELIO BATISTA vs AVANT ASSURANCE INC.
Quintero, Andrea on 04/12/2023                 Page 4

```
 1                    INDEX OF EXHIBITS

 2   EXHIBIT              DESCRIPTION              PAGE

 3   (NO EXHIBITS MARKED)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1       VIDEOTAPED DEPOSITION OF ANDREA GONZALEZ QUINTERO

 2                    APRIL 12, 2023

 3            THE COURT REPORTER:  Good morning, everyone.

 4       We are now on the video record.  Today's date is

 5       April 12th, 2023.  And the time is 10:15 a.m.

 6            We are here today to take the videotaped

 7       deposition of Ms. Andrea Gonzalez Quintero.  This

 8       is taken in the matter of Delio Batista, Carlos

 9       Lopez, Mariana Lopez, and Rafaela Valiente vs.

10       Avant Assurance, Inc. Reinier Cortes, and Andrea

11       Gonzalez Quintero.  The Case Number is

12       1:22-CV- 22671-ALTONAGA/TORRES.

13            The Court Reporter and Videographer is

14       Nicholas Cintas with the firm of Universal Court

15       Reporting.

16            All parties are appearing remotely.  May I

17       please have our attorneys introduce themselves for

18       the record?

19            MR. CUMMINGS:  Toussaint Cummings on behalf of

20       the Plaintiffs.

21            MR. CUETO:  Santiago Cueto on behalf of the

22       Defendants.

23    Thereupon:

24                    ANTHONY OWENS

25    Interpreter, having been first duly sworn, testified as
```



 1   follows:

 2                 ANDREA GONZALEZ QUINTERO

 3   was called as a witness, and after having been first

 4   duly sworn, testified as follows:

 5                    DIRECT EXAMINATION

 6   BY MR. CUMMINGS:

 7       Q    Good morning.  Have you ever taken a

 8   deposition before?

 9       A    No.

10       Q    I'm just going to explain some basic rules of

11   a deposition before we get started.  Basically, they

12   just had to do with being respectful to the Court

13   Reporter.

14            The Court Reporter is typing down everything,

15   all of my questions to you and all of your answers back

16   to me.

17            And when the deposition is done, it will be

18   printed up in a transcript, that is a little booklet

19   that will have a question line and an answer line.

20            So, therefore it's very important that we only

21   speak one at a time, so that the Court Reporter can

22   clearly write down the question and the answer.

23            If there comes a time where you cut off my

24   question or I cut off your answer, then I will repeat

25   the question, so that we can have a clear question and

1  clear answer.  Understood?

2      A    Yes.

3      Q    And you always have to provide a verbal

4  response.  If you shake your head yes or no, or if you

5  say um-hum or uh-huh, then that doesn't mean anything

6  when the Court Reporter goes to type it down.  So,

7  please always provide a verbal response.  Understood?

8      A    Yes.

9      Q    And finally, you understand that the -- do you

10 understand that the Court Reporter just swore you in

11 under oath to tell the truth?

12     A    Yes.

13     Q    So, it's very important that you tell the

14 truth today and give a truthful response to all of my

15 answers, understood -- I'm sorry, to all of my

16 questions.  Understood?

17     A    Yes.

18     Q    All right.  What is your full name, including

19 middle name, if you have one?

20          THE INTERPRETER:  This is the Interpreter

21     speaking.  Apparently, the only thing that came

22     through actually was including a middle name if you

23     have one.  So, maybe there was a freeze and I'm not

24     sure if the others were able to catch.

