UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:22-CV-22671

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ, and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, and
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS

The undersigned attorney, Daniel E. Tropp, Esquire, hereby files this his co-notice of appearance on behalf of Defendants in regard to the above styled action and requests that all pleadings, papers, written and/or oral communications be directed to the address and phone listed below. Furthermore, the undersigned attorney hereby files this designation required by Fla. R. Admin. 2.516 and Section 60Q-6.104 and hereby provides the following emails for electronic service of documents as follows:

| Primary Email | Secondary Email |
|---|---|
| dantropp@cuetolawgroup.com | dantroppesq@gmail.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via CMF efiling portal .to attorney for Plaintiffs on May 15, 2023.

    Respectfully submitted,
    **CUETO LAW GROUP P.L.**
    Attorneys for Employer/Contractor
    4000 Ponce de Leon Blvd.,
    Suite 470 Coral Gables, Florida 33146
    Tel.:    (305) 777-0377
    By: *Isl* Daniel E. Tropp, Esq.
    Fla. Bar #948128

Tel.: (direct line) (786) 306-1293
Email: dantroppesq@gmail.com

By: _Daniel Tropp_

---

**DANIEL E. TROPP, ESQ.**
Fla. Bar Lic. #948128