UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
MARIANA LOPEZ,
CARLOS LOPEZ, AND
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## PLAINTIFF'S AMENDED SECOND MOTION FOR EXTENSION OF DISCOVERY DEADLINE *NUNC PRO TUNC*

Plaintiffs, Delio Batista, Mariana Lopez, Carlos Lopez, and Rafaela Valiente ("Plaintiffs"), by and through their undersigned counsel, request a forty-five (45) day extension of time to conduct discovery, and state as follows:

1. On February 8, 2023, this Honorable Court issued an Order extending the discovery deadline to May 8, 2023. [ECF No. 48].

2. The previous extension was given to accommodate the schedules of the parties to take depositions.

3. Depositions have been taking place, however, there is currently a discovery hearing scheduled on May 18, 2023 to address the scope of allowable inquiry. [ECF Nos. 56, 57].

1

4. The deposition at issue in the discovery hearing was conducted on April 12, 2023, and undersigned counsel had to wait to receive the transcript in support of the motion for the hearing.

5. Plaintiffs need additional time past the current discovery deadline to depose Defendants' witnesses after receiving a ruling from this Court on May 18, 2023.

6. Plaintiffs request the discovery deadline be moved from May 8, 2023 to June 22, 2023.

7. This Motion is being made in good faith and not for purposes of delay, and neither party will be prejudiced by the Court's granting the extensions sought.

8. A proposed order granting this motion is attached as Exhibit A.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. L.R. 7.1, I hereby certify that undersigned counsel's office conferred with defense counsel's office via email on May 11, 2023, and May 16, 2023 regarding the relief requested in this Motion. Defense counsel has no objections to the motion.

/s/Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)

Respectfully submitted on May 16, 2013

s/Toussaint Cummings, Esq.
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*