UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
MARIANA LOPEZ,
CARLOS LOPEZ, AND
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## ORDER GRANTING SECOND MOTION FOR EXTENSION OF DISCOVERY DEADLINE *NUNC PRO TUNC*

THIS CAUSE, having come before the Court on Plaintiff's Amended Second Motion for Extension of Discovery Deadline *Nunc Pro Tunc*, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

The Order Setting Trial Deadlines shall be amended to reflect that all discovery shall be completed by June 22, 2023.

DONE AND ORDERED in Chambers on this _____ day of February 2023.

                                                                _____
                                                               CECILIA M. ALTONAGA
                                                          UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*