UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Sworn Motion to Excuse One Day Delay on Motions Deadlines *Nunc Pro Tunc* [ECF No. 64]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of May, 2023.

*[signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record