UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:22-CV-22671**

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ, and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, and
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

**NOTICE OF FILING DOCUMENTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I. **Transcript from Deposition Relied Upon By Defendants**

    1. Deposition Transcript of Defendant Reinier Cortes taken on April 11, 2023.

II. **Declarations Relied upon by Defendants.**

    2. Declaration of AVANT ASSURANCE INC. **President REINIER CORTES**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via electronic communication this 19TH DAY OF May, 2023 with the Clerk of Court and served upon all Counsel of Record.

    **Daniel E. Tropp**

Daniel E. Tropp, Esq.
Florida Bar No.: 948128

CUETO LAW GROUP P.L.

Attorneys for Defendants
4000 Ponce de Leon Blvd. Ste 470
Coral Gables, FL 33146
Tel.: (305) 777 0377
Primary Email: dantropp@cuetolawgroup.com
Secondary email dantroppesq@gmail.com

Case 1:22-cv-22671-CMA   Document 70-2   Entered on FLSD Docket 05/19/2023   Page 2 of 2