UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
MARIANA LOPEZ,
CARLOS LOPEZ, AND
RAFAELA VALIENTE,

       Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

       Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION OF SECOND EXTENSION OF TIME FOR DISCOVERY *NUNC PRO TUNC* AND MOTION FOR CONTINUANCE OF TRIAL

       THIS CAUSE, having come before the Court on Plaintiffs' Motion for Reconsideration of Second Extension Of Time For Discovery *Nunc Pro Tunc* and Motion For Continuance Of Trial, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

       The Order Setting Trial Deadlines shall be amended to reflect that all discovery shall be completed by June 30, 2023; the Parties must file and submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, and motions in limine by July 14, 2023, and trial is continued to August 28, 2023.

       DONE AND ORDERED in Chambers on this _____ day of May 2023.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies to:

*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*