| United States District Court | |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | |
| DELIO BATISITA,<br>CARLOS LOPEZ,<br>MARIANA LOPEZ,<br>and RAFAELA VALIENTE,<br><br>    Plaintiffs,<br><br>vs.<br><br>AVANT ASSURANCE, INC., REINIER CORTES and ANDREA GONZALEZ QUINTERO,<br><br>    Defendants. | **PLAINTIFF'S TRIAL WITNESS LIST**<br><br>CASE NO.: 1:22-CV-22671-ALTONAGA |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE CECILIA M. ALTONAGA | FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>Toussaint Cummings, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | CUETO LAW GROUP P.L.<br>Santiago Cueto Esq.,<br>Daniel Tropp, Esq.<br>4000 Ponce de Leon Blvd.,<br>Suite 470 Coral Gables, FL 33146 |

| TRIAL DATE(S)<br>July 3, 2023 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| PLF. NO | LIVE or BY DEPOSITION | ADDRESS | WITNESSES |
|---|---|---|---|
| 1 | Live | c/o Plaintiff's counsel | Plaintiff, Delio Batista (Needs Interpreter) |
| 2 | Live | c/o Plaintiff's counsel | Plaintiff, Marina Lopez |
| 3 | Live | c/o Plaintiff's counsel | Plaintiff, Carlos Lopez |
| 4 | Live | c/o Plaintiff's counsel | Plaintiff, Rafaela Valiente |
| 5 | Live | | Christopher Vasquez |
| 6 | Live | c/o Def. Counsel | Defendant, Reinier Cortes |
| 7 | Live | c/o Def. Counsel | Defendant, Andrea Gonzalez Quintero |
| 8 | Live | c/o Def. Counsel | Alix Ledesma |
| 9 | Live | c/o Def. Counsel | Katrina Guerra |
| 10 | Live | c/o Def. Counsel | Ana Monge |
| 11 | Live | 1221 S.W. 92nd Ave, Miami, FL | Jennifer Manjarres |

The Plaintiff reserves the right to supplement this Trial Witness List.

Dated June 12, 2023.

<u>/s/Toussaint Cummings, Esq.</u>
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*