| United States District Court ||||
|---|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION ||||
| DELIO BATISITA,<br>CARLOS LOPEZ,<br>MARIANA LOPEZ,<br>and RAFAELA VALIENTE,<br><br>    Plaintiffs,<br><br>vs.<br><br>AVANT ASSURANCE, INC., REINIER CORTES and ANDREA GONZALEZ QUINTERO,<br><br>    Defendants. |||  **DEFENDANT'S TRIAL WITNESS LIST**<br><br>CASE NO.: 1:22-CV-22671-ALTONAGA |
| PRESIDING JUDGE<br>HONORABLE CECILIA M. ALTONAGA | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>Toussaint Cummings, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 || DEFENDANT'S ATTORNEY<br>CUETO LAW GROUP P.L.<br>Santiago Cueto Esq.,<br>Daniel Tropp, Esq.<br>4000 Ponce de Leon Blvd.,<br>Suite 470 Coral Gables, FL 33146 |
| TRIAL DATE(S)<br>July 3, 2023 | COURT REPORTER || COURTROOM DEPUTY |
| PLF. NO | LIVE or BY DEPOSITION | ADDRESS | WITNESSES |
| 1 | Live | c/o Plaintiff's counsel | Plaintiff, Delio Batista (Needs Interpreter) |
| 2 | Live | c/o Plaintiff's counsel | Plaintiff, Marina Lopez |
| 3 | Live | c/o Plaintiff's counsel | Plaintiff, Carlos Lopez |
| 4 | Live | c/o Plaintiff's counsel | Plaintiff, Rafaela Valiente |
| 5 | Live |  | Christopher Vasquez |
| 6 | Live | c/o Def. Counsel | Defendant, Reinier Cortes |
| 7 | Live | c/o Def. Counsel | Defendant, Andrea Gonzalez Quintero |
| 8 | Live | c/o Def. Counsel | Alix Ledesma |
| 9 | Live | c/o Def. Counsel | Katrina Guerra |
| 10 | Live | c/o Def. Counsel | Ana Monge |
| 11 | Live | 1221 S.W. 92nd Ave, Miami, FL | Jennifer Manjarres |
| 12 | Live | 8230 nw 10th street 310, Miami, FL. 33126 | Carmen Gloria Porras Lopez* |
| 13. | Live | 8755 W 33rd Ave, Miami, FL. | Alberto Darsa* |
| 14. | Live | 905 SW 149th Court, Miami, FL. | Ana Monge* |
| 15. | Live | 7392 NW 35th Terrace, Miami Fl | Joseph Fonte* |
| 16. | Live | 1165 NW 49th Street, Miami, FL. | Miguel Sicilia* |

The Defendants reserves the right to supplement this Trial Witness List.

**\* Plaintiffs object to the Defendants' disclosure and/or calling of each witness so designated because none were identified in their Rule 26 Disclosures or Interrogatories during the discovery period. Defendants only identified Reinier Cortes, Andrea Gonzalez, Alix Ledesma, Katrina Guerra, Ana Monge, and Jennifer Manjarres as witnesses.**

  __Daniel E. Tropp__

Daniel E. Tropp, Esq. Florida Bar No.: 948128

CUETO LAW GROUP P.L.

Attorneys for Defendants
4000 Ponce de Leon Blvd. Ste 470Coral Gables, FL 33146
Tel.: (305) 777 0377
Primary Email: dantropp@cuetolawgroup.com
Secondary email dantroppesq@gmail.com