UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

### PLAINTIFFS' NOTICE OF FILING PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

    Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, notify the Court and all parties of the filing of the proposed Jury Instructions and Verdict Form for use at the trial of this case.

    Dated this 12th day of June 2023.

                                                  s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiffs*