UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ and
RAFAELA VALIENTE,

      Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ QUINTERO,

      Defendants.

_____/

**<u>Language proposed only by Plaintiffs is boldfaced and underlined.</u>**
***Language proposed only by Defendants is boldfaced and italicized.***

**SPECIAL INTERROGATORIES TO THE JURY**

**Do you find from a preponderance of the evidence:**

<u>Delio Batista</u>

1. That Delio Batista was an employee ***covered under the FLSA as defined in 29 U.S.C. 203(e)(1)***, of:

(Please mark "YES" or "NO" for each you find was an employer):

      Avant Assurance Inc.            _____

      Reinier Cortes               _____

Andrea Gonzalez Capote                    _____

*If you answered "YES" to one or more of the above, please answer Question 2. If you answered "NO" to all the above, please skip to Question 4.*

2.  That Delio Batista was exempt from the overtime pay provisions of the

    FLSA pursuant to the \_\_\_\_\_ exemption:

    Answer "YES" or "NO"                    _____

*If you answered "NO" to Question 2, please answer Question 3.*
*If you answered "YES" to Question 2, please skip to Question 4.*

3.  That Defendants failed to pay Delio Batista the overtime wages

    required by law:

    Answer "YES" or "NO"                    _____

    If "Yes", in what amount                    _____

*Please answer Question 4.*

4.  That Defendants failed to pay Delio Batista bonuses and/or

    commissions **under their breach of contract-related counts**:

    Answer "YES" or "NO"                    _____

    If "Yes", in what amount                    _____

*Please answer Question 5.*

<u>Carlos Lopez</u>

5.  That Carlos Lopez was an employee ***covered under the FLSA as***

    ***defined in 29 U.S.C. 203(e)(1)****,* of:

(Please mark "YES" or "NO" for each you find was an employer):

        Avant Assurance Inc.            _____

        Reinier Cortes                 _____

        Andrea Gonzalez Capote      _____

*If you answered "YES" to one or more of the above, please answer Question 6. If you answered "NO" to all the above, please skip to Question 8.*

6. That Carlos Lopez was exempt from the overtime pay provisions of the FLSA pursuant to the \_\_\_\_\_ exemption:

        Answer "YES" or "NO"        _____

*If you answered "NO" to Question 6, please answer Question 7.*
*If you answered "YES" to Question 6, please skip to Question 8.*

7. That Defendants failed to pay Carlos Lopez the overtime wages required by law:

        Answer "YES" or "NO"        _____

        If "YES," in what amount     _____

*Please answer Question 8.*

8. That Defendants failed to pay Carlos Lopez bonuses and/or commissions *under their breach of contract-related counts*:

        Answer "YES" or "NO"        _____

        If "YES," in what amount     _____

*Please answer Question 9.*

<u>Mariana Lopez</u>

9. That Mariana Lopez was an employee ***covered under the FLSA as defined in 29 U.S.C. 203(e)(1)***, of:

(Please mark "YES" or "NO" for each you find was an employer):

| | |
|---|---|
| Avant Assurance Inc. | _____ |
| Reinier Cortes | _____ |
| Andrea Gonzalez Capote | _____ |

*If you answered "YES" to one or more of the above, please answer Question 10. If you answered "NO" to all the above, please skip to Question 12.*

10. That Mariana Lopez was exempt from the overtime pay provisions of the FLSA pursuant to the \_\_\_\_\_ exemption:

| | |
|---|---|
| Answer "YES" or "NO" | _____ |

*If you answered "NO" to Question 10, please answer Question 11.*
*If you answered "YES" to Question 10, please skip to Question 13.*

11. That Defendants failed to pay Mariana Lopez the overtime wages required by law:

| | |
|---|---|
| Answer "YES" or "NO" | _____ |
| If "YES," in what amount | _____ |

*Please answer Question 12.*

12. That Defendants failed to pay Mariana Lopez bonuses and/or commissions **under their breach of contract-related counts**:

Answer "YES" or "NO"                    _____

If "YES," in what amount               _____

*Please answer Question 13.*

<u>Rafaela Valiente</u>

13. That Rafaela Valiente was an employee **covered under the FLSA as defined in 29 U.S.C. 203(e)(1)**, of:

(Please mark "YES" or "NO" for each you find was an employer):

Avant Assurance Inc.                   _____

Reinier Cortes                         _____

Andrea Gonzalez Capote                 _____

*If you answered "YES" to one or more of the above, please answer Question 14. If you answered "NO" to all the above, please skip to Question 16.*

14. That Rafaela Valiente was exempt from the overtime pay provisions of the FLSA pursuant to the _____ exemption:

Answer "YES" or "NO"                    _____

*If you answered "NO" to Question 14, please answer Question 15.*
*If you answered "YES" to Question 14, please skip to Question 16.*

15. That Defendants failed to pay Rafaela Valiente the overtime wages required by law:

Answer "YES" or "NO"     _____

If "YES," in what amount     _____

*Please answer Question 16.*

16. That Defendants failed to pay Rafaela Valiente bonuses and/or commissions ***under their breach of contract-related counts***:

Answer "YES" or "NO"     _____

If "YES," in what amount     _____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _____