UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court *sua sponte*. It is

**ORDERED** that a hearing on Plaintiffs' Motion *in Limine* and/or to Exclude is scheduled for **June 27, 2023 at 9:00 a.m**. Defendants may file an expedited response by June 26, 2023.

**DONE AND ORDERED** in Miami, Florida, this 13th day of June, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record