UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## **PLAINTIFFS' NOTICE OF WITHDRAWING MOTION *IN LIMINE* No. 8**

Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, file this Notice of Withdrawing Motion *in Limine* Number 8, which was included in their omnibus motion *in limine* at ECF No. 77.

Dated this 26th day of June 2023.

                                                s/Toussaint Cummings, Esq.
                                                Toussaint Cummings, Esq. (119877)
                                                toussaint@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:   305.230.4884
                                                *Counsel for Plaintiffs*