UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on a June 27, 2023 calendar call and hearing [ECF No. 84]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion *in Limine* **[ECF No. 77]** is **GRANTED in part and DENIED in part**, for the reasons stated in open court.

2. This matter is set for a jury trial to begin on **Monday, July 10, 2023 at 8:30 A.M.**

3. Should the parties reach a settlement before trial, they must notify the Court before **Friday, July 7, 2023 at 1:00 P.M.** Failure to do so will result in the cost of the jury being passed onto the parties.

**DONE AND ORDERED** in Miami, Florida, this 27th day of June, 2023.

*[signature]*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record