UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE DURING EACH DAY OF TRIAL

Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, request the Court to enter an Order allowing them to bring electronic equipment in the Courtroom for use during each day of trial, which is scheduled to begin on **Monday, July 10, 2023, at 8:30 a.m.,** before the Honorable Cecilia M. Altonaga, at the Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue, Chambers 10-2, Miami, FL 33128.

Plaintiffs request permission to utilize the following electronic devices for and during the trial of this cause:

| Owner | Electronic Equipment |
|---|---|
| Brian H. Pollock, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Toussaint Cummings, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Delio Batista | Cellular Phone w/charging cord |
| Carlos Lopez | Cellular Phone w/charging cord |

| Mariana Lopez | Cellular Phone w/charging cord |
|---|---|
| Rafaela Valiente | Cellular Phone w/charging cord |

WHEREFORE Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, request the Court to enter an Order granting the relief requested herein.

Respectfully submitted this 30th day of June 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*
