UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,

    Plaintiff,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE DURING EACH DAY OF TRIAL

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Leave to Allow Electric Equipment in the Courtroom for Use During Each Day of Trial, and the Court having considered the Motion and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED as that the Motion is GRANTED:

The following persons are permitted to bring the designated electronic equipment into the Courtroom for each day of the trial, which commences on July 10, 2023:

| Owner | Electronic Equipment |
| --- | --- |
| Brian H. Pollock, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Toussaint Cummings, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Delio Batista | Cellular Phone w/charging cord |
| Carlos Lopez | Cellular Phone w/charging cord |

2

| Mariana Lopez | Cellular Phone w/charging cord |
| --- | --- |
| Rafaela Valiente | Cellular Phone w/charging cord |

**DONE AND ORDERED** in Miami, Florida this \_\_\_\_ day of July, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE