UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,
v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to Allow Electric Equipment in the Courtroom for Use During Each Day of Trial [ECF No. 86]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The following persons are permitted to bring the designated electronic equipment into the Courtroom for each day of the trial, which commences on July 10, 2023:

| Owner | Electronic Equipment |
| --- | --- |
| Brian H. Pollock, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Toussaint Cummings, Esq. | Cellular Phone w/charging cord<br>Laptop w/ charging cord |
| Delio Batista | Cellular Phone w/charging cord |
| Carlos Lopez | Cellular Phone w/charging cord |
| Mariana Lopez | Cellular Phone w/charging cord |
| Rafaela Valiente | Cellular Phone w/charging cord |

CASE NO. 22-22671-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 30th day of June, 2023.

*[signature]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record