UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF FILING REVISED VERDICT FORM**

    Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, notify the Court and all parties of the filing of the revised Verdict Form, as revised based on the rulings at the Calendar Call held on June 27, 2023.

    Dated this 3rd day of July 2023.

                                        s/Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiffs*