UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM FOR USE DURING EACH DAY OF TRIAL

Defendants, Avant Assurance Inc., Reinier Cortes and Andrea Gonzalez Quintero and Counsel respectfully request the Court to enter an Order allowing them to bring electronic equipment in the Courtroom for use during each day of trial, which is scheduled to begin on **Monday, July 10, 2023, at 8:30 a.m.,** before the Honorable Cecilia M. Altonaga, at the Wilkie D. Ferguson, Jr. United States Courthouse 400 North Miami Avenue, Chambers 10-2, Miami, FL 33128.

Defendants request permission to utilize the following electronic devices for and during the trial of this cause:

| Owner | Electronic Equipment |
|---|---|
| Daniel E. Tropp, Esq. | Cellular Phone w/charging cord Laptop w/ charging cord; Portable Printer |
| Santiago Cueto, Esq. | Cellular Phone w/charging cord Laptop w/ charging cord |
| Reinier Cortes | Cellular Phone w/charging cord |
| Andrea Gonzalez QuinteroCarlos Lopez | Cellular Phone w/charging cord |

WHEREFORE Defendants and Counsel request the Court to enter an Order granting the relief requested herein.

Respectfully submitted this 5th day of July, 2023.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished via CMF efiling portal .to attorney for Plaintiffs on May 19, 2023.

Respectfully submitted,
**CUETO LAW GROUP P.L.**
Attorneys for Defendants
4000 Ponce de Leon Blvd.,
Suite 470 Coral Gables, Florida 33146
Tel.:    (305) 777-0377
By: *Isl* Daniel E. Tropp, Esq.
Fla. Bar #948128
Tel.: (direct line) (786) 306-1293
Email: dantroppesq@gmail.com


By: *Daniel Tropp*
**DANIEL E. TROPP, ESQ.**
Fla. Bar Lic. #948128