UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,

    Plaintiff,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA G.QUINTERO

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR USE DURING THE TRIAL**

**THIS CAUSE** is before the Court upon Defendants Motion for Leave to Allow Electric Equipment in the Courtroom for Use During Each Day of Trial, and the Court having considered the Motion and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED as that the Motion is GRANTED:

The following persons are permitted to bring the designated electronic equipment into the Courtroom for each day of the trial, which commences on July 10, 2023:

| Owner | Electronic Equipment |
|---|---|
| Daniel E. Tropp, Esq. | Cell Phone w/charging cord;Laptop w/ charging cord; Portable Printer |
| Santiago Cueto, Esq. | Cellular Phone w/charging cord Laptop w/ charging cord |
| Reinier Cortes | Cellular Phone w/charging cord |
| Andrea Gonzalez Quintero | Cellular Phone w/charging cord |

**DONE AND ORDERED** in Miami, Florida this ____ day of July, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

2