UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,
v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants' Motion for Leave to Allow Electric Equipment in the Courtroom for Use During Each Day of Trial [ECF No. 89]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The following individuals are permitted to bring the designated electronic equipment into the courtroom for each day of the trial, which commences on July 10, 2023:

| Owner | Electronic Equipment |
|---|---|
| Daniel E. Tropp, Esq. | Cell Phone with charging cord; Laptop with charging cord; Portable Printer |
| Santiago Cueto, Esq. | Cellular Phone with charging cord Laptop with charging cord |
| Reinier Cortes | Cellular Phone with charging cord |
| Andrea Gonzalez Quintero | Cellular Phone with charging cord |

CASE NO. 22-22671-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 5th day of July, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record