UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,

    Plaintiff,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE FOR SUBPOENA FOR TRIAL

Plaintiff, Delio Batista files the Return of Service for subpoena for trial on ALEXIS LEDESMA (served on July 1 ,2023).

Dated this 5th day of July 2023.

                                            s/Brian H. Pollock, Esq.
                                            Brian H. Pollock, Esq.
                                            Fla. Bar No. 174742
                                            brian@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel:    305.230.4884
                                            *Counsel for Plaintiff*