## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:22-CV-22671

Plaintiff:
**DELIO BATISTA, CARLOS LOPEZ, MARIANA LOPEZ, and RAFAELA VALIENTE**

vs.

Defendant:
**AVANT ASSURANCE INC., REINIER CORTES, AND ANDREA GONZALEZ QUINTERO**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 28th day of June, 2023 at 2:48 pm to be served on **ALEXIS LEDESMA, 14341 S.W. 160 Terrace, Miami, FL 33177**.

I, Stefany Camejo, do hereby affirm that on the **1st day of July, 2023** at **9:13 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **ALEXIS LEDESMA** at the address of: **14341 S.W. 160 Terrace, Miami, FL 33177**, and informed said person of the contents therein, in compliance with Florida statute §48.031(1)(a).

**Additional Information pertaining to this Service:**
7/1/2023  9:13 am  She refused to take subpoena in-hand. She stated that her name is spelled wrong and she is not gonna take it. The correct spelling is "ALIX." I left it by the door.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Hispanic, Height: 5'6", Weight: 135, Hair: Dark Brown, Glasses: N

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

Stefany Camejo
Certified Process Server #2509

Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2023001159

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1c