AO 187 (Rev. 7/87) Exhibit and List
.

| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |||
| DELIO BATISTA,<br>CARLOS LOPEZ,<br>MARIANA LOPEZ,<br>and RAFAELA VALIENTE,<br><br>          Plaintiffs,<br><br>vs.<br><br>AVANT ASSURANCE, INC.,<br>REINIER CORTES and<br>ANDREA GONZALEZ QUINTERO,<br><br>          Defendants. || **TRIAL EXHIBIT LIST**<br><br>CASE NO.: 1:22-CV-22671-ALTONAGA |
| PRESIDING JUDGE<br>HONORABLE<br>CECILIA M. ALTONAGA | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br>CUETO LAW GROUP P.L.<br>Santiago Cueto Esq.,<br>Daniel Tropp, Esq.<br>4000 Ponce de Leon Blvd.,<br>Suite 470<br>Coral Gables, FL 33146 |
| TRIAL DATE(S)<br>July 10-13, 2023 | COURT REPORTER | COURTROOM DEPUTY |

| NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
|  |  |  |  |  | **Joint Exhibits** |
| 1 |  |  |  |  | Photographs of Avant Documents (Plaintiffs Bates 000001-17) |
| 2 |  |  |  |  | Avant Assurance Independent Contractor (IC) Standards Guide (Plaintiffs 000018-23) |
| 3 |  |  |  |  | Mariana Lopez Resignation Letter (Plaintiffs 000024) |
| 4 |  |  |  |  | Emails (Plaintiffs 000025-34, 000042-68, 000129-138, DOC 000010-15, Defendants Mariana and Carlos Lopez 00002) |
| 5 |  |  |  |  | Independent Contractor Non-Disclosure Agreement (000036) |
| 6 |  |  |  |  | Avant Client Consent Statement |
| 7 |  |  |  |  | Work Schedules Created by Alix Ledesma |
| 8 |  |  |  |  | Avant 2022 Compensation and Bonus Plans (Avant 000022-23) |
| 9 |  |  |  |  | Delio Batista State Licenses and Certifications (Plaintiffs 000071-78) |
| 10 |  |  |  |  | Delio Batista Text messages (000081-000112) |
| 11 |  |  |  |  | Plaintiff Carlos Lopez Text Messages (Bates 000113-000127). |
| 12 |  |  |  |  | Spreadsheet of Payments to Plaintiffs (provided by Defendants). |
| 13 |  |  |  |  | All Monthly Commission Statement Spreadsheets sent from Defendants to Plaintiffs |

| 14 | | | | | All Monthly Commission Statement Emails sent from Defendants to Plaintiffs |
| 15 | | | | | Defendants' Responses to Plaintiffs' First Request for Admissions |
| 16 | | | | | Defendants' Responses to Plaintiffs First Request for Interrogatories |

Respectfully Submitted on July 6, 2023.

                                                                            s/Brian H. Pollock, Esq.
                                                                            Brian H. Pollock, Esq. (174742)
                                                                            brian@fairlawattorney.com
                                                                            Toussaint Cummings (119877)
                                                                            toussaint@fairlawattorney.com
                                                                            FAIRLAW FIRM
                                                                            135 San Lorenzo Avenue
                                                                            Suite 770
                                                                            Coral Gables, FL 33156
                                                                            Tel:   305.230.4884
                                                                            *Counsel for Plaintiffs*