UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-22671-CV-ALTONAGA

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.
_____/

**NOTICE SETTING TELEPHONIC HEARING**

PLEASE TAKE NOTICE that a telephonic hearing has been scheduled on **July 7, 2023, at 2:00 p.m.** All counsel, <u>including both Mr. Tropp and Mr. Cueto</u>, are required to appear. The parties shall appear by phone and are instructed to call 1-888-684-8852 on the date and time set forth above. The access code is 3156459 and the password is 5510. **<u>For clarity, please do not use a cell phone or a speaker phone.</u>**

Date:   July 7, 2023

                                                                ANGELA E. NOBLE, CLERK
                                                               By:   /s/   Warren Condon_____
                                                                Courtroom Deputy for the
                                                                Honorable Cecilia M. Altonaga
                                                               (305) 523-5515

cc:   counsel of record