UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

DELIO BATISTA, *et al.*,

    Plaintiffs,

v.

AVANT ASSURANCE INC., *et al.*,

    Defendants.
_____/

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

<u>Delio Batista</u>

1. That Delio Batista was an employee under the FLSA of:

   (Please mark "YES" or "NO" for each you find was an employer):

   | | |
   |---|---|
   | Avant Assurance Inc. | *No* |
   | Reinier Cortes | *No* |
   | Andrea Gonzalez Quintero | *No* |

   *If you answered "YES" to one or more of the above in Question 1, please answer Question 2. If you answered "NO" to all the above, please skip to Question 3.*

2. That Defendants failed to pay Delio Batista the overtime wages required by law:

       Answer "YES" or "NO"    _____

       If "YES," in what amount    _____

   *Please answer Question 3.*

3. That Defendant Avant Assurance Inc. failed to pay Delio Batista bonuses and/or commissions in breach of the parties' contract:

      Answer "YES" or "NO"     **Yes**

      If "YES," in what amount     **$54,511.00**

*If you answered "YES" to Question 3, please skip to Question 5.*
*If you answered "NO" to Question 3, please answer Question 4.*

4. That Defendant Avant Assurance Inc. failed to pay Delio Batista bonuses and/or commissions that unjustly enriched Avant Assurance Inc.:

      Answer "YES" or "NO"     _____

      If "YES," in what amount     _____

*Please answer Question 5.*

## Carlos Lopez

5. That Carlos Lopez was an employee under the FLSA of:

(Please mark "YES" or "NO" for each you find was an employer):

| | |
|---|---|
| Avant Assurance Inc. | **No** |
| Reinier Cortes | **No** |
| Andrea Gonzalez Quintero | **No** |

*If you answered "YES" to one or more of the above in Question 5, please answer Question 6. If you answered "NO" to all the above in Question 5, please skip to Question 7.*

6. That Defendants failed to pay Carlos Lopez the overtime wages required by law:

      Answer "YES" or "NO"     _____

      If "YES," in what amount     _____

*Please answer Question 8.*

7. That Defendant Avant Assurance Inc. failed to pay Carlos Lopez bonuses and/or commissions in breach of the parties' contract:

      Answer "YES" or "NO"     **Yes**

If "YES," in what amount        $ 38,957.00

*If you answered "YES" to Question 7, please skip to Question 9.*
*If you answered "NO" to Question 7, please answer Question 8.*

8. That Defendant Avant Assurance failed to pay Carlos Lopez bonuses and/or commissions that unjustly enriched the Avant Assurance Inc.:

    Answer "YES" or "NO"        _____

    If "YES," in what amount    _____

*Please answer Question 9.*

**Mariana Lopez**

9. That Mariana Lopez was an "employee" under the FLSA of:

    (Please mark "YES" or "NO" for each you find was an employer):

    Avant Assurance Inc.        *No*

    Reinier Cortes              *No*

    Andrea Gonzalez Quintero    *No*

*If you answered "YES" to one or more of the above in Question 9, please answer Question 10. If you answered "NO" to all the above in Question 9, please skip to Question 11.*

10. That Defendants failed to pay Mariana Lopez the overtime wages required by law:

    Answer "YES" or "NO"        _____

    If "YES," in what amount    _____

*Please answer Question 11.*

11. That Defendant Avant Assurance Inc. failed to pay Mariana Lopez bonuses and/or commissions in breach of the parties' contract:

    Answer "YES" or "NO"        *Yes*

    If "YES," in what amount    $ 15,576.00

*If you answered "YES" to Question 11, please skip to Question 13.*
*If you answered "NO" to Question 11, please answer Question 12.*

12. That Defendants Avant Assurance Inc. failed to pay Mariana Lopez bonuses and/or commissions that unjustly enriched Avant Assurance Inc.:

   Answer "YES" or "NO"   _____

   If "YES," in what amount   _____

*Please answer Question 12.*

**Rafaela Valiente**

13. That Rafaela Valiente was an "employee" under the FLSA of:

 (Please mark "YES" or "NO" for each you find was an employer):

   Avant Assurance Inc.   _No_

   Reinier Cortes   _No_

   Andrea Gonzalez Quintero   _No_

*If you answered "YES" to one or more of the above in Question 13, please answer Question 14. If you answered "NO" to all the above in Question 13, please skip to Question 15.*

14. That Defendants failed to pay Ravaela Valiente the overtime wages required by law:

   Answer "YES" or "NO"   _____

   If "YES," in what amount   _____

*Please answer Question 15.*

15. That Defendant Avant Assurance Inc. failed to pay Rafaela Valiente bonuses and/or commissions in breach of the parties' contract:

   Answer "YES" or "NO"   _Yes_

   If "YES," in what amount   _$ 68,120.00_

CASE NO. 22-22671-CIV-ALTONAGA

*If you answered "YES" to Question 15, please sign and date your verdict. If you answered "NO" to Question 15, please answer Question 16.*

16. That Defendant Avant Assurance Inc. failed to pay Rafaela Valiente bonuses and/or commissions that unjustly enriched the Avant Assurance Inc.:

        Answer "YES" or "NO"           _____

        If "YES," in what amount      _____

SO SAY WE ALL.

                                            *[signature]*
                                     Foreperson's Signature

                                07/14/2023
                                Date