UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA

BATISTA, *et al.*, v. AVANT ASSURANCE INC.

PLEASE NOTE:   DO <u>NOT</u> SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

*Verdict has been reached.*

FOREPERSON'S SIGNATURE: _____

DATE: 07/14/2023    TIME: 2:02 PM

COURT'S ANSWER: _____

SIGNED: _____  DATE: _____  TIME: _____
JUDGE CECILIA M. ALTONAGA