UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-22671-CIV-ALTONAGA/Torres

DELIO BATISTA , et al,,

    Plaintiffs,

v.

AVANT ASSURANCE INC. et al,

    Defendants.

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

NOTICE IS HEREBY GIVEN that Attorney Samuel Alexander, of Alexander Appellate Law P.A., admitted to practice law in this Court, hereby appears in this case as counsel for *Defendant* Avant Assurance, Inc.

Dated: July 28, 2023

    Respectfully submitted,

/s/ Samuel Alexander
Samuel Alexander
Fla Bar No. 1007757
Alexander Appellate Law P.A.
120 S Woodland Blvd Suite 200
DeLand, Florida 32720
(407) 907-4305
samuel@alexanderappeals.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Samuel Alexander
Samuel Alexander