# U.S. Specialty Insurance Company

THE UNITED STATES DISTRICT COURT, \_\_\_SOUTHERN\_\_\_ DISTRICT OF FLORIDA

FILED BY ___*IH*___ D.C.

JUL 3 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

DELIO BATISTA, et al., )
)
Plaintiffs, )
)
v. )
) Case No. 22.22671-CIV-ALTONAGA/Torres
AVANT ASSURANCE INC., et al., )
) UNDERTAKING FOR APPEAL
Defendants. )
)
)
)

WHEREAS, the named _____defendant/appellant, Avant Assurance, Inc._____ desire(s) to give undertaking for \_\_\_Appeal of Final Judgment entered on July 15, 2023\_\_\_ as provided by Rule 62 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to The plaintiffs/appellees, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente------------------------------------------------------------

under said statutory obligations in the sum of One Hundred Ninety-Four Thousand Eight Hundred Eighty and 40/100 -------------------------------------------- Dollars ($ 194,880.40 ). Notwithstanding, the Surety's total liability under this bond shall in no event exceed, $194,880.40.

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this \_\_\_25th\_\_\_ day of \_\_\_July\_\_\_, 2023.

BOND NO. \_\_\_1001198778\_\_\_

PREMIUM: \_\_\_$1,949.00\_\_\_

U.S. Specialty Insurance Company

BY: _____
Daniel Huckabay  Attorney-in-fact

U.S. Specialty Insurance Company
801 S. Figueroa Street, Suite 700
Los Angeles, CA 90017
310-649-0990

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Orange_____ )

On ____07/25/2023_____ before me, __Melissa Ann Vaccaro, Notary Public_____
(insert name and title of the officer)

personally appeared _____Daniel Huckabay_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_ (Seal)
Melissa Ann Vaccaro

MELISSA ANN VACCARO
COMM. #2401942
Notary Public-California
ORANGE COUNTY
My Comm. Expires May 12, 2026



# POWER OF ATTORNEY
### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

Daniel Huckabay, Arturo Ayala, Dwight Reilly, Shaunna Rozelle Ostrom, Michael D. Stong,
Ben Stong, Frank Morones, Adrian Langrell, Chelsea Liberatore and Benjamin Wolfe of Orange, California

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** ****** Seventy Five Million and 00/100 ****** Dollars ( ** $75,000,000.00 ** ). This Power of Attorney shall expire without further action on January 31st, 2024. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 23rd day of September, 2021.

### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

State of California
County of Los Angeles



By: _____
Daniel P. Aguilar, Vice President

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document*

On this 23rd day of September, 2021, before me, D. Littlefield, a notary public, personally appeared Daniel P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

D. LITTLEFIELD
Notary Public - California
Los Angeles County
Commission # 2320307
My Comm. Expires Jan 31, 2024

I, Kio Lo, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 25th day of July, 2023.

Corporate Seals
Bond No.   1001198778

Agency No.   8472

_____
Kio Lo, Assistant Secretary

HCCSMANPOA09/2021

visit tmhcc.com/surety for more information

PRIORITY®
MAIL

; use.

f insurance (restrictions apply).*

any international destinations.

tion form is required.

ıg claims exclusions see the

/ailability and limitations of coverage.

USMS INSPECTED

REC'D BY ______ D.C.

JUL 31 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

20
1/2

P

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 3 FLAT-RATE ENVELOPE
ComBasPrice

062S0014950562
10627688
FROM 32720

stamps endicia
07/28/2023

USPS PRIORITY MAIL ®

Samuel Alexander
Alexander Appellate Law P.A.
120 S Woodland Blvd Suite 200
DeLand FL 32720-5458

SHIP TO: US District Court
Attn: Clerk's Office
400 N Miami Ave
Miami FL 33128-1801

USPS TRACKING #

9405 5112 0620 3240 0202 11

Appeals

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

**United States District Court**
**Southern District of Florida**

Case Number: 22-cv-22671-CMA

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Scanned)**

____ • Poor quality scanned images (i.e. Handwritten, Photographs)

__X__ • Surety bonds

____ • Bound extradition papers

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Not Scanned)**

____ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 7/31/23