| Pay to Sort Z to A | Pay from Sort Z to A | Status Sort Z to A | Send on, sort by most recent | Deliver by, sort by oldest | Amount, sort high to low |
|---|---|---|---|---|---|
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 22-Aug-22 | 23-Aug-22 | $ 80.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 16-Aug-22 | 17-Aug-22 | $ 3,680.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 1-Aug-22 | 2-Aug-22 | $ 1,085.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 25-Jul-22 | 26-Jul-22 | $ 1,000.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 40.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 4,235.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 12-Jul-22 | 13-Jul-22 | $ 290.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 5-Jul-22 | 6-Jul-22 | $ 1,480.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 28-Jun-22 | 29-Jun-22 | $ 40.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 21-Jun-22 | 22-Jun-22 | $ 5.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 21-Jun-22 | 22-Jun-22 | $ 700.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 17-Jun-22 | 21-Jun-22 | $ 3,125.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 1,785.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 360.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 20-May-22 | 23-May-22 | $ 995.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 17-May-22 | 18-May-22 | $ 15.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 13-May-22 | 16-May-22 | $ 3,885.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 6-May-22 | 9-May-22 | $ 10,000.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 3-May-22 | 4-May-22 | $ 3,615.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 21-Apr-22 | 22-Apr-22 | $ 350.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 20-Apr-22 | 20-Apr-22 | $ 1,940.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 12-Apr-22 | 13-Apr-22 | $ 915.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 1-Apr-22 | 4-Apr-22 | $ 3,910.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 24-Mar-22 | 25-Mar-22 | $ 1,295.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 17-Mar-22 | 18-Mar-22 | $ 305.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 11-Mar-22 | 14-Mar-22 | $ 990.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 4-Mar-22 | 4-Mar-22 | $ 9,370.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 2-Mar-22 | 3-Mar-22 | $ 7,000.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 1-Mar-22 | 2-Mar-22 | $ 2,885.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 23-Feb-22 | 23-Feb-22 | $ 4,825.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 31-Jan-22 | 1-Feb-22 | $ 1,165.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 27-Jan-22 | 28-Jan-22 | $ 40.00 |
| Delio Batista, shows content below Delio Batista(...4788) VENDOR | Operating Account(...3798) | Paid | 13-Jan-22 | 13-Jan-22 | $ 1,440.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 1-Aug-22 | 2-Aug-22 | $ 840.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 25-Jul-22 | 26-Jul-22 | $ 1,180.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 1,960.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 10.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 12-Jul-22 | 13-Jul-22 | $ 475.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 5-Jul-22 | 6-Jul-22 | $ 755.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 28-Jun-22 | 29-Jun-22 | $ 80.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 21-Jun-22 | 22-Jun-22 | $ 1,320.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 17-Jun-22 | 21-Jun-22 | $ 2,560.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 455.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 400.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 26-May-22 | 27-May-22 | $ 35.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 20-May-22 | 23-May-22 | $ 1,140.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 17-May-22 | 18-May-22 | $ 40.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 13-May-22 | 16-May-22 | $ 2,975.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 6-May-22 | 9-May-22 | $ 10.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 3-May-22 | 4-May-22 | $ 2,135.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 21-Apr-22 | 22-Apr-22 | $ 105.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 21-Apr-22 | 22-Apr-22 | $ 80.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 20-Apr-22 | 20-Apr-22 | $ 2,270.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 12-Apr-22 | 13-Apr-22 | $ 790.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 1-Apr-22 | 4-Apr-22 | $ 665.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 24-Mar-22 | 25-Mar-22 | $ 1,820.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 17-Mar-22 | 18-Mar-22 | $ 325.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 11-Mar-22 | 14-Mar-22 | $ 560.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 4-Mar-22 | 4-Mar-22 | $ 12,100.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 2-Mar-22 | 3-Mar-22 | $ 2,695.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 1-Mar-22 | 2-Mar-22 | $ 440.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 23-Feb-22 | 23-Feb-22 | $ 5,150.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 31-Jan-22 | 1-Feb-22 | $ 14,360.00 |

