UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court on Defendant, Avant Assurance, Inc.'s Amended Motion to Approve Supersedeas Bond and Stay Execution of Judgment Pending Appeal [ECF No. 111], filed on August 3, 2023. Defendant requests the Court approve the bond Defendant has already posted (*see* July 31, 2023 Notice of Filing Surety Bond [ECF No. 109]), and stay Plaintiffs' execution of the July 15, 2023 Final Judgment [ECF No. 106] until the appellate process is concluded. (*See generally* Mot.); Fed. R. Civ. P. 62. Defendant advises that Plaintiffs do not object to approval of the bond or the stay of execution. (*See* Mot. 2, 4).[1] Being fully advised, it is

**ORDERED AND ADJUDGED** that Defendant's Amended Motion **[ECF No. 111]** is **GRANTED**. Defendant's bond **[ECF No. 109]** is **APPROVED**, and execution of the Final Judgment **[ECF No. 106]** is **STAYED** until the appellate process is concluded.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DONE AND ORDERED** in Miami, Florida, this 4th day of August, 2023.

                                          **CECILIA M. ALTONAGA**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record