# Exhibit A

  Samuel Alexander <samuel@alexanderappeals.com>

## ******3-DAY******FW: On-line Non-Appeal Transcript Order Form

**FLSD Transcript Requests** <Transcript_Requests@flsd.uscourts.gov>  Tue, Jul 25, 2023 at 2:40 PM
To: Stephanie McCarn <Stephanie_McCarn@flsd.uscourts.gov>
Cc: FLSD Transcript Requests <Transcript_Requests@flsd.uscourts.gov>, "samuel@alexanderappeals.com" <samuel@alexanderappeals.com>

Good afternoon, Stephanie

Please find this 3-Day transcript request below for:

22-cv-22671 BATISTA et al v. AVANT ASSURANCE INC. et al 7/10/2023, 7/11/2023, 7/12/2023, 7/13/2023 & 7/14/2023 McCarn

Thank you,

*Matilde Valdez*

Court Reporter Coordinator

U.S. District Court-Southern Division

Clerk's Office

400 N. Miami Avenue

Miami, FL 33128

Direct: (305) 523-5635/5676

Matilde_Valdez@flsd.uscourts.gov

-----Original Message-----
From: Southern District of Florida via Southern District of Florida <flsdweb@flsd.uscourts.gov>
Sent: Tuesday, July 25, 2023 12:59 PM
To: FLSD Transcript Requests <Transcript_Requests@flsd.uscourts.gov>
Subject: On-line Non-Appeal Transcript Order Form

Submitted on Tuesday, July 25, 2023 - 12:58pm Submitted values are:

Requestor's Name: Avant Assurance, Inc.

Phone Number: (407) 907-4305

E-mail Address: samuel@alexanderappeals.com Mailing/Billing Address:

Alexander Appellate Law P.A.

120 S Woodland Blvd Suite 200

DeLand FL 32720

Date Requested: Tue, 07/25/2023

Magistrate Judge/District Judge: Hon. Cecilia Altonaga

Date(s) of Hearing(s): July 10, 11, 12, 13, 14 Type of Proceeding: Jury trial Case Number: 1:22-cv-22671-CMA Case Name/Style: Avant Assurance, Inc.

Reporter Name/Digital Number: Stephanie McCarn Special Instructions: We need the transcripts in order to prepare post-judgment motions, so we are requesting 3-day expedited, electronic delivery. We will request the appellate transcripts later.

Shipment Option: E-mail

Account # (for Overnight Shipping via UPS,FedEx or DHL):

Indicate transcript type desired.  See cost below: 3-Day Expedited


NOTE: DUE TO A HIGH RISK VULNERABILITY A CONFIRMATION EMAIL WAS NOT SENT TO THE USER.

YOU COULD EMAIL THE USER A CONFIRMATION EMAIL.