# Exhibit B



Samuel Alexander &lt;samuel@alexanderappeals.com&gt;

### ******3-DAY******FW: On-line Non-Appeal Transcript Order Form

**Stephanie McCarn** &lt;Stephanie_McCarn@flsd.uscourts.gov&gt;  Thu, Aug 3, 2023 at 7:57 AM
To: Beth Sanders &lt;beth@alexanderappeals.com&gt;
Cc: Samuel Alexander &lt;samuel@alexanderappeals.com&gt;

Hello, Beth.  As I stated to Mr.  Alexander,  I cannot come even close to accommodating this request in three days in light of my current workload as well as the length of this request, among other things.  I have started to work on it some in between.  I am aware of the need for the transcripts based on Mr.  Alexander's previous email and I'll do what I can to get them to you before your deadline.  That's the best I can do at this point. Thanks.

Get Outlook for Android

**From:** Beth Sanders &lt;beth@alexanderappeals.com&gt;
**Sent:** Wednesday, August 2, 2023 11:43:07 AM
**To:** Stephanie McCarn &lt;Stephanie_McCarn@flsd.uscourts.gov&gt;
**Cc:** Samuel Alexander &lt;samuel@alexanderappeals.com&gt;
**Subject:** Re: ******3-DAY******FW: On-line Non-Appeal Transcript Order Form

 CAUTION - EXTERNAL:

Hi Stephanie,
Following up to the email I sent on Friday. Could you please let us know the status of the transcripts?
Thank you,
Beth


**Beth Sanders | Paralegal**

Alexander Appellate Law P.A.

120 S Woodland Blvd Suite 200 DeLand FL 32720

(407) 907-4305 | alexanderappeals.com

beth@alexanderappeals.com


On Fri, Jul 28, 2023 at 1:19 PM Beth Sanders &lt;beth@alexanderappeals.com&gt; wrote:

> **Beth Sanders | Paralegal**
>
> Alexander Appellate Law P.A.
>
> 120 S Woodland Blvd Suite 200 DeLand FL 32720
>
> (407) 907-4305 | alexanderappeals.com
>
> beth@alexanderappeals.com
>
> Hi Stephanie,
> I'm following up on the transcript order below.  Can you please let us know the timing for the transcript?
> Thanks so much!
> Beth
>
> ---------- Forwarded message ---------
> From: **FLSD Transcript Requests** &lt;Transcript_Requests@flsd.uscourts.gov&gt;

Date: Tue, Jul 25, 2023 at 2:40 PM
Subject: ******3-DAY******FW: On-line Non-Appeal Transcript Order Form
To: Stephanie McCarn <Stephanie_McCarn@flsd.uscourts.gov>
Cc: FLSD Transcript Requests <Transcript_Requests@flsd.uscourts.gov>, samuel@alexanderappeals.com <samuel@alexanderappeals.com>

Good afternoon, Stephanie

Please find this 3-Day transcript request below for:

22-cv-22671 BATISTA et al v. AVANT ASSURANCE INC. et al 7/10/2023, 7/11/2023, 7/12/2023, 7/13/2023 & 7/14/2023 McCarn

Thank you,

*Matilde Valdez*

Court Reporter Coordinator

U.S. District Court-Southern Division

Clerk's Office

400 N. Miami Avenue

Miami, FL 33128

Direct: (305) 523-5635/5676

Matilde_Valdez@flsd.uscourts.gov

-----Original Message-----
From: Southern District of Florida via Southern District of Florida <flsdweb@flsd.uscourts.gov>
Sent: Tuesday, July 25, 2023 12:59 PM
To: FLSD Transcript Requests <Transcript_Requests@flsd.uscourts.gov>
Subject: On-line Non-Appeal Transcript Order Form

Submitted on Tuesday, July 25, 2023 - 12:58pm Submitted values are:

Requestor's Name: Avant Assurance, Inc.

Phone Number: (407) 907-4305

E-mail Address: samuel@alexanderappeals.com Mailing/Billing Address:

Alexander Appellate Law P.A.

120 S Woodland Blvd Suite 200

DeLand FL 32720

Date Requested: Tue, 07/25/2023

Magistrate Judge/District Judge: Hon. Cecilia Altonaga

Date(s) of Hearing(s): July 10, 11, 12, 13, 14 Type of Proceeding: Jury trial Case Number: 1:22-cv-22671-CMA Case Name/Style: Avant Assurance, Inc.

Reporter Name/Digital Number: Stephanie McCarn Special Instructions: We need the transcripts in order to prepare post-judgment motions, so we are requesting 3-day expedited, electronic delivery. We will request the appellate transcripts later.

Shipment Option: E-mail

Account # (for Overnight Shipping via UPS,FedEx or DHL):

Indicate transcript type desired.  See cost below: 3-Day Expedited

NOTE: DUE TO A HIGH RISK VULNERABILITY A CONFIRMATION EMAIL WAS NOT SENT TO THE USER.

YOU COULD EMAIL THE USER A CONFIRMATION EMAIL.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**