# 2022 Compensation Plan

## I- COMPENSATION TERMS

The following must take place in order for the Agent to be paid:

a) Policy must be Active and paid by Insurance Carrier.
b) Each commission payment will be paid as it is being received by insurance companies, whereas multiple payments will occur on each month. Insurance companies and FMO reserve the right to amend commissions during the 2022 special enrollment period.
c) The commission schedule below applies to policies with an effective date of April, 1st, 2022 through December, 31st, 2022.
d) Acceptable forms of payment include the following: ACH.
e) Commission and Bonus compensation will be issued as a one-time payment.

## II- Insurance Company - Tier 1 (Per Member)

| Ambetter | Friday |
|---|---|
| $35.00 | $35.00 |

## III- Insurance Company - Tier 2 (Per Member)

| Aetna | BCBSTX | Cigna | UHC |
|---|---|---|---|
| $20.00 | $20.00 | $20.00 | $20.00 |

## IV- Insurance Company – Tier 3 (Per Member)

| Anthem | BCBSIL |
|---|---|
| $5.00 | $5.00 |

** Policies from Bright, Florida Blue, Molina and Oscar will NOT be processed and will NOT receive compensation.*

** Policies with a monthly premium must have a method of payment in order to be processed. If no method of payment is provided, policies will be marked as "Issue", will NOT be processed and will NOT receive compensation.*

** Policies from carriers NOT included in the approved tiers will be marked as "Issue", will NOT be processed and will NOT receive compensation.*

PLAINTIFF'S BATISTA 0000006

# 2022 Compensation Plan

## I- COMPENSATION TERMS

The following must take place in order for the Agent to be paid:

a) Policy must be Active and paid by Insurance Carrier.

b) Each commission payment will be paid as it is being received by insurance companies, whereas multiple payments will occur on each month. Insurance companies and FMO reserve the right to amend commissions and bonuses during the 2022 special enrollment period for policies with an effective date of March, 1st, 2022 through December, 31st, 2022.

c) Acceptable forms of payment include the following: ACH

d) Commission and Bonus compensation will be issued as a one-time payment.

## II- Insurance Company - Tier 1 (Per Member)

| Ambetter | Friday | Oscar |
|---|---|---|
| $35.00 | $35.00 | $35.00 |

## III- Insurance Company - Tier 2 (Per Member)

| Aetna | Cigna | UHC |
|---|---|---|
| $15.00 | $15.00 | $15.00 |

## IV- Insurance Company – Tier 3 (Per Member)

| Bright | BCBSIL | BCBSTX | Molina |
|---|---|---|---|
| $5.00 | $5.00 | $5.00 | $5.00 |

** Bright's policies with a "Super" plan will be marked as "Issue", will NOT be processed and will NOT receive compensation.*

** FloridaBlue's (BCBS Florida) policies will be marked as "Issue", will NOT be processed and will NOT receive compensation.*

** Policies from carriers NOT included in the approved tiers will be marked as "Issue", will NOT be processed and will NOT receive compensation.*

## 2022 OEP Bonus Plan

I- Oscar FL & TX (ONLY) – New and Renewal Members

| Member Tiers | Bonus Amount |
|---|---|
| 300-349 | $ 5,000.00 |
| 350-499 | $ 10,000.00 |
| 600+ | $ 25,000.00 |

II- Ambetter – New Members

| Member Tiers | Bonus Amount |
|---|---|
| 250+ | $ 10,000.00 |

III- Friday – New Members

| Member Tiers | Bonus Amount |
|---|---|
| 150-249 | $ 5,000.00 |
| 250+ | $ 10,000.00 |

IV- Overall Production Bonus (All Insurance Companies from 10/25/2021 to 01/28/2022)

| Policies | Bonus |
|---|---|
| 1250-1499 | $10,000.00 |
| 1500-1999 | $15,000.00 |
| 2000+ | $20,000.00 |

V- Agency's Overall Production Bonus (from 10/25/2021 to 01/28/2022)

If Agency meets the Goal of 13,000 policies at the closing of 01/28/2022, Agent will get $10,000.

** Bonuses will paid in April, 2022 or once we receive compensation from the Insurance Companies. Agent will need to be actively producing for the Agency at the time of payment.*

2022 Rafaela Valiente
File Edit View Insert Format Data Tools Extensions Help Last edit was 16 min
100%
Members
Members
Policies Sold
Submitted
Pending
Issues
1692
1104
1081
23
2
Ambetter
Oscar
Friday
Bright Health
Molina
BCBSTX
178
889
92
355
29
73
10.52%
52.54%
5.44%
20.98%
1.71%
4.31%
Daily Sales
60
40
20
Policies



| Members | Policies Sold | Submitted | Pending |
|---|---|---|---|
| 1962 | 1250 | 1241 | 9 |

| Ambetter | Oscar | Friday | Bright Health |
|---|---|---|---|
| 182 | 1082 | 101 | 398 |
| 9.28% | 55.15% | 5.15% | 20.29% |

