


---------- Forwarded message ---------
De: **Mariana Lopez** <mariana62@gmail.com>
Date: lun, 11 jul 2022 a las 15:24
Subject: Mariana López
To: Jennifer Manjarres <jmanjarres@avantassurance.com>, <rcortes@avantassurance.com>, Alix Ledesma <alix@avantassurance.com>

Buenas tardes:

Debido a incomodidades que vengo sintiendo en el ambiente laboral sumado a la ansiedad que me genera trabajar a diario con un oficial de policía dentro de las instalaciones después de las supuestas amenazas de un ex compañero de trabajo, he decido no prestar Más mis servicios como Agente de Seguros de Salud el cual venía desempeñando hasta el día viernes 07/08/2022.

Sin más por los momentos.

Mariana Lopez

Enviado desde mi iPhone

PLAINTIFF'S BATISTA

000024