< 1     **Reinier Cortes**

mar, abr. 19

> Hola boss, me voy a ir a Colombia del 8 al 25 en principio, quizá puedo devolverme antes
> 11:15 a.m.

> Tú crees es ton es que pueda por lo menos trabajar remoto desde allá?
> 11:16 a.m.

🚫 *Se eliminó este mensaje.*   11:33 a.m.

**Tú**
Hola boss, me voy a ir a Colombia del 8 al 25 en principio, quizá puedo devolverme antes

Hola... mayo?     11:34 a.m.

**Tú**
Tú crees es ton es que pueda por lo menos trabajar remoto desde allá?

En principio pienso que si     11:34 a.m.

**Reinier Cortes**
Hola... mayo?

Si     11:36 a.m.

**Reinier Cortes**
En principio pienso que si

Sería genial poder cubrir algunas

PLAINTIFF'S BATISTA
000126

< 1    **Alix Ledesma**

---

📄 pdf  **Schedule 6-13 6-17.pdf**

1 página · 186 KB · pdf                          2:23 p.m.

lun, jun. 13

Alixita  11:26 a.m. ✓✓

Como estas  11:26 a.m. ✓✓

El miércoles no voy a poder ir a la Ofi porque me operan la vista
11:26 a.m. ✓✓

Ya el jueves estoy fino  11:27 a.m. ✓✓

4079556796 le grabe el consent a este cliente tuyo
4:09 p.m. ✓✓

7377588629 ponerlo en el excel de hoy
7:13 p.m.

Bello  7:17 p.m.

Gracias  7:17 p.m. ✓✓

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 **2021** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|
| AVANT ASSURANCE INC<br>13155 SW 134TH STREET<br>SUITE 209<br>MIAMI FL 33186<br>(305) 332-8317 | | | |
| PAYER'S TIN<br>85-3065053 | RECIPIENT'S TIN<br>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 | **1** Nonemployee compensation<br>$ 19000.00 | **Copy C**<br>**For Payer or State Copy** |
| RECIPIENT'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>CARLOS   LOPEZ ALCALA<br><br>15350 SW 23rd ST<br><br>MIAMI FL 33185 | | **2** Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.** |
| | | **3** | |
| | | **4** Federal income tax withheld<br>$ | |
| Account number (see instructions) | 2nd TIN not. ☐ | **5** State tax withheld<br>$<br>$ | **6** State/Payer's state no.<br> | **7** State income<br>$<br>$ |

Form **1099-NEC**    www.irs.gov/Form1099NEC    Department of the Treasury - Internal Revenue Service

PLAINTIFF'S BATISTA

000128

**Re: Company Annoucement** 

 **Jennifer Manjarres** &lt;jmanjarres@avantassurance.com&gt;    Friday, May 13, 2022 at 5:07 PM
To:   Alberto Darsa;   Alix Ledesma;   Delio Batista;   mariana62@gmail.com;   Andrea Gonzalez;   anagmn81@gmail.com;   rafaelvaliente@gmail.com;   +3 more

Hello Team, hope everyone is doing well.

We would like to take this time to inform you of updates that are happening at Avant Assurance, Inc. They are as follows:

We're officially MOVING, our new office address is:

**3470 NW 82nd Avenue
Suite 700
Doral, Florida 33166**

Motivational quotes are inspiring to all of us! Please take some time to share your favorite quotes, specifically about positivity in the workplace, success and motivation! We will review all quotes/messages received and select a few to post on our new office walls. **Deadline to submit is Friday, May 20th**.

This **Monday, May 16h at 2pm**, we will be hosting a small inauguration ceremony in honor of our new office location- there will be a ribbon cutting ceremony and celebratory toast! We will be giving a tour of the new space as well. The morning crew will leave our kendall offices at 1:30pm and go home after the ceremony. The afternoon crew will meet us in our new offices and thereafter head to the kendall offices.

