AO 187 (Rev. 7/87) Exhibit and List

.

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| DELIO BATISITA,<br>CARLOS LOPEZ,<br>MARIANA LOPEZ,<br>and RAFAELA VALIENTE,<br><br>    Plaintiffs,<br><br>vs.<br><br>AVANT ASSURANCE, INC.,<br>REINIER CORTES and<br>ANDREA GONZALEZ QUINTERO,<br><br>    Defendants. | **FINAL TRIAL EXHIBIT LIST**<br><br>CASE NO.: 1:22-CV-22671-ALTONAGA |
|---|---|

| PRESIDING JUDGE<br><br>HONORABLE<br>CECILIA M. ALTONAGA | PLAINTIFF'S ATTORNEY<br><br>FAIRLAW FIRM<br>Toussaint Cummings, Esq.<br>Brian H. Pollock, Esq.<br>135 San Lorenzo Ave<br>Suite 770<br>Coral Gables, FL 33146 | DEFENDANT'S ATTORNEY<br><br>CUETO LAW GROUP P.L.<br>Santiago Cueto Esq.,<br>Daniel Tropp, Esq.<br>4000 Ponce de Leon Blvd.,<br>Suite 470<br>Coral Gables, FL 33146 |
|---|---|---|

| TRIAL DATE(S)<br><br>July 10-13, 2023 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| NO. | DATE OFFERED | MARKED | OBJECTIONS | ADMITTED | Exhibit |
|---|---|---|---|---|---|
| | | | | | **Joint Exhibits** |
| 1 | | | | | Photographs of Avant Documents (Plaintiffs Bates 000001-17) |
| 2 | | | | | Avant Assurance Independent Contractor (IC) Standards Guide (Plaintiffs 000018-23) |
| 3 | | | | | Mariana Lopez Resignation Letter (Plaintiffs 000024) |
| 4 | | | | | Emails (Plaintiffs 000025-34, 000042-68, 000129-138, DOC 000010-15, Defendants Mariana and Carlos Lopez 00002) |
| 5 | | | | | Independent Contractor Non-Disclosure Agreement (000036) |
| 6 | | | | | Avant Client Consent Statement |
| 7 | | | | | Work Schedules Created by Alix Ledesma |
| 8 | | | | | Avant 2022 Compensation and Bonus Plans (Avant 000022-23) |
| 9 | | | | | Delio Batista State Licenses and Certifications (Plaintiffs 000071-78) |
| 10 | | | | | Delio Batista Text messages (000081-000112) |
| 11 | | | | | Plaintiff Carlos Lopez Text Messages (Bates 000113-000127). |
| 12 | | | | | Spreadsheet of Payments to Plaintiffs (provided by Defendants). |
| 13 | | | | | All Monthly Commission Statement Spreadsheets sent from Defendants to Plaintiffs |

.

| 14 | | | | | All Monthly Commission Statement Emails sent from Defendants to Plaintiffs |
|---|---|---|---|---|---|
| 15 | | | | | Defendants' Responses to Plaintiffs' First Request for Admissions |
| 16 | | | | | Defendants' Responses to Plaintiffs' First Request for Interrogatories |
| 17 | | | | | Spreadsheets Prepared by Carlos Lopez |
| 18 | | | | | Documents Produced by Defendants (Bates 1-16) |
| 19 | | | | | Plaintiffs' Responses to Discovery |

Respectfully Submitted on July 7, 2023.


s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Toussaint Cummings (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33156
Tel:    305.230.4884
*Counsel for Plaintiffs*

By:  *Daniel Tropp, Esq.*
Daniel E. Tropp, Esq. (948128)
**CUETO LAW GROUP P.L.**
4000 Ponce de Leon Blvd.,
Suite 470 Coral Gables, Florida 33146
Tel.:    (305) 777-0377
Tel.:  (direct line) (786) 306-1293
dantroppesq@gmail.com
*Counsel for Defendants*