







**OBAMACARE INSURANCE CENTER**

**HORARIO DE AGENTES**   **FROM: 3/7/2022**   **TO: 3/11/2022**

|           | LUNES      | MARTES     | MIERCOLES  | JUEVES     | VIERNES    |
|-----------|------------|------------|------------|------------|------------|
| Ana M     | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  |
| Mariana L | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  |
| Delio B   | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  | 9am a 3pm  |
| Carlos L  | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  |
| Rafaela V | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  |
| Katrina G | 12pm - 6pm | 12pm - 6pm | 12pm - 6pm | 12pm - 6pm | 12pm - 6pm |
| Alix L    | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  | 3pm a 9pm  |

Abrir
Cerrar



# OBAMACARE INSURANCE CENTER

## AGENT SCHEDULE         FROM: 7/11/2022     TO: 7/15/2022

|  | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|
| Ana M | 9am a 5pm | 9am a 5pm | 9am a 5pm | 9am a 5pm | 9am a 5pm |
| Mariana L | OFF | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Katrina G | 9am a 5pm | 1pm a 9pm | 9am a 5pm | 9am a 5pm | 9am a 5pm |
| Alejandra G | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm |
| Daniela M | 1pm a 9pm | 9am a 5pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm |
| Alix L | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm |

Abrir
Cerrar

# OBAMACARE INSURANCE CENTER

## HORARIO AGENTES

DEL: 7/4/2022          AL: 7/8/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| **Ana M** | OFF | 9AM - 5PM | 9AM - 5PM | 9AM - 5PM | 9AM - 5PM |
| **Mariana L** | OFF | 9AM - 3PM | 9AM - 3PM | 9AM - 3PM | 9AM - 3PM |
| **Katrina G** | OFF | OFF | 1PM - 9PM | 1PM - 9PM | 1PM - 9PM |
| **Daniela M** | OFF | 1PM - 9PM | 1PM - 9PM | 1PM - 9PM | 1PM - 9PM |
| **Alix L** | OFF | 1PM - 9PM | 1PM - 9PM | 1PM - 9PM | 1PM - 9PM |

**CERRAR**



# OBAMACARE INSURANCE CENTER

## AGENT SCHEDULE     FROM: 6/27/2022     TO: 7/1/2022

|  | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Mariana L | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Katrina G | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Daniela M | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Alix L | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm |

Abrir
Cerrar

PLAINTIFFS, BATISTA, LOPEZ, VALIENTE
000013



# OBAMACARE INSURANCE CENTER

## AGENT SCHEDULE     FROM: 6/20/2022     TO: 6/24/2022

|  | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Mariana L | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Delio B | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Katrina G | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Rafaela V | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Diana G | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Maria M | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Alix L | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm |

Abrir
Cerrar



# OBAMACARE INSURANCE CENTER

## HORARIO DE AGENTES    FROM: 6/13/2022    TO: 6/17/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Mariana L | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Delio B | OFF | OFF | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Carlos L | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Rafaela V | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Katrina G | 9am a 3pm | 9am a 3pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Alix L | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm | 1pm a 9pm |

Abrir
Cerrar



# OBAMACARE INSURANCE CENTER

## HORARIO DE AGENTES    FROM: 6/6/2022    TO: 6/10/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | OFF | OFF | OFF | OFF | OFF |
| Mariana L | 10am - 5pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Delio B | 10am - 5pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Carlos L | 10am - 5pm | 3pm a 9pm | 3pm a 9pm | 9am a 3pm | 3pm a 9pm |
| Rafaela V | 10am - 5pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Katrina G | 10am - 5pm | 9am a 3pm | 9am a 3pm | 3pm a 9pm | 9am a 3pm |
| Alix L | 10am - 5pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |

Abrir
Cerrar



# OBAMACARE INSURANCE CENTER

## HORARIO DE AGENTES    FROM: 5/30/2022    TO: 6/3/2022

| | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 4pm | 9am a 9pm | 9am a 3pm | 3pm a 9pm | 9am a 3pm |
| Mariana L | OFF | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Delio B | 9am a 4pm | 9am a 3pm | 9am a 9pm | 9am a 3pm | 9am a 3pm |
| Carlos L | OFF | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Rafaela V | OFF | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Katrina G | 9am a 4pm | 3pm a 9pm | 3pm a 9pm | 9am a 3pm | 12pm - 7pm |
| Alix L | OFF | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |

Abrir
Cerrar
Doble Turno

PLAINTIFFS, BATISTA, LOPEZ, VALIENTE
000007



# OBAMACARE INSURANCE CENTER

## HORARIO DE AGENTES    FROM: 5/23/2022    TO: 5/27/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 9pm | 9am a 3pm | 3pm a 9pm | 9am a 3pm |
| Mariana L | 9am a 9pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Delio B | 9am a 3pm | 9am a 3pm | 9am a 9pm | 9am a 3pm | 9am a 3pm |
| Carlos L | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Rafaela V | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |
| Katrina G | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 9am a 3pm | 12pm - 7pm |
| Alix L | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm | 3pm a 9pm |

Abrir
Cerrar
Doble Turno

PLAINTIFFS, BATISTA, LOPEZ, VALIENTE
000005



# OBAMACARE INSURANCE CENTER

## HORARIO DE AGENTES     FROM: 5/9/2022     TO: 5/13/2022

|           | LUNES       | MARTES      | MIERCOLES   | JUEVES      | VIERNES     |
|-----------|-------------|-------------|-------------|-------------|-------------|
| Ana M     | 9am a 3pm   | 9am a 9pm   | 9am a 3pm   | 3pm a 9pm   | 9am a 3pm   |
| Mariana L | 9am a 9pm   | 9am a 3pm   | 9am a 3pm   | 9am a 3pm   | 9am a 3pm   |
| Delio B   | 9am a 3pm   | 9am a 3pm   | 9am a 9pm   | 9am a 3pm   | 9am a 3pm   |
| Carlos L  | OFF         | OFF         | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   |
| Rafaela V | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   |
| Katrina G | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   | 9am a 3pm   | 12pm - 7pm  |
| Alix L    | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   | 3pm a 9pm   |

Abrir
Cerrar
Doble Turno

PLAINTIFFS, BATISTA, LOPEZ, VALIENTE
000003