# 2022 Compensation Plan

I-      COMPENSATION TERMS

The following must take place in order for the Agent to be paid:

a) Policy must be Active and paid by Insurance Carrier.
b) Each commission payment will be paid as it is being received by insurance companies, whereas multiple payments will occur on each month. Insurance companies and FMO reserve the right to amend commissions and bonuses during the 2022 special enrollment period for policies with an effective date of March, 1st, 2022 through December, 31st, 2022.
c) Acceptable forms of payment include the following: ACH
d) Commission and Bonus compensation will be issued as a one-time payment.

II-     Insurance Company - Tier 1 (Per Member)

| Ambetter | Friday | Oscar |
|----------|--------|-------|
| $35.00   | $35.00 | $35.00 |

III-    Insurance Company - Tier 2 (Per Member)

| Aetna  | Cigna  | UHC    |
|--------|--------|--------|
| $15.00 | $15.00 | $15.00 |

IV-     Insurance Company – Tier 3 (Per Member)

| Bright | BCBSIL | BCBSTX | Molina |
|--------|--------|--------|--------|
| $5.00  | $5.00  | $5.00  | $5.00  |

* Bright's policies with a "<u>Super</u>" plan will be marked as "Issue", will <u>NOT be processed</u> and will <u>NOT receive compensation</u>.

* FloridaBlue's (BCBS Florida) policies will be marked as "Issue", will <u>NOT be processed</u> and will <u>NOT receive compensation</u>.

* Policies from carriers NOT included in the approved tiers will be marked as "Issue", will <u>NOT be processed</u> and will <u>NOT receive compensation</u>.

## 2022 OEP Bonus Plan

**I-       Oscar FL & TX (ONLY) – New and Renewal Members**

| Member Tiers | Bonus Amount |
|---|---|
| 300-349 | $ 5,000.00 |
| 350-599 | $ 10,000.00 |
| 600+ | $ 25,000.00 |

**II-      Ambetter – New Members**

| Member Tiers | Bonus Amount |
|---|---|
| 250+ | $ 10,000.00 |

**III-     Friday – New Members**

| Member Tiers | Bonus Amount |
|---|---|
| 150-249 | $ 5,000.00 |
| 250+ | $ 10,000.00 |

**IV-     Overall Production Bonus (All Insurance Companies from 10/25/2021 to 01/28/2022)**

| Policies | Bonus |
|---|---|
| 1250-1499 | $10,000.00 |
| 1500-1999 | $15,000.00 |
| 2000+ | $20,000.00 |

**V-      Agency's Overall Production Bonus (from 10/25/2021 to 01/28/2022)**

If Agency meets the Goal of 13,000 policies at the closing of 01/28/2022, Agent will get $10,000.

*\* Bonuses will paid in April, 2022 or once we receive compensation from the Insurance Companies. Agent will need to be actively producing for the Agency at the time of payment.*