

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
**STATE OF FLORIDA**

# LETTER OF CERTIFICATION

06/10/2020

BATISTA, DELIO A
8230 NW 10TH STREET APT 10
MIAMI FL 33126

Re: BATISTA, DELIO A
License Number: W647277

The above named currently holds a license for the following line(s) of insurance:

- **Licensee:** 2-40 HEALTH
  **Issued:** 06/08/2020
  **Appointed?** No

Based on the licensee's last compliance date, the licensee is CE compliant for this license.

The licensee has qualified for the above line(s) of insurance by examination, designation, or experience.

No person may act as, advertise, or hold himself or herself out to be an insurance agent or adjuster unless he or she is currently licensed by the department and appointed by an appropriate appointing entity or person.

An insurance agency location can only transact insurance in the lines of business that its agents are licensed and appointed to transact.

END OF LETTER
NO FURTHER LICENSE INFORMATION SHALL APPEAR BELOW THIS LINE

Florida Department of Financial Services
Division of Agent and Agency Services
Bureau of Licensing
www.MyFloridaCFO.com
200 East Gaines Street, Tallahassee, FL 32399-0318

# FLORIDA DEPARTMENT OF FINANCIAL SERVICES

## *DELIO A BATISTA*

### License Number : W647277

**Resident Insurance License**

- 0240 - HEALTH

**Issue Date**

06/08/2020

*Jimmy Patronis*
Jimmy Patronis
Chief Financial Officer
State of Florida

**Please Note:** A licensee may only transact insurance with an active appointment by an eligible insurer or employer. If you are acting as a surplus lines agent, public adjuster, or reinsurance intermediary manager/broker, you should have an appointment recorded in your own name on file with the Department. If you are unsure of your license status you should contact the Florida Department of Financial Services immediately. This license will expire if more than 48 months elapse without an appointment for each class of insurance listed. If such expiration occurs, the individual will be required to re-qualify as a first-time applicant. If this license was obtained by passing a licensure examination offered by the Florida Department of Financial Services, the licensee is required to comply with continuing education requirements contained in 626.2815 or 648.385, Florida Statutes. A licensee may track their continuing education requirements completed or needed in their MyProfile account at https://dice.fldfs.com. To validate the accuracy of this license you may review the individual license record under "Licensee Search" on the Florida Department of Financial Services website at http://www.MyFloridaCFO.com/Division/Agents



## General Lines Agent
Life, Accident, Health and HMO

### DELIO A BATISTA
13155 SW 134TH ST
SUITE 209
MIAMI, FL 33186

### is authorized to transact business as described above

License No: 2561744     Issue Date: 08-31-2020     Expiration Date: 01-31-2022

Generated by Sircon 222188287

---



TEXAS
DEPARTMENT OF INSURANCE
THIS IS TO CERTIFY THAT

**DELIO A BATISTA**
13155 SW 134TH ST, SUITE 209, MIAMI, FL 33186

LICENSE NUMBER: 2561744



IS HEREBY AUTHORIZED TO TRANSACT BUSINESS IN ACCORDANCE TO THE LICENSE DESCRIPTION SHOWN BELOW:

**General Lines Agent**
Life, Accident, Health and HMO

Issue Date: 08-31-2020     Expiration Date: 01-31-2022

Generated by Sircon 222188287

# State of Ohio
# Department of Insurance

*DELIO A BATISTA*

Is licensed to engage in the business of insurance in the State of Ohio in the capacity stated below.

License Type : Non-Resident Major Lines
Line(s) of Authority : Accident & Health



Date of License: August 31, 2020
Expiration Date: January 31, 2023
License Number: 1308313
National Producer Number: 19539941

*Tynesia Dorsey*

———————————————
Tynesia Dorsey, Interim Director

Mike DeWine, Governor

---

**Ohio Insurance License**
Issued By:
**The Ohio Department of Insurance**

**DELIO A BATISTA**
(National Producer No: 19539941)

Is hereby licensed to engage in the business of insurance in the State of Ohio in the capacity stated below:

License Type: Non-Resident Major Lines
Line(s) of Authority: Accident & Health

License Number: 1308313
Date of License: August 31, 2020
Expiration Date: January 31, 2023

*Tynesia Dorsey*

Mike DeWine, Governor  *Tynesia Dorsey, Interim Director*

---

DELIO A BATISTA
13155 SW 134TH ST
SUITE 209
MIAMI, FL 33186