

3:59

Andrea Gonzalez(C...

1:41                              9:55 PM ✓✓

September 18, 2020

Hola Andrea
Tengo una situación con
una familia de 4 que quiero
procesar individualmente en el
Mercado de salud, ya que les
sale mas favorable.
Por favor que podemos hacer?

10:28 AM ✓✓

Procesarlas directo por el
market place
10:30 AM

Claro eso hice.
Me puedes llamar cuando
tengan un break en la escuela?

10:32 AM ✓✓

Ok  10:35 AM

 Message

**Device care**

🕐 ✳ 🔇 🛜 ▂ **15%** 🔋

🔋 **Battery power 15%** ⌄
Charge your phone or tap here to turn o..

**January 13, 2021**

EL CLIENTE ME COLGO POR FAVOR QUE ALGUN AGENTE SE TRATE DE COMUNICAR CON EL ..... 6192929520/ JORGE BARCELATA
3:23 PM

**Andrea Gonzalez(Cortes)**
EL CLIENTE ME COLGO POR FAVOR QUE ALGUN AGENTE SE TRATE DE COMUNICAR CO...

Dice el Sr. que llamará cuando se haya decidido.
4:06 PM ✓✓

📢📢clientes q llamen a preguntar a donde envian los documentos, por favor darle este email info@elcuidadodesalud.com
4:27 PM

Perfecto!!! 4:28 PM ✓✓

**January 17, 2021**

 Message   

PLAINTIFF'S BATISTA
000082

← Andrea Gonzalez(C...

El Sr. nunca respondio las llamadas

6:51 PM ✓✓

September 23, 2021

Buen Dia:

Sus documentos han sido cargados al mercado de seguros médicos.

Por favor guarde nuestro número de teléfono (844) 960-3132 para cualquier pregunta referente al seguro médico, de esta línea lo llamaremos en el mes de Octubre, para actualizar su información y darle los nuevos planes para el 2022.

Es un gusto para nosotros asistirle.

Gracias

10:43 AM

Good morning,

Message

PLAINTIFFS BATISTA
000083

3:56

**Andrea Gonzalez(C...**

I'll call you right back. 11:57 AM

Por fa revisa este cliente, Ramzy Issa tiene fecha de cobertura para el 2/1/22 es correcto 11:59 AM

Si, lo hice hoy. A todos los clientes les estoy diciendo que el segurao estara activo para el 02/01/2022 12:45 PM

Ohhh si q pena gracias 1:37 PM

**January 25, 2022**

8178529581
2144698142
5619908564
5127854501
4692859297
4698627571
6024871464
2147539441
9792359504
5132533873 10:23 AM

Message

PLAINTIFF'S BATISTA
000084



3:56     16%

← **Andrea Gonzalez(C...**

4698627571
6024871464
2147539441
9792359504
5132533873    10:23 AM

Buen Dia:

Los documentos enviados
por usted no son válidos para
verificar el estatus migratorio
americano.

Por favor envíe documentación
válida o comuníquese
con nosotros para mayor
información al  (844) 960-3132.

Es un gusto para nosotros
asistirle.

Gracias    2:48 PM

Good xxxxx,  2:49 PM ✓✓

The documents you have
sent are not valid to verify

 😊 | Message      

        

PLAINTIFF'S BATISTA
000085

3:56 

Andrea Gonzalez(C...

documentation or give us a call for further information (844) 960-3132          It is always a pleasure to assist you. Best regards,

2:53 PM

Buen Dia:

Sus documentos han sido recibidos, desafortunadamente nuestro sistema no puede encontrar su póliza de seguro médico, por favor confírmanos el número de teléfono con el cual realizó la inscripción, puede llamarnos a nuestra línea nacional (844) 960-3132 o responder por este mismo email.

Es un gusto para nosotros asistirle.