25          MR. CUMMINGS:  I'm experiencing the same thing



DELIO BATISTA vs AVANT ASSURANCE INC.
Quintero, Andrea on 04/12/2023                    Page 8

```
 1      on my end.
 2           THE INTERPRETER:  Okay.  If you can please
 3      repeat the question?
 4           MR. CUMMINGS:  Yeah, I'll repeat it.  Just to
 5      let you know I'm experiencing the same thing on my
 6      end.  So, even though I can't tell everything that
 7      you are saying as the Interpreter, I know that
 8      sometimes the beginning of what you're saying
 9      sounds cut off.
10           So, I'm not sure if Ms. Gonzalez is hearing
11      the whole translation, but I guess, she'll let us
12      know, so.  Yeah.
13           THE INTERPRETER:  Would you like me to ask her
14      at this point?
15           MR. CUMMINGS:  Yeah, if you can ask if she's
16      hearing the complete translation.
17           THE INTERPRETER:  Okay.  Sure.
18           THE WITNESS:  Only for the last question was I
19      not able to hear the interpretation.
20 BY MR. CUMMINGS:
21      Q    Okay.  No problem.  So, I'll just go back to
22 my first question, which was what is your full name?
23      A    Andrea is my first name and my last name is
24 Gonzalez Quintero.
25           THE INTERPRETER:  And apparently she said
```



```
 1          something while I was interpreting.  The
 2          Interpreter will ask her to repeat that part.
 3      A    I do not have a middle name.
 4  BY MR. CUMMINGS:
 5      Q    All right.  What is your date of birth?
 6      A    07/17/1980.
 7      Q    Where were you born?
 8      A    Bogota, Colombia.
 9      Q    How long have you lived in the United States?
10      A    Nine years.
11      Q    Did you move directly to the United States
12  from Colombia?
13      A    Yes.
14      Q    When you moved to the United States, did you
15  move to Miami?
16      A    Yes.
17      Q    What is your current address?
18      A    8405 Northwest 34th Drive, Miami, Florida
19  33122.
20      Q    How long have you lived there?
21      A    Five months.
22      Q    What was your previous address before this
23  one?
24          THE INTERPRETER:  Requires clarification.
25      A    So, that was 4663 Northwest 83rd Parkway,
```



```
 1   Doral, Florida 33166.

 2   BY MR. CUMMINGS:

 3        Q    How long did you live at that address?

 4        A    One year.

 5        Q    Did you live at that address with Reinier

 6   Cortes?

 7        A    Yes.

 8        Q    Did Mr. Cortes' mother also live there with

 9   the two of you?

10        A    No.

11        Q    Has Reinier Cortes' mother ever lived -- I'm

12   sorry, yes, has Reinier Cortes' mother ever lived with

13   you and Mr. Cortes?

14        A    No.

15        Q    Has your mother ever lived with you and

16   Reinier Cortes?

17        A    No.

18        Q    Do you know who Delio Batista is?

19        A    Yes.

20        Q    Is it your understanding that Mr. Batista is

21   dating Reinier Cortes' mother?

22        A    Yes, however they're not dating, they live

23   together.

24        Q    In your -- from your point of view, what's the

25   difference between them dating and living together?
```



 1       A     When you are dating someone you are living as
 2   boyfriend and girlfriend.  You're not sleeping together
 3   every day, you do not share bills.
 4            However, when you live with someone, they
 5   sleep together every day, they -- and they have rent
 6   light, water, internet, and all these others.  They pay
 7   those, they share those.
 8       Q     Was there ever a time when Reinier's mother
 9   lived with him at any address?
10            THE INTERPRETER:  She is asking that
11   Reinier's mother would have lived with whom?
12       Q     Reinier.  Meaning that Reinier's mother lived
13   with him in a house that he owned?
14       A     Yes, prior to our getting married and living
15   together, he lived with his mother.
16       Q     What is your phone number?
17       A     (305) 778-9494.
18       Q     Did you attend school -- or did you attend
19   college in Colombia?
20       A     Yes.
21       Q     Do you have -- did you graduate with a degree
22   in Colombia?
23       A     Yes.
24       Q     What is your degree in?
25       A     Registered nurse.



1      Q    Did you work as a registered nurse in

2  Colombia?

3      A    Yes.

4      Q    Have you worked as a registered nurse in the

5  United States?

6      A    No.

7      Q    What was the first job that you had when you

8  moved to the United States?