| Vendor | Account | Status | Date 1 | Date 2 | Amount |
|---|---|---|---|---|---|
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 27-Jan-22 | 28-Jan-22 | $ 190.00 |
| Rafaela Valiente, shows content below Rafaela Valiente(...0268) VENDOR | Operating Account(...3798) | Paid | 13-Jan-22 | 13-Jan-22 | $ 710.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 25-Jul-22 | 26-Jul-22 | $ 660.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 5.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 3,850.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 6-Jul-22 | 7-Jul-22 | $ 25,000.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 5-Jul-22 | 6-Jul-22 | $ 2,410.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 29-Jun-22 | 30-Jun-22 | $ 132.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 21-Jun-22 | 22-Jun-22 | $ 980.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 17-Jun-22 | 21-Jun-22 | $ 3,240.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 1,400.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 180.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 20-May-22 | 23-May-22 | $ 340.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 17-May-22 | 18-May-22 | $ 15.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 13-May-22 | 16-May-22 | $ 3,500.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 6-May-22 | 9-May-22 | $ 5,025.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 3-May-22 | 4-May-22 | $ 4,000.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 21-Apr-22 | 22-Apr-22 | $ 315.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 20-Apr-22 | 20-Apr-22 | $ 2,540.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 12-Apr-22 | 13-Apr-22 | $ 1,645.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 1-Apr-22 | 4-Apr-22 | $ 3,155.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 24-Mar-22 | 25-Mar-22 | $ 595.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 17-Mar-22 | 18-Mar-22 | $ 160.00 |
| Suprani Service LLC, shows content below Suprani Service LLC(...7336) VENDOR | Operating Account(...3798) | Paid | 11-Mar-22 | 14-Mar-22 | $ 885.00 |
| Mariana Lopez, shows content below Mariana Lopez(...5561) VENDOR | Operating Account(...3798) | Paid | 4-Mar-22 | 4-Mar-22 | $ 8,090.00 |
| Mariana Lopez, shows content below Mariana Lopez(...5561) VENDOR | Operating Account(...3798) | Paid | 2-Mar-22 | 3-Mar-22 | $ 2,625.00 |
| Mariana Lopez, shows content below Mariana Lopez(...5561) VENDOR | Operating Account(...3798) | Paid | 1-Mar-22 | 2-Mar-22 | $ 170.00 |
| Mariana Lopez, shows content below Mariana Lopez(...5561) VENDOR | Operating Account(...3798) | Paid | 23-Feb-22 | 23-Feb-22 | $ 5,970.00 |
| Mariana Lopez, shows content below Mariana Lopez(...5561) VENDOR | Operating Account(...3798) | Paid | 31-Jan-22 | 1-Feb-22 | $ 9,110.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 25-Jul-22 | 26-Jul-22 | $ 1,080.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 30.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 18-Jul-22 | 19-Jul-22 | $ 4,865.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 5-Jul-22 | 6-Jul-22 | $ 1,495.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 28-Jun-22 | 29-Jun-22 | $ 40.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 21-Jun-22 | 22-Jun-22 | $ 520.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 17-Jun-22 | 21-Jun-22 | $ 5,290.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 1,760.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 3-Jun-22 | 6-Jun-22 | $ 780.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 20-May-22 | 23-May-22 | $ 460.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 17-May-22 | 18-May-22 | $ 45.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 13-May-22 | 16-May-22 | $ 3,710.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 3-May-22 | 4-May-22 | $ 5,170.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 21-Apr-22 | 22-Apr-22 | $ 210.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 20-Apr-22 | 20-Apr-22 | $ 1,805.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 12-Apr-22 | 13-Apr-22 | $ 1,435.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 1-Apr-22 | 4-Apr-22 | $ 3,010.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 24-Mar-22 | 25-Mar-22 | $ 700.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 17-Mar-22 | 18-Mar-22 | $ 185.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 11-Mar-22 | 14-Mar-22 | $ 1,045.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 4-Mar-22 | 4-Mar-22 | $ 11,590.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 2-Mar-22 | 3-Mar-22 | $ 1,085.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 1-Mar-22 | 2-Mar-22 | $ 25.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 23-Feb-22 | 23-Feb-22 | $ 3,490.00 |
| Carlos Lopez Alcala, shows content below Carlos Lopez Alcala(...2966) VENDOR | Operating Account(...3798) | Paid | 31-Jan-22 | 1-Feb-22 | $ 3,630.00 |