Daily Sales

Gmail

Rafaela Valiente <rafaelavaliente@gmail.com>

**carrier**
1 message

Compañías con las que TRABAJAMOS

Rafaela Valiente <rafaelavaliente@gmail.com> Tue, Nov 2, 2021 at 10:11
To: Reinier Cortes <rcortes@avantassurance.com>

imprimelo por favor

--

| Carriers | AZ | FL | GA | IL | NC | OH | SC | TX |
|---|---|---|---|---|---|---|---|---|
| Aetna | Yes | Yes | Yes | | Yes | | | Yes |
| Ambetter | Yes | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Anthem | | | Yes | | | Yes | | |
| BCBS IL | | | | Yes | | | | |
| BCBS TX | | | | | | | | Yes |
| Bright Health | Yes | Yes | Yes | Yes | Yes | | Yes | Yes |
| Cigna | Yes | Yes | Yes | Yes | Yes | | | |
| Friday | | | Yes | | Yes | | | Yes |
| Molina | | Yes | | Yes | | Yes | Yes | Yes |
| Oscar | Yes | Yes | Yes | Yes | Yes | | | Yes |
| United | Yes | Yes | Yes | Yes | Yes | | | Yes |

| Carriers | Visa | Master Card | Discovery | American | Bank Accu | MoneyGram | ID CARD |
|---|---|---|---|---|---|---|---|
| Ambetter | AutoPay | AutoPay | AutoPay | AutoPay | AutoPay | Monthy | SI |
| Anthem | | | | | | | SI |
| BCBS IL | | | | | | | SI |
| BCBS TX | | | | | | | SI |
| Bright Health | AutoPay | AutoPay | | AutoPay | AutoPay | | SI |
| Cigna | | | | | | | NO |
| Friday | AutoPay | AutoPay | AutoPay | AutoPay | AutoPay | | NO |
| Molina* | AutoPay* | AutoPay* | | AutoPay* | AutoPay* | Monthy | NO* |
| Oscar | Only 1st pay | Only 1st pay | Only 1st pay | Only 1st pay | AutoPay | | SI |

Acepta
Pago directo por el cliente
No acepta
*4 last SSN requiered

**Gracias**

**Rafaela Valiente**
Managing Member
(305) 300-5130



**Rafaela Valiente <rafaelavaliente@gmail.com>**

---

**Buen dia**

2 messages

---

**Rafaela Valiente** <rafaelavaliente@gmail.com>
To: rcortes@avantassurance.com

Wed, Jul 21, 2021 at 2:10 PM

Rei por favor no entiendo los cambios tan abruptos entre los meses por favor si me revisas y me dejas saber te lo voy a agradecer

| | MAYO | JUNIO |
|---|---|---|
| MOLINA | 1100 | 865 |
| BH | 630 | 435 |
| BCBTX | 2220 | 1130 |
| ANTHEM | 280 | 80 |

Gracias

---

**Rafaela Valiente** <rafaelavaliente@gmail.com>
To: rcortes@avantassurance.com

Thu, Aug 5, 2021 at 10:34 AM

[Quoted text hidden]

 Rafaela Valiente <rafaelavaliente@gmail.com>

## Dias ausentes

1 message

**Rafaela Valiente** <rafaelavaliente@gmail.com>
To: rcortes@avantassurance.com
Tue, Aug 31, 2021 at 5:18 PM

Rey el lunes 13 Septiembre tengo el app para la ciudadania
miercoles 15 Septiembre operacion 7 dias de rehabilitacion

Rafaela

 

**Lo mismo**
2 messages

**Rafaela Valiente** <rafaelavaliente@gmail.com> Wed, Jul 21, 2021 at 2:12
To: rcortes@avantassurance.com

| | ABRIL | MAYO |
|---|---|---|
| FRIDAY | 1390 | 850 |

Revisame esto tambien por favor

Gracias

**Rafaela Valiente** <rafaelavaliente@gmail.com> Thu, Aug 5, 2021 at
To: rcortes@avantassurance.com

[Quoted text hidden]

 Rafaela Valiente <rafaelavaliente@gmail.com>

## HOLA

2 messages

Esta es la fecha cdo comence con Advante

**Rafaela Valiente** <rafaelavaliente@gmail.com> Thu, Oct 22, 2020 at 5:06 PM
To: xelimar.mendez@crinsurancegroupllc.com

Hola Xelimar mi nombre es Rafaela Valiente agente de seguros contratada bajo CRINSURANCE con la compañía Oscar y mediante la presente solicito la liberación para poder trabajar con otra agencia que me ha dado la oportunidad de crecer en esta industria

Sin mas

Rafaela Valiente

---

**Suaynet Serbia** <suaynet.serbia@crinsurancegroupllc.com> Fri, Oct 23, 2020 at 6:54 PM
To: "rafaelavaliente@gmail.com" <rafaelavaliente@gmail.com>
Cc: Carlos Rodriguez <Carlos.Rodriguez@crinsurancegroupllc.com>, Alvaro Giraldo Torres <ag@crinsurancegroupllc.com>, Xelimar Mendez <xelimar.mendez@crinsurancegroupllc.com>, Naina Pina <Naina.Pina@crinsurancegroupllc.com>

Buenas noches Rafaela:

Esperamos que se encuentre bien.

Nos alegra que desee expandir sus posibilidades de crecimiento en esta industria.

Debe saber que los "reléase" solo se procesan desde enero 1ro de cada año y hasta el 30 de junio de cada año.

En esta época nosotros no procesamos este tipo de petición.

Le invitamos a que se comunique con nuestra Directora de ACA, Naina Pina para que le ayude con cualquier inquietud que pueda presentar.

*Suaynet Serbiá*

**Director of Operations, CR Insurance Group LLC**

(321)274-5232 I (407) 985-5919 | suaynet.serbia@crinsurancegroupllc.com

www.crinsurancegroupllc.com

**Miami Dade / Broward / Orlando / Tampa / Puerto Rico / Texas**

**To: All Staff**

**From: Jennifer A. Manjarres /Administration**

**Date: May 26, 2022**

**Re: New Office Access Cards (Garage)**

I acknowledge that I received (1) Parking Garage Access Card for our new offices located at:

**3470 NW 82nd Avenue**
**Suite 700**
**Doral, Florida 33166**

This card will allow for access to our office building garage as well as elevator access to reach our office located on the 7th floor.

Please note that if your card is misplaced/lost, there is a fee to replace it.

---

**Received by:**

X________________________________

**Print Name:**

X________________________________

**Dated:** __________________