Lastly, we will be ording company polo's for each of the staff/agents; you choose to wear your polo daily or on Friday, it's up to you. Please send me your sizes, Small, Medium, Large, or Extra Large by **Wednesday, May 18th.** We will be ordering up to a maximum of (3) per person.

Any questions, please feel free to ask Reinier or myself.

Enjoy your weekend,

Jennifer A. Manjarres
Executive Office Manager

PLAINTIFF'S BATISTA
000129

 **carlos lopez** <carloslopezalcala@gmail.com>

Monday, May 23, 2022 at 12:01 PM

To: Alberto Darsa; Reinier Cortes

 Carlos L (BCTX-April...
10.6 KB

Download All · Preview All

Hola Al

Porfa recuerda para los próximos pagos hacerlo a través de la empresa que te pase la semana pasada,

Mil gracias

Carlos López

---

**From:** Commissions Avant Assurance <commissions@avantassurance.com>
**Date:** Monday, May 23, 2022 at 10:03 AM
**To:** carloslopezalcala@gmail.com <carloslopezalcala@gmail.com>
**Subject:** BCTX-April 022

Good morning Carlos,

Attached please find your BCTX-April 2022 Statement.

--

**Commissions Department**
E: commissions@avantassurance.com



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s). If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither Avant Assurance Inc, nor any of its agents or employees are responsible for the content, including viruses placed by third parties or other harmful components. This email does not contain legal, tax, or medical advice. If any confidential information is contained herein, including personal health information, you agree to maintain the confidentiality of any such information. All rights, privileges, and immunities apply.

PLAINTIFF'S BATISTA
000130

 **adarsa@avantassurance.com** <adarsa@avantassurance.com>
To: 'carlos lopez'; 'Reinier Cortes'

Monday, May 23, 2022 at 12:11 PM

Hola Carlos,

Que pena contigo, no se me olvido, es que el banco no me dio permiso para añadirte como nueva compañía, ya hoy tengo acceso.

Mil; Gracias y disculpa la molestia.

Un abrazo fuerte,

Al


**Alberto M. Darsa**
Chief Financial Officer
P: (305) 964-5860
C: (786) 344-3234
E: adarsa@avantassurance.com
W: https://obamacareinsurancecenter.com/



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s). If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither Avant Assurance Inc, nor any of its agents or employees are responsible for the content, including viruses placed by third parties or other harmful components. This email does not contain legal, tax, or medical advice. If any confidential information is contained herein, including personal health information, you agree to maintain the confidentiality of any such information. All rights, privileges, and immunities apply.

---

**From:** carlos lopez <carloslopezalcala@gmail.com>
**Sent:** Monday, May 23, 2022 12:01 PM
**To:** Alberto Darsa <adarsa@avantassurance.com>; Reinier Cortes <rcortes@avantassurance.com>
**Subject:** FW: BCTX-April 022

Hola Al

Porfa recuerda para los próximos pagos hacerlo a través de la empresa que te pase la semana pasada,

Mil gracias

Carlos López

PLAINTIFF'S BATISTA
000131

**Acknowledgement - Parking Access Card (new office)**



Jennifer Manjarres <jmanjarres@avantassurance.com>

Thursday, May 26, 2022 at 3:15 PM

To: Alberto Darsa; Alix Ledesma; Delio Batista; Mariana Lopez; Andrea Gonzalez; Ana Monge; rafaelvaliente@gmail.com; Katrina Guerra; +3 more



Acknowledgement_...
87.8 KB

Download All · Preview All

Hi Team,

As you all know, we will be moving to our new offices in Doral very soon. The office building requires all tenants to have a parking access card in order to enter the parking garage. Please come see me so I can give you the card.

I have also attached an acknowledgement form stating that I have given each of you (1) parking garage access card. Please sign it and return to me as soon as possible.