Gracias

2:56 PM

Good -------,
Your documents have been received, unfortunately our

Message

con Bright y este ano paso a Ambetter (siempre con nosotros)                    Toda la info en el CRM

10:15 AM ✓✓

February 9, 2022

 BASTIDES SULMAR

12:03 PM

| Invite | Add contact |
|---|---|

Por fa llama a este cliente ya esta con nosotros pero quiere bajar el precio

12:05 PM

Dice q es cliente mia pero no se, si es de alguien q este alli, le puedes avisar para q la llamr por fa

12:06 PM

dame 5   12:11 PM ✓✓

No te olvides de la clienta Marietta Rodríguez de la Fuente/7864126017  please

12:12 PM ✓✓

Message



☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Nonemployee compensation $ 58115.00 | OMB No. 1545-0116 **2021** Form **1099-NEC** | **Nonemployee Compensation** |
|---|---|---|---|

AVANT ASSURANCE INC
13155 SW 134TH STREET
SUITE 209
MIAMI FL 33186
(305) 332-8317

| PAYER'S TIN 85-3065053 | RECIPIENT'S TIN 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 | 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | |

Copy C
**For Payer or State Copy**

RECIPIENT'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code

DELIO BATISTA
8230 NW 10th ST #10
MIAMI FL 33126

| | 3 | 4 Federal income tax withheld $ |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see the **2021 General Instructions for Certain Information Returns.**

| Account number (see instructions) | 2nd TIN not. ☐ | 5 State tax withheld $ ........... $ ........... | 6 State/Payer's state no. | 7 State income $ ........... $ ........... |
|---|---|---|---|---|

Form **1099-NEC**      www.irs.gov/Form1099NEC      Department of the Treasury - Internal Revenue Service



Upload to OneDrive

PLAINTIFF'S BATISTA
000088

Case 1:22-cv-22671-CMA   Document 118-4   Entered on FLSD Docket 08/15/2023   Page 9 of 32



**Andrea Gonzalez(C...**



PDF BATISTA.pdf

1 page • 279 kB • PDF        7:53 PM

Buenas noches, te estoy enviando un scan de tu 1099/2021, el lunes te entrego el fisico en la oficina        7:54 PM

**February 16, 2022**

Bright envio el dinero el dia 02/10/2022 lo cual toma de 5-7 dias dias habiles.        3:08 PM

esto de marietta, q revise en su banco        3:08 PM

**March 2, 2022**



⬇ 8.5 MB

Message

PLAINTIFF'S BATISTA
000089

3:53

**Mariana Franco** ✨

Delio buenos días tú me puedes ayudar marcándole a 8135169337 Jeisson David Aldana
11:49 AM

Gracias 11:49 AM

Llamando 11:50 AM ✓✓

No me responde😔 11:52 AM ✓✓

June 17, 2022

Hola!!!! ERIK SOCA CRUZ quiere que lo llamen despues de las 6:00 PM
11:04 AM ✓✓

Vale listo si señor yo lo llamo a esa hora
11:04 AM

Delio tú me puedes ayudar marcándole a este cliente son dos leads 6892335037 11:19 AM

La otra es alanys mercedes 6892550665 11:21 AM

ahora los llamo, disculpa

Message

PLAINTIFFS BATISTA
000090

 **Mariana Franco** ✨

Listo, ya te lo converti!!!
11:14 AM ✓✓

Muchas gracias! 11:28 AM

Mi delio me ayudas pasando a osvany noda a cliente por favor ya le leyeron el consentimiento
12:48 PM

👍👍👍 1:55 PM ✓✓

June 7, 2022

Delio cómo estás tú me puedes ayudar llamando a Gisela Zamora cuando tengas tiempo por favor 3059650221 12:11 PM

Llamo de nuevo? Hable con ella hace un rato
1:37 PM ✓✓

**You**
Llamo de nuevo? Hable con ella hace un rato

Y te dijo algo? O no lo quería?
1:37 PM

Message

PLAINTIFF'S BATISTA
000091



3:53

  16% 

**Mariana Franco ✨**

Hola Mariana, aparezco activo en el CRM? No me ha sonado en rato.
12:33 PM

Hola delio cómo estás ya te confirmo y te llamo por el crm
12:35 PM

Gracias!!!!!! 12:36 PM

May 20, 2022

Hola!!!!! Le encontre un plan de $0/mes pero al final dice que tiene que hablar con el esposo.....
1:10 PM

Marianita, tu tienes que ver con procesamiento? Me estan colocando issues por falta de planes dentales......, me parece raro.....
1:11 PM

May 23, 2022

**Mariana Franco ✨ • Group**
@Delio Batista tú me puedes ayudar con este lead que tiene

Message

3:52

**Mariana Franco ✨**

May 11, 2022

Hola Mariana, todo bien por alla? La manana fue extremadamente lenta.