9      A    McDonald's.

10     Q    What did you do there?

11     A    I took care of the drive-thru.

12     Q    How long did you work there?

13     A    I do not remember.

14     Q    Was it more or less than one year?

15     A    Less than a year.

16     Q    What was your next job after McDonald's?

17          THE INTERPRETER:  Requires clarification.

18     A    It was a shared part-time between Toys "R" Us,

19  Carter's and Forever 21.

20  BY MR. CUMMINGS:

21     Q    And how long did you work those jobs?

22     A    I do not remember, less than a year.

23     Q    Where do you currently work?

24     A    Avant Assurance.

25     Q    How long have you been working for Avant -- or



1    with Avant Assurance?

2        A    I've been working with them for less than a

3    year.

4        Q    Did you start working -- when you started

5    working for Avant Assurance, were you married to Mr.

6    Cortes?

7        A    Yes.

8        Q    When did you marry Mr. Cortes?

9        A    Year 2013, in June of 2013.

10       Q    Did you know Mr. Cortes before you moved to

11    the United States?

12       A    Yes.

13       Q    How did you know him?

14       A    My sister introduced him to me.

15       Q    Do you currently hold any licenses?

16       A    Yes.

17       Q    What types of licenses do you currently hold?

18            THE INTERPRETER:  Interpreter would like to

19        verify.

20       A    I have a license -- I hold licenses as a

21    medical assistant, electrocardiographist, phlebotomist

22    and insurance agent.

23    BY MR. CUMMINGS:

24       Q    Are all of those licenses valid in the United

25    States?



DELIO BATISTA vs AVANT ASSURANCE INC.
Quintero, Andrea on 04/12/2023                 Page 14

```
 1       A     Yes.
 2       Q     Do you use any of the other licenses besides
 3  your insurance agent license?
 4       A     Nowadays, no.
 5       Q     At some point did you work as a medical
 6  assistant in the United States?
 7       A     Yes.
 8       Q     Okay.  When did you do that?
 9       A     It is from 2016 through 2020, four years.
10       Q     Where did you work as a medical assistant?
11       A     Leon Medical Center.
12       Q     Leon, L-E-O-N?
13       A     Yes.
14       Q     Do you currently have any -- never mind
15  scratch that.  Have you ever been arrested?
16       A     No.
17       Q     In the United States or in any other country?
18       A     No.
19       Q     Have you ever been convicted of any crimes in
20  the United States or any other country?
21       A     No.
22       Q     Have you ever filed a lawsuit against anybody
23  in the United States?
24       A     No.
25       Q     Okay.  Besides this current lawsuit, have you
```



1   ever personally been sued by anybody in the United

2   States?

3        A    No.

4        Q    Besides Avant Assurance, do you currently work

5   any other jobs?

6        A    No.

7        Q    What is your position or your title at Avant?

8        A    Vice President.

9        Q    What are your duties as the vice president?

10       A    To support all independent agents, link with

11  Avant to support with contracts that they must have with

12  the insurance and documentation.

13            MR. CUMMINGS:  Was that -- it is that all she

14       said so far?

15            THE INTERPRETER:  Yes.

16  BY MR. CUMMINGS:

17       Q    Okay.  Now, when you say support independent

18  agents, what do you mean by that?

19            MR. CUETO:  I'm sorry repeat the question

20       please.

21            MR. CUMMINGS:  Yes.  What does she mean by one

22       of her job duties is to support independent agents?

23            MR. CUETO:  Yeah, she can answer that.

24            MR. CUMMINGS:  Okay.  Santiago, sorry.  I

25       don't know who is asking that question.  But yeah



```
 1        that's the question.

 2            MR. CUETO:  Mr. Cummings, are you there?

 3            MR. CUMMINGS:  I'm here, yeah.  I didn't hear

 4        a response though.  Was there a response?

 5            MR. CUETO:  Yeah, there was.

 6            MR. CUMMINGS:  I didn't hear the translation--

 7        oh, you know what, I didn't hear the translation.

 8        I didn't hear the translation.

 9            MR. CUETO:  There hasn't been one, the

10        Interpreter just asked for a moment.

11            MR. CUMMINGS:  I didn't hear that.  I was just

12        waiting for the translation.

13            THE INTERPRETER:  Yeah, she had a very long

14        statement and so I'm just trying to make sure we

15        get it correctly.  So, if you could also ask her to

16        provide shorter statements that would be very

17        helpful.  Okay.  So, give me a moment.

18        A    Okay.  So, yes -- so what it means is that in

19    order for the agent to sell, they need to have signed

20    contracts with each of the insured.  And what that

21    requires is for them to have current documentation.

22            So, that allows them to sell their products

23    and obtain this contract.  My job is precisely to do

24    that, is to support them by helping them to keep their

25    documentation current.  That way they can continue to
```



 1   have their subscriptions.  Therefore, make money.