Thanks in advance,

Jennifer A. Manjarres

Executive Office Manager

P: (305) 964-5860

C: (786) 775-1133

E: jmanjarres@avantassurance.com

W: https://obamacareinsurancecenter.com/



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s). If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither Avant Assurance Inc, nor any of its agents or employees are responsible for the content, including viruses placed by third parties or other harmful components. This email does not contain legal, tax, or medical advice. If any confidential information is contained herein, including personal health information, you agree to maintain the confidentiality of any such information. All rights, privileges, and immunities apply.

PLAINTIFF'S BATISTA
000132



**To: All Staff**

**From: Jennifer A. Manjarres /Administration**

**Date: May 26, 2022**

**Re: New Office Access Cards (Garage)**

I acknowledge that I received (1) Parking Garage Access Card for our new offices located at:

3470 NW 82nd Avenue
Suite 700
Doral, Florida 33166

This card will allow for access to our office building garage as well as elevator access to reach our office located on the 7th floor.

Please note that if your card is misplaced/lost, there is a fee to replace it.

..................................................................................................

**Received by:**

X_____

**Print Name:**

X_____

**Dated: _____**

PLAINTIFF'S BATISTA
000133



**Jennifer Manjarres <jmanjarres@avantassurance.com>**

To: Alberto Darsa; Alix Ledesma; Delio Batista; Mariana Lopez; Andrea Gonzalez; Ana Monge; Katrina Guerra; carloslopezalcala@gmail.com; +4 more

Friday, June 3, 2022 at 9:42 AM



Company Dinner and Ribbon Cutting .pdf

Good morning to All,

Please refer to the attached memorandum regarding important information on our upcoming move and special event taking place on Monday, June 6th.

Thank you,

**Jennifer A. Manjarres**

Executive Office Manager

P: (305) 964-5860

C: (786) 775-1133

E: jmanjarres@avantassurance.com

W: https://obamacareinsurancecenter.com/



CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s). If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither Avant Assurance Inc, nor any of its agents or employees are responsible for the content, including viruses placed by third parties or other harmful components. This email does not contain legal, tax, or medical advice. If any confidential information is contained herein, including personal health information, you agree to maintain the confidentiality of any such information. All rights, privileges, and immunities apply.

PLAINTIFF'S BATISTA
000134



To:        All Staff

From:      Jennifer A. Manjarres on behalf of Reinier Cortes

Date:      June 2, 2022

Re:        Company Announcement(s)

As you know, effective **Monday, June 6th**, Avant Assurance, Inc. will be permanently relocating to:

3470 NW 82nd Avenue
Suite 700
Doral, Florida 33166

In preparation for our move, we ask that you remove all personal belongings from desks by the end of your shift on **Friday, June 3rd**. Our moving company will be packing all monitors, keyboards, etc. securely and safely on **Saturday, June 4th**.

On **Monday, June 6th**, all staff will report to work at **10am** at our new offices, including the afternoon crew.

On **Monday, June 6th at 10:30am**, we will host a ribbon cutting ceremony to inaugurate our new offices, share in a celebratory toast and tour the offices. At **5pm**, we will stop operations and walk together for a special commemorative dinner at the restaurant **Tap 42**, which is in the same shopping center (CityPlace Doral) as our offices.

Should you have any questions and comments please let us know. We look forward to seeing you at our new offices and celebrating this milestone with all of you and Avant Assurance!

Thank you,

Avant Assurance, Inc.

PLAINTIFF'S BATISTA
000135

**Jennifer Manjarres <jmanjarres@avantassurance.com>**
To: Oscar Merlo; carloslopezalcala@gmail.com

Wednesday, June 15, 2022 at 11:34 AM

> 886c3b0e-08ea-4a... 204.2 KB
> a55d9a19-70a0-48f... 218.1 KB
> IMG_3140.jpg 233 KB

Download All • Preview All

Good afternoon to All,

Our Marketing team is working on a video collage to humanize our social media in celebration of Father's Day, which is quickly approaching. The plan is to include real people photos and better yet include photos of the "Avant Assurance Dads" (along with their kids)! This is completely voluntary.