3:01 PM ✓✓

**You**
Hola Mariana, todo bien por alla? La manana fue extremadamente lenta.

Hola mi Delio cómo estás, pues la verdad por la mañana las llamadas si estuvieron pesadas casi ni entraban pero espero que ahorita se reponga todo 💪🏼💪🏼💪🏼

3:11 PM

👍 3:17 PM ✓✓

May 12, 2022

Mi delio cómo estás quisiera preguntarte los tres leads de Angie Álvarez fueron venta es que sólo uno aparece en cliente

Message

 **Alix Ledesma**

June 16, 2022

You are NOT to appear for jury selection. Your service is complete. You do NOT need to take any further action.

8:53 PM ✓✓

Al menos una buena noticia😄😄😄

8:53 PM ✓✓

Excelente!!! 👏👏👏👏👏

8:53 PM

Yeah!!! 8:54 PM ✓✓

Gracias 🙏 8:54 PM

June 19, 2022



OBAMACARE INSURANCE CENTER
AGENT SCHEDULE   FROM: 6/20/2022   TO: 6/24/2022

|  | MON | TUE | WED | THU | FRI |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Mariana L | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |

📄 Schedule 6-20 6-24.p...

2 pages • 186 kB • PDF     1:07 PM

Message

PLAINTIFFS BATISTA
000094

3:51

## Alix Ledesma

Que bien!!! 9:47 PM

**June 15, 2022**

ELIANNY ALTAGRACUA
VILLAMAN VERAS DE MOTA
(y) REF. MARIELIS DE MOTA
11:46 AM ✓✓

Pasalo a tu Excell (Cliente)
11:46 AM ✓✓

Gracias  11:46 AM

Podrías chequear la fecha de
hoy en tu excel, al parecer hay
una fecha mal puesta 11:47 AM

Y Mariana también please
11:48 AM

Estamos Junio 15? estoy
correcto. Le digo a M 11:49 AM ✓✓

Ella tiene 06/15 tambien
11:50 AM ✓✓

Pudiera ser Ana k esta remota
creo 11:50 AM ✓✓

Message

PLAINTIFF'S BATISTA
000095

3:51

**Alix Ledesma**

hay llamadas y especialmente cuando el issue no es un real issue

9:51 AM



**OBAMACARE INSURANCE CENTER**

HORARIO DE AGENTES   FROM: 6/13/2022   TO: 6/17/2022

| | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Mariana L | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |

📄 Schedule 6-13 6-17.p...

1 page • 186 kB • PDF          2:20 PM

(Un buen comienzo!!!)
DO NOT report to the courthouse on WEDNESDAY, JUNE 15, 2022. You are still on standby for jury service next week starting, 06/15/2022.
If you are called to report, you will receive an email the afternoon before the date you must report. Please make sure to check your email after 5pm each day. If you have any questions please call our office at 305-349-7775.

9:21 PM

Que bien!!!   9:47 PM

Message

PLAINTIFF'S BATISTA
000096

3:50

# Alix Ledesma



**OBAMACARE INSURANCE CENTER**
**HORARIO DE AGENTES   FROM: 6/6/2022   TO: 6/10/2022**

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | OFF | OFF | OFF | OFF | OFF |
| Mariana L | 10am - 5pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |

📄 Schedule 6-6 6-10.pdf

1 page • 186 kB • PDF          5:39 PM

**June 9, 2022**

Hola Delio! Buen dia Mariana esta enferma, no va a la oficina hoy, si hay mucha urgencia se va a conectar o yo me conectaria
8:48 AM

Buenos días
Tranquila....yo grito...😄😄
8:50 AM ✓✓

📊 Prime DVH - Pri...

13 kB • XLSX          1:19 PM

**June 10, 2022**

Buen dia Delio!

Message

PLAINTIFF'S BATISTA
000097



# Alix Ledesma

  

May 24, 2022

Hola Delio, buen dia!
Tu vienes hoy a la oficina?

9:39 AM

I supposed to, but stocked at the Dr with my Mom

9:59 AM ✓✓

No les dijo Rey? 10:05 AM ✓✓

No, pero no problem, yo estoy aqui

10:08 AM

Gracias, yo mandé textos temprano pero no salieron....