 2   BY MR. CUMMINGS:

 3        **Q    So, does each insurance agent that works for**

 4   **Avant have to have a contract with the insurance**

 5   **companies that they are selling for?**

 6             MR. CUETO:  I'm going to object to the form.

 7        This is an individual deposition.  You didn't

 8        notice her as an officer of Avant, just as Andrea,

 9        as an individual.  So, to the extent you get into

10        the corporate aspects of the operations of Avant,

11        I'm going to object to that.

12             You're welcome to re-notice her as a corporate

13        officer.  And today she's just noticed as an

14        individual.  So, I would object to the continuation

15        of asking about company operations and such.

16             MR. CUMMINGS:  Okay.  But I mean, she's here

17        as an employee of Avant, so she can testify to

18        whatever she knows about the business.  So, I

19        understand your objection, but I'll just note it

20        for the record and she can answer.

21        A    So, I cannot answer you for each of Avant

22   agents.  So, I am an individual, but like as Andrea

23   Gonzalez, as an agent of Avant or any other health

24   insurance agency must be contracted with them in order

25   to be with that carrier in order to sell must be



1  contracted with them to be able to sell any of their

2  products.

3  BY MR. CUMMINGS:

4      **Q    And does that mean that the agents have to**

5  **sign a contract to work -- well, let me rephrase that.**

6  **Does that mean that the agents have to sign a contract**

7  **to sell for each individual insurance company?**

8          MR. CUETO:  Object to the form.  And I

9      reiterate my prior objection.  You can answer.

10     A    I do not know if each agent has to sign.

11  Andrea Gonzalez must sign and must authorize the

12  contract with the insurance company.

13  BY MR. CUMMINGS:

14     **Q    Okay.  On behalf of Avant Assurance?**

15         MR. CUETO:  Object to the form.  Reiterate my

16     prior objection.

17     A    -- the question and let me know if I can or

18  cannot answer it.

19         MR. CUMMINGS:  You know what, it would

20     probably be good to just take a quick break for a

21     second, but I don't want to go off the record.

22         So, Mr. Cueto, when you -- when you're

23     objecting to form, are you objecting to the form of

24     the question or are you just objecting to the

25     substance of the question?  Because I'm asking



```
 1    about the corporation itself.

 2        MR. CUETO:  The last two, both.  I mean I'm

 3    very careful with form, the way the question was

 4    asked required my objecting to form.  As it would

 5    have been a normal question -- Independently of

 6    that, continuing to go into the Avant stuff because

 7    she's here noticed solely as an individual, not

 8    authorized to answer on behalf of the company.

 9        MR. CUMMINGS:  Well, yeah, I think it's

10    understood that this is not a corporate rep depo.

11    We took the corporate rep depo yesterday, but what

12    other purpose would Ms. Gonzalez be here?

13        I'm not here to ask her about her -- just

14    solely about her personal life, right?  Like she is

15    a named Defendant in this case.  So, I'm sorry, not

16    a name Defendant.

17        She is an employee, the vice president of the

18    corporation.  What other purposes is she being

19    offered for?

20        MR. CUETO:  She is a named Defendant, she's

21    been an individual in this lawsuit and this

22    deposition solely says her in her individual

23    capacity.  If you wanted to depose her as an

24    officer of the corporation, in her capacity, then

25    you could very well do that.
```



 1      Again, there is rules to follow.  And here

 2   today, just like Reinier's deposition yesterday was

 3   not individually, it was a corporate rep depo and I

 4   understand you're going to re-notice this

 5   potentially as an individual from you and in that

 6   same vein you're welcome to depose the Defendant as

 7   an individual.