If you would like to collaborate, we ask that you provide (1) picture of you with your kid(s) in a horizontal format - see illustration sample below.

**Deadline to turn in pictures is next week, Tuesday, June 14th.**

Thank you!

**Error! Filename not specified.**

**Error! Filename not specified.**

Jennifer A. Manjarres

Executive Office Manager

P: (305) 964-5860

C: (786) 775-1133

E: jmanjarres@avantassurance.com

W: https://obamacareinsurancecenter.com/



PLAINTIFF'S BATISTA 000136



**Alix Ledesma** &lt;alix@avantassurance.com&gt;

Wednesday, June 15, 2022 at 4:33 PM

To: anagmonge@hotmail.com; carloslopezalcala@gmail.com; mariana62@gmail.com; rafaelavaliente@gmail.com; Delio Batista; katrinaguerralife@gmail.com; +1 more

Buenas tardes,

Como saben, han habido cambios en la oficina y de ahora en adelante se les pide de favor que cualquier comunicación acerca de solicitud de días libres o llegadas tarde a la oficina sea hecho a través del email a mi dirección de correo electrónico alix@avantassurance.com y con copia a Jennifer Manjarres, Office Manager a su email jmanjarres@avantassurance.com

Esto con el fin de mantener cubierto el turno de agentes.

Gracias por su comprensión.

Alix Ledesma
Call Center Manager
alix@avantassurance.com

PLAINTIFF'S BATISTA
000137

Invitación: Sales Agent/Administration Meeting with Rei jue 16 de jun de 2022 15:00 – 15:30 (EDT) (carloslopezalcala@gmail.com)

Case 1:24-cv-22842-JEM Document 154-2 Entered on FLSD Docket 10/20/25 Page 13 of 13

**jmanjarres@avantassurance.com** <jmanjarres@avantassurance.com>

Required: rcortes@avantassurance.com; adarsa@avantassurance.com; alix@avantassurance.com; katrinaguerra81@gmail.com; mariana62@gmail.com; + 4 more

Thursday, June 16, 2022 at 1:24 PM

**Thursday, June 16, 2022 at 3:00 PM - 3:30 PM.**
https://us06web.zoom.us/j/89372208814?pwd=d2hSQVBYeUdwbmJwUnVLRENYMzdRdz09

This event occurs in the past.

**RSVP to this event**

Optional message to organizer

Accept    Tentative    Decline

invite.ics
4 KB

---

Tienes una invitación para el siguiente evento.

**Sales Agent/Administration Meeting with Rei**

| | |
|---|---|
| Cuándo | jue 16 de jun de 2022 15:00 – 15:30 Hora oriental - Nueva York |
| Dónde | https://us06web.zoom.us/j/89372208814?pwd=d2hSQVBYeUdwbmJwUnVLRENYMzdRdz09 (mapa)   mailto:rcortes@avantassurance.com |
| Información para unirse | Unirse con Google Meet<br>meet.google.com/epx-iziw-zbo<br><br>Unirse por teléfono<br>(US) +1 402-864-0231 (PIN: 815117266)<br><br>Más números de teléfono |
| Calendar | carloslopezalcala@gmail.com |
| Quién | • jmanjarres@avantassurance.com - organizador<br>• rcortes@avantassurance.com<br>• adarsa@avantassurance.com<br>• alix@avantassurance.com<br>• katrinaguerra81@gmail.com<br>• mariana62@gmail.com<br>• anagmn81@gmail.com<br>• carloslopezalcala@gmail.com<br>• dbatista@avantassurance.com<br>• rafaelavaliente@gmail.com |

Avant Assurance Inc is inviting you to a scheduled Zoom meeting.    más detalles »

Join Zoom Meeting

1 PM

Sales Agent/Administration Meeting with Rei
https://us06web.zoom.us/j/89372208814?

2 PM

3 PM

4 PM

5 PM

6 PM

PLAINTIFF'S BATISTA 000138