10:28 AM ✓✓

May 26, 2022



| | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| **OBAMACARE INSURANCE CENTER** | | | | | |
| **HORARIO DE AGENTES   FROM: 5/30/2022   TO: 6/3/2022** | | | | | |
| Ana M | 9am a 4pm | 9am a 9pm | 9am a 3pm | 3pm a 9pm | 9am a 3pm |
| Mariana L | OFF | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |

📄 Schedule 5-30 6-3.pdf

1 page • 188 kB • PDF          6:32 PM

June 3, 2022

 Message   

PLAINTIFF'S BATISTA
000098

3:50

**Alix Ledesma**

Hola buena tarde!
aqui va es schedule de la próxima semana
Gracias por tu apoyo 👌

4:39 PM



145 KB

4:40 PM

May 19, 2022

**OBAMACARE INSURANCE CENTER**

HORARIO DE AGENTES   FROM: 5/23/2022   TO: 5/27/2022

| | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 9pm | 9am a 3pm | 9am a 9pm | 9am a 3pm |
| Mariana L | 9am a 9pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |

📄 PDF  Schedule 5-20 5-27.p...

1 page • 187 kB • PDF        3:58 PM

May 24, 2022

Hola Delio, buen dia!

Message

PLAINTIFF'S BATISTA
000099

← **Alix Ledesma**

---

May 5, 2022



OBAMACARE INSURANCE CENTER

HORARIO DE AGENTES   FROM: 5/9/2022   TO: 5/13/2022

| | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 5pm | 9am a 5pm | 3pm a 5pm | 9am a 3pm |
| Mariana L | 9am a 5pm | 9am a 5pm | 9am a 5pm | 9am a 5pm | 9am a 5pm |

📄 **Schedule 5-9 5-...**

1 page • 188 kB • PDF          3:47 PM

---

May 8, 2022

➜ Forwarded



2:41 PM ✓✓

---

May 11, 2022

Hola, por favor, chequeen que en su excel este la fecha 5/11 y no 5/12 por favor

3:12 PM

---

😊 Message          📎 📷 🎤

PLAINTIFFS BATISTA
000100

3:49 ☺

**Alix Ledesma**



**OBAMACARE INSURANCE CENTER**

| HORARIO DE AGENTES | FROM: 5/2/2022 | | TO: 5/6/2022 | |
|---|---|---|---|---|
| | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
| Ana M | 9am a 3pm | 3pm a 9pm | 9am a 3pm | 1pm a 9pm | 9am a 3pm |
| Mariana L | 9am a 9pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |

📄 Schedule 5-2 5-6.pdf

1 page • 186 kB • PDF          3:38 PM

April 29, 2022

Buenos dias, Hola, pudieras llamar a (9547938499 guadalupe ) en cuanto llegues?
10:27 AM ✓✓

Buen dia!
Claro que si, la llamo
Gracias
10:28 AM

May 3, 2022

youtu.be
https://youtu.be/IuUagFR-g1Q
youtu.be

https://youtu.be/IuUagFR-g1Q
2:28 PM

Message

PLAINTIFF'S BATISTA
000101

3:49

**Alix Ledesma**

Hola Alix, llamo SANDRA
PATRICIA CORRALES
ARANGO/9144069870 y
prefiere hablar contigo sobre el
seguro de vision de la hija
12:10 PM ✓✓

Hola Delio,
Gracias, la llamo cuando llegue
a la oficina
12:10 PM

👍 12:11 PM ✓✓

March 28, 2022

Hola Delio,

Cliente Yurisleidy Gonzalez
3525847211 ya Rafa le
completo el consent, para que
lo pongas en tu excel
3:24 PM

Perfecto, gracias!!! 3:30 PM ✓✓

April 28, 2022

Message

PLAINTIFF'S BATISTA
000102

Case 1:22-cv-22671-CMA Document 116-4 Entered on FLSD Docket 08/15/2023 Page 23 of 32

Tati te tengo otro, es un cliente de Alix: DEIVIS GABRIEL HERNANDEZ PAREDES/ 2148158257 el quiere que le cobren el ano entero a la tarjeta provista. Puse la nota en el CRM. Dejame saber porfa!!
3:58 PM

Hola Alix, este cliente quiere pagar por el año entero. Mira el CRM please.
4:00 PM