 8      But again, she was noticed as an individual

 9   and she's preparing to testify as an individual,

10   but she wasn't noticed to testify as an officer of

11   the corporation or as vice president of the

12   corporation.

13      MR. CUMMINGS:  But I think you're

14   misunderstanding, it doesn't work both ways.  When

15   I notice a corporate rep deposition that I am

16   actually deposing Avant Assurance itself, right?

17      MR. CUETO:  Right.

18      MR. CUMMINGS:  Okay.  But if I am talking to

19   an employee of the corporation with limits, am I

20   bound by in my questioning?

21      MR. CUETO:  You can ask her what she does.

22      MR. CUMMINGS:  We can't ask what -- no, I'm

23   not asking what I can't ask her.  I want to know

24   what I can't ask her according to you, and then

25   tell me what authority you have for it.



```
 1        MR. CUETO:  Well, she's not responding on
 2   behalf of the company.  You're correct.  As what
 3   her jobs are as an individual of -- you're asking
 4   questions it seems to me, what is -- how does an
 5   insurance person do this?  And how does this work
 6   in the company?  How does that work in the company?
 7   She can tell you as an individual, but companywide,
 8   you know, that's not her role.
 9        MR. CUMMINGS:  Well, I mean she can --
10        MR. CUETO:  No, it seems like you're
11   overlapping into what corporation does versus what
12   she does as an employee.
13        MR. CUMMINGS:  No, I mean, I think that's just
14   the way you're taking it, but all it is that
15   whatever she answers doesn't bound the corporation,
16   Reinier's depositions bound -- yesterday bound the
17   corporation as the corporate rep.
18        I can ask her whatever I want to ask her, I
19   can ask her everything under the sun and so, yeah.
20        MR. CUETO:  No, I don't think so.  That's --
21        MR. CUMMINGS:  And that's why you can make
22   whatever objections you want.
23        MR. CUETO:  That's why we agree or disagree on
24   making the objections.  You can go ahead and
25   proceed to ask about-- keep making objections again
```

1   if you conduct the person is an employee of the

2   company, then it should have been noticed as

3   employee of the company.  She's just noticed as an

4   individual.

5       MR. CUMMINGS:  But what else --

6       MR. CUETO:  I didn't name her as a Defendant.

7   I don't know why you named her as a Defendant.

8   Okay.  So, you named her as a Defendant in the

9   lawsuit, you've noticed her as an individual in

10  this deposition.  So, you can proceed with the

11  caveat that she's not going to answer in terms of

12  what the policies and procedures are of the

13  company.

14      If she knows it as an individual employee,

15  then that's okay.  I'm just being very, very

16  careful with the role she has here and how she was

17  noticed.

18      MR. CUMMINGS:  Yeah, I think we're saying the

19  same thing.  I think the only misunderstanding that

20  you're having is that she does not bind the

21  corporation.  So, that's fine.

22      MR. CUETO:  No, I was cautious.  I understand

23  that.  It's very clear, very well, we both have

24  been doing this a long time.  But as an individual,

25  you're asking certain questions that seem to, you



 1   know, what is the company's -- without saying so

 2   many words, but along the lines of like how is this

 3   done at the company.

 4        How is that done at the company?  And as her

 5   role and what she knows as her role as an employee,

 6   that's okay.  But when you're asking her things

 7   that's outside of her duties and responsibilities,

 8   you know that's -- it's kind of like asking

 9   question, how does the company do things outside of

10   her role and responsibilities.

11        I don't want to belabor this, but you know, we

12   can just continue on.  We understand our

13   disagreement.  I don't think it's as clear as you

14   think it is but you know, we'll go on with the

15   deposition.  I'll keep making objections.

16        MR. CUMMINGS:  Well, I think that's my only

17   issue because if you keep making -- first of all,

18   we're going -- we started a little late because we

19   had issue with the Court Reporter.

20        Now, we have translation going on.  I mean,

21   you saw how long the deposition was yesterday. That

22   was without a translator.  So, if you continue to

23   object, it's going to further make this deposition

24   longer.