Gracas Delio, ya cheqeuo
4:00 PM

March 15, 2022

Hola!!!!! Jelin Galeano Matute 7863704741 Sebastian L Hay que hacer cambio de vida para corregir los nombres y el # de miembros de 3 a 2
10:56 AM

March 22, 2022

Hola Alix, llamo SANDRA

Message

PLAINTIFFS BATISTA 000103

3:49

**Alix Ledesma**

Hola aqui va es schedule de la próxima semana     3:35 PM

 **OBAMACARE INSURANCE CENTER**

HORARIO DE AGENTES   FROM: 3/7/2022     TO: 3/11/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Mariana I | 9am a 8pm | 9am a 8pm | 9am a 8pm | 9am a 8pm | 9am a 8pm |

📄 **Schedule 3-7 3-...**     ⬇

1 page • 186 kB • PDF     3:38 PM

March 11, 2022

 **OBAMACARE INSURANCE CENTER**

HORARIO DE AGENTES   FROM: 3/14/2022     TO: 3/18/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 9am a 3pm | 3pm a 9pm | 9am a 3pm |
| Mariana I | 9am a 8pm | 9am a 8pm | 9am a 8pm | 9am a 8pm | 9am a 8pm |

📄 **Schedule 3-13 3-...**     ⬇

1 page • 186 kB • PDF     3:32 PM

March 14, 2022

Tati te tengo otro, es un cliente de Alix: DEIVIS GABRIEL HERNANDEZ PAREDES/ 2148158257 el quiere que le cobren el ano entero a la tarjeta provista. Puse la nota

Message

PLAINTIFF'S BATISTA
000104

WhatsApp

 **Claudia** Son los mismo que llame el v...

 **El Imparcial** Juan Mitat: https://www....

 **Marina (Tarada/Traidora)** 🎥 Video (1...

mudo) Ella esta muy contenta contigo y al final prefirio comunicarse contigo. Yo le propuse un plan plata con Ambetter (el mas economico seria con Oscar, pero no ganarias nada) te puse el plan en el CRM. KARLA VANESSA PAZ PAZ/8134090200   9:58 AM ✓✓

Gracias Delio, la llamo en la tarde   9:59 AM

🙏🏻🙏🏻🙏🏻   9:59 AM



**OBAMACARE INSURANCE CENTER**

HORARIO DE AGENTES   FROM: 2/28/2022   TO: 3/04/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 3pm a 9pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |
| Mariana L | 9am a 3pm | 9am a 3pm | 9am a 3pm | OFF | OFF |

 Schedule 2-28 3-4.pdf

1 page • 186 kB • PDF   3:54 PM

**February 28, 2022**

PLAINTIFF'S BATISTA
000105

Message

3:48

 **Alix Ledesma**

---



**OBAMACARE INSURANCE CENTER**
HORARIO AGENTES
DEL: 02/21/2022          AL: 02/25/2022

| | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | OFF | 9AM - 3PM | 9AM - 3PM | 3PM - 9PM | 9AM - 3PM |
| Mariana L | OFF | 3PM - 9PM | 9AM - 3PM | 9AM - 3PM | 9AM - 3PM |

 Horario Agentes.pdf

1 page • 82 kB • PDF          12:03 PM

Updated    12:03 PM

**February 22, 2022**

Hola, este Sr. quiere que lo llames en cuanto llegues please.   Luis obregon Garcia/ 7135766027

2:35 PM ✓✓

Hola! Buen dia!
Gracias, lo llamo en cuanto llegue

2:36 PM

**February 24, 2022**

Hola Alix, llama a este Sr alrrededor de las 6PM para que lo ayudes con su plan dental. EXOEL MARTINEZ LOPEZ/ 4075356285

12:49 PM

Message

PLAINTIFF'S BATISTA
000106

3:48

**Alix Ledesma**



**OBAMACARE INSURANCE CENTER**

**HORARIO DE AGENTES**   FROM: 2/14/2022   TO: 2/18/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | 9am a 3pm | 9am a 3pm | 3pm a 9pm | 9am a 3pm | 3pm a 9pm |
| Mariana L | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm | 9am a 3pm |

📄 Schedule 2-14 2-18.p...