25        MR. CUETO:  No.



```
 1      MR. CUMMINGS:  So, I mean --

 2      MR. CUETO:  Yeah --

 3      MR. CUMMINGS:  You can just have a standing

 4   objection and I think it's understood.  But if you

 5   keep making this, that's why I was trying to

 6   differentiate between is it the form of the

 7   question or you're just saying that, you know, you

 8   don't want certain questions to be asked so she

 9   doesn't have to answer them because of her

10   individual capacity.

11      And if that's your standing objection, then

12   just let that be the standing objection.  But I

13   don't think you need to object that every single

14   time I ask her that.

15      MR. CUETO:  As I said my disagreement.

16      MR. CUMMINGS:  The record speaks for itself on

17   that.  I mean you made the objection.  We

18   understand what it is, we'll be taking it to Court,

19   then the Court can rule on it in that way.

20      MR. CUETO:  Okay.  So, if I can -- get

21   worried-- then.  Can I speak?  Are you done? Okay.

22   I will continue to make my object to form. In those

23   two instances independent of my standing objection

24   there were objection to form.

25      I'll continue to make those objection.  We all
```



1     understand what my standing objection is and what

2     Ms. Andrea's role is here today as she was noticed

3     and Avant's yesterday deposition took a while

4     because it's a corporate rep dep.  You're entitled

5     to ask a bunch of questions.

6          Ms. Andrea's is -- I would anticipate far more

7     limited since she has a very limited role in the

8     company and her knowledge of the company and as an

9     individual herself.  So, you can continue.

10         MR. CUMMINGS:  Thank you.  And I will explore

11    that.  So, I just wanted to know if you're okay

12    with the standing objection or if you're going to

13    continue to object every question asked?

14         MR. CUETO:  I will.  Again, if there is a --

15    I'll do my standard objections like I do in every

16    deposition and we all understand what my standing

17    objection is.

18  BY MR. CUMMINGS:

19    Q     All right.  So, I was asking about your duties

20  in the company and you started saying that the agents

21  needed to have contracts with each carrier.

22         What I don't understand is, let's say for

23  example, you already mentioned that you know who Delio

24  Batista is, correct?

25    A     Yes, I know the person.



1    Q    Okay.  And does Delio Batista have a contract

2  with Ambetter which is separate from his contract with

3  Oscar, which is separate from his contract with whatever

4  other insurance agency that Avant uses?

5        MR. CUETO:  Object to form.  It was a

6        convoluted question.

7    A    I am not authorized by the company to answer

8  this, and I do not remember.  I would have to review it.

9  BY MR. CUMMINGS:

10   Q    When you say you're not authorized by the

11  company to answer, what does that mean?

12   A    I was called here as Andrea Gonzalez, only, as

13  an individual.  I can only answer questions as an

14  individual that refer to myself not regarding the

15  company.  So, my appointment today here is not as part

16  of the corporation.

17   Q    Okay.  And as far as you're concerned, what

18  questions are you here to answer today?

19   A    All questions that pertain to me as an

20  individual.

21   Q    What does that mean?

22        MR. CUETO:  Object to the form to the extent

23        it calls for Deponent to answer with a legal

24        conclusion.

25  BY MR. CUMMINGS:



1      Q    But she can still answer.  I'm trying to

2   figure out what her understanding of -- I'm trying to

3   figure out what your understanding of what questions you

4   can answer here today?

5      A    Whatever you want to know regarding Andrea

6   Gonzalez as a person.

7      Q    Well, I'm not really that interested in you as

8   a person.  I'm interested in you as an employee of

9   Avant.

10          And so, I'm going to ask you questions about

11   what you do at Avant.  Are you going to answer those

12   questions?

13      A    Well, I can answer you as Andrea Gonzalez an

14   employee of Avant and I cannot answer things like what

15   type of contracts, or things like that because I am not

16   authorized to discuss legal matters, but -- or I talk to

17   you about things that are personal, but not having to do

18   with matters of the company of Avant.  Do you have any

19   questions about those?

20      Q    Okay.  So, let me just ask you a question,

21   what equipment do sales agents need to do their jobs at

22   Avant?

23      A    Well, that sort of question about what

24   equipment is required needs to be asked to Avant or to

25   be asked of an agent of Avant in terms of what equipment



DELIO BATISTA vs AVANT ASSURANCE INC.
Quintero, Andrea on 04/12/2023                    Page 28

1    would they need in order to be able to sell.