1 page • 185 kB • PDF          3:17 PM

**February 14, 2022**

Please llama este # 7406762040, es en ingles y a mi no me sale en el CRM

3:02 PM ✓✓

**February 18, 2022**

**OBAMACARE INSURANCE CENTER**

**HORARIO AGENTES**

DEL: 02/21/2022   AL: 02/25/2022

|  | LUNES | MARTES | MIERCOLES | JUEVES | VIERNES |
|---|---|---|---|---|---|
| Ana M | OFF | 9AM - 3PM | 9AM - 3PM | 3PM - 9PM | 9AM - 3PM |
| MARIANA L | OFF | 9AM - 3PM | 9AM - 3PM | 9AM - 3PM | 9AM - 3PM |

📄 Horario Agentes.pdf

1 page • 82 kB • PDF          11:57 AM

Good morning!! Nos vemos el martes!!

11:58 AM

Message

PLAINTIFF'S BATISTA
000107

 **Katrina Guerra**   

**www.healthcare.gov**
https://www.healthcare.gov/agent-brok...
www.healthcare.gov

https://www.healthcare.gov /agent-broker-quick-start/

12:29 PM

You are an amazing person and I have the upmost faith that everything happens for good.

12:30 PM

**join.assurance.com**
https://join.assurance.com/health-insu...
join.assurance.com

https://join.assurance.com /health-insurance-agent ?utm_source=google&utm _medium=cpc&utm_term= health%20insurance%20job &utm_content=health&gclid =Cj0KCQjw2MWVBhCQARI sAIjbwoNbE71UKvu5ypqnO -SYn3a4XmAGRyoo5jsyoBpLX 2p9uNTjddTeWA8aAvWjEALw _wcB

1:25 PM

 Message   

PLAINTIFF'S BATISTA
000108

3:45

**Katrina Guerra**

Delio. Do you know how to start an agency?                12:22 PM

I do not, unfortunately, otherwise, I would have created one to take the very nice people and friends I know to pay them the 12 months commissions deserved.
Sorry.                          12:27 PM ✓✓

**You**
I do not, unfortunately, otherwise, I would have created one to take the very nice people and friends I …

No problem. I am looking into it. I will send over any info that I come by. ❤️❤️❤️        12:28 PM

You are an amazing person!
                              12:29 PM ✓✓

**www.healthcare.gov**
https://www.healthcare.gov/agent-brok…
www.healthcare.gov

https://www.healthcare.gov

Message

Case 1:22-cv-22671-CMA   Document 116-4   Entered on FLSD Docket 08/15/2023   Page 30 of 32

## Katrina Guerra

Delio, I want you know that I am heartbroken that you are no longer apart of this team. I feel blessed to have met you and I hope that we can keep in touch. I know that everything happens for a reason and that there are nothing but great things in your future. I also hope that we can keep in touch and I look forward to seeing all the good that is to come your way.

9:51 AM

Thanks Katrina, from the bottom of my heart. You have stepped up on this stressful and unfair time and have shown the best of you and your strong and sincere commitment to advocate for the right things.
Thanks again!
Yes we will!

10:44 AM

Message

PLAINTIFF'S BATISTA
000110

3:49

Alix Ledesma

Hola aqui va es schedule de la próxima semana    3:35 PM

 **Schedule 3-7 3-...**

1 page • 186 kB • PDF    3:38 PM

March 11, 2022

 **Schedule 3-13 3-...**

1 page • 186 kB • PDF    3:32 PM

March 14, 2022

Tati te tengo otro, es un cliente de Alix: DEIVIS GABRIEL HERNANDEZ PAREDES/ 2148158257 el quiere que le cobren el ano entero a la tarjeta provista. Puse la nota

Message

PLAINTIFF'S BATISTA
000111



3:49

**Alix Ledesma**

17%

Tati te tengo otro, es un cliente de Alix: DEIVIS GABRIEL HERNANDEZ PAREDES/ 2148158257 el quiere que le cobren el ano entero a la tarjeta provista. Puse la nota en el CRM. Dejame saber porfa!!

3:58 PM ✓✓

Hola Alix, este cliente quiere pagar por el año entero. Mira el CRM please.

4:00 PM ✓✓

Gracas Delio, ya cheqeuo

4:00 PM

March 15, 2022

Hola!!!!! Jelin Galeano Matute 7863704741 Sebastian L Hay que hacer cambio de vida para corregir los nombres y el # de miembros de 3 a 2

10:56 AM ✓✓

March 22, 2022

Hola Alix, llamo SANDRA

Message

PLAINTIFFS BATISTA
000112