2         Q    Do you know what equipment -- let me ask this.

3    Where is Avant Assurance's office located currently?

4         A    In Doral.

5         Q    Do you work at that office?

6         A    Yes.

7         Q    When was the last time you worked at that

8    office?

9         A    Yesterday.

10        Q    Okay.  Are you currently at the office now?

11        A    No.

12        Q    When you worked at the office yesterday, were

13   insurance agents also working in the office?

14        A    Yes.

15        Q    Where is your desk or your chair in

16   relationship to those insurance agents?

17             THE INTERPRETER:  Clarification.

18        A    So, in an office away from theirs, they have

19   their space and I have mine with a door.

20   BY MR. CUMMINGS:

21        Q    Okay.  And in walking to your office, can you

22   see where the insurance agents are working?

23        A    Yes.

24        Q    How many floors is the Avant Assurance office?

25        A    One.



 1    Q    Okay.  And from your office, can you see the

 2   insurance agents as they're working?

 3    A    Yes.

 4    Q    Okay.  And when you see the insurance agents

 5   working, do you see what kind of equipment they're using

 6   while they're working?

 7    A    Yes.

 8         MR. CUMMINGS:  Okay.  So, at this point, what

 9         I'm going to do is I'm going to suspend the

10         deposition and I need to take up with the Court the

11         scope of inquiry that I can have with Ms. Gonzalez

12         because I think she's been misadvised about what

13         types of questions she can ask.

14         So, we'll just go ahead and suspend the

15         deposition.

16         MR. CUETO:  You can simply -- or you can make

17         it a lot easier.  You can simply notice her

18         correctly as an of -- in her capacity as the vice

19         president of Avant Assurance.  Again, you only

20         named her as an individual.

21         MR. CUMMINGS:  I think it would be more

22         fruitful, however, if the Court lets us know

23         exactly what the scope of inquiry could be.  And so

24         I'll suspend the deposition now, and then I'll --

25         the motion and we'll just take it up before the



 1   Court.

 2        MR. CUETO:  Again, it would be a lot easier if

 3   you simply just noticed her properly.

 4        MR. CUMMINGS:  --

 5        MR. CUETO:  Tell me the rule.

 6        THE WITNESS:  Can you guys -- so that Anthony

 7   could interpret?

 8        MR. CUMMINGS:  Sure.

 9        MS. CUETO:  And to clarify Mr. Cummings, there

10   is no objection to you asking her questions as an

11   employee regarding her duties responsibilities as

12   an employee of Avant Assurance.

13        The exception we're taking is some of these

14   questions are calling for her to speak on behalf of

15   Avant including areas that she doesn't necessarily

16   knows as an employee.

17        For those questions, you'll need to re-notice

18   her or properly notice her as an officer of the

19   corporation, which you have not done here today for

20   those questions.

21        MR. CUMMINGS:  I understand you're laying your

22   records, so I'll lay mine.  If I ask her a question

23   and her response is, I cannot answer it because I'm

24   not authorized then that means that somebody told

25   her that she should not answer certain questions.

1        Her response is not that, I don't know.  It

2    would be completely different if she said, I don't

3    know the answer to that question, and then I'll

4    just take my answer as it comes.

5        But that's not what she's saying.  What she's

6    saying is that she's not going to answer any

7    question that she feels is not appropriate because

8    she hasn't been authorized to.

9        So, again, I let you lay your record.  I laid

10   mine.  We'll take it up with the Court.  Thank you

11   everybody for your time.  Have a good day.

12       MR. CUETO:  Thank you, Mr. Cummings.  Have a

13   good day.  Thank you everybody.

14       THE COURT REPORTER:  Thank you.  Would the

15   gentlewoman like to read or waive this portion if

16   it is typed up in the future?

17       MR. CUETO:  We'll read if it's typed up.

18       (Deposition concluded at 11:18 a.m.)

19       (Reading and signing of the deposition by the

20       witness has been reserved.)

21

22

23

24

25

