**Roseliz Fontinel (Co...**

lun, jun. 13

Carlos como estás ?   7:58 p.m.

Me puedes ayudar con algo por favor   7:58 p.m.

Claro   7:58 p.m.

Cuéntame   7:58 p.m.

Hay un cliente tuyo que quiere que lo llames en 20 minutos # 8328692199 la señora Nicole y ella dice que tiene un referido su pareja que también quiere seguro   7:59 p.m.

Pero no pudimos hacerle el lead   7:59 p.m.

Ok perfecto la llamo   7:59 p.m.

Por fa, muchas gracias   7:59 p.m.

8:20   7:59 p.m.

🙏   7:59 p.m.

Gracias

PLAINTIFF'S BATISTA 000113

**Valentina Henao (Co...**

> **Valentina Henao (Colombia) Avant •...**
> Si señor ya lo reviso

> Hola me Escribio la clienta que el seguro del esposo esta cancelado
> 12:59 p.m.

**Tú**
Hola me Escribio la clienta que el seguro del esposo esta cancelado

Si señor dejame lo reviso y si algo te paso la informacion o llamo al cliente
1:00 p.m.

> ok   1:00 p.m.

Carlos emm la clienta le salia su seguro inactivo por que la persona anterior que le habia enviado las trajetas se las envio mal le volvi a subir las nuevas trajetas con el IDCARD correcto se las envio por whatssao o por email confirmame por favor
1:14 p.m.

> Envialas por Whatsapp porfa y puedes que manejas mejor la informacion llamala   1:16 p.m.



PLAINTIFF'S BATISTA
000114



PLAINTIFF'S BATISTA 000115

 

< 1    **Obamacare Insurance Cen...**   

semana te llamo y miramos te parece ?  
3:30 p.m.

Esooooo si va  3:34 p.m. ✓✓

😉 🤘  
3:34 p.m. ✓✓

mié, may. 25

@CARLOS, buenos días, es posible que llames en la tarde a este cliente tuyo que necesita aclarar un tema de la cobertura del seguro y si no es así no enviara los documentos, es el señor LUIS CARLOS GONZALES RIVERA, 7865999278, gracias.  
12:36 p.m.

**Obamacare Insurance Center**  
@CARLOS, buenos días, es posible que llames en la tarde a este cliente tuyo que necesita aclarar un tema de la cobertura del...

Si Sra  12:44 p.m. ✓✓

jue, may. 26

Gracias  12:51 p.m.



PLAINTIFF'S BATISTA
000116



7:26

< 1    **Agent Avant Assurance**
Alix , Ana , Andrea, David, Delio , Katrina, L...



11:47 a.m.

**Mariana Franco (Colombia) Avant**
Un agente en inglés que me pueda ayudar por favor
12:08 p.m.

**David Barrios (Colombia) Avant**
Agenteees
12:14 p.m.

**Obamacare Insurance Center**
@CARLOS, buenos días, por favor llamar este cliente tuyo que desea que le hagas re cotización del plan para que quede pagando una prima mensual, le puedes llamar a las 6pm de hoy, es el señor Edgar Leonardo Romero, 3216387985, gracias.
12:29 p.m.

**David Barrios (Colombia) Avant**
@Delio Batista  Me ayudas por favor llamando nuevamente 2107695959  ?
1:30 p.m.

**Delio Batista**

**David Barrios (Colombia) Avant**
@Delio Batista  Me ayudas por favor llamando nuevamente 2107695959  ?



No puedes enviar mensajes porque ya no formas parte de este grupo.

PLAINTIFF'S BATISTA
000118

< 1   **Agent Avant Assurance**
Alix , Ana , Andrea, David, Delio , Katrina, L...

**Mariana Lopez De Suprani**
Buenos días chicos    9:01 a.m.

**Mariana  Franco (Colombia) Avant**
Buenos días 🌞           9:01 a.m.

**Luis  Torres (Colombia) Avant**
Muy buenos días    9:02 a.m.

**Obamacare Insurance Center**
Hola buenos días @Delio  Batista como estás!

Estoy revisando un cliente tuyo que dice cliente directo de Delio, el cliente se encuentra cancelada y quiero saber que hacer con el , Jennifer Rodríguez 7868733457
9:44 a.m.

**Delio  Batista**

> **Obamacare Insurance Center**
> Hola buenos días @Delio  Batista como estás!
> Estoy revisando un cliente tuyo que dice clie...

Buen dia, alguna causa de cancelacion?      9:56 a.m.

No puedes enviar mensajes porque ya no formas parte de este grupo.
PLAINTIFF'S BATISTA
000119



7:30

< 1    **Agent Avant Assurance**
Alix , Ana , Andrea, David, Delio , Katrina, L...

**Delio  Batista**

**Obamacare Insurance Center**
@Delio  Batista Delio buen día por favor te puedes comunicar con la señora María García 4704585629 quiere terminar de cotizar el pl...

Listo                                    12:29 p.m.

**Mariana Lopez De Suprani**
Libre                                    12:29 p.m.

**Obamacare Insurance Center**
Buen día @Rafaela  Valiente  este cliente es tuyo desea hablar contigo ya que la póliza tiene unos cambios y el cual no lo hizo y el está atento a tu llamada 8642750530 Jorge ramos
                                         12:46 p.m.

**Rafaela  Valiente**
Buenas tardes por favor muchachos revisarme JORGE RAMOS MARTINEZ  8642750530  si esta activo ?
                                         2:55 p.m.

**Katrina Guerra**
EDGARDO OQUENDO/4079364562 - Consentimiento verbal listo. Por favor devolver @Alix  Ledesma .



No puedes enviar mensajes porque ya no formas parte de este grupo.

PLAINTIFF'S BATISTA
000121

< 1 **Agent Avant Assurance**
Alix , Ana , Andrea, David, Delio , Katrina, L...

**Obamacare Insurance Center**
@Ana Monge Ana buenos días por favor te puedes comunicar con Neaveah Martinez 2148615917 quiere terminar de cotizar el plan visual y dental , en la linea esta Juanita quien es la abuela, gracias
10:48 a.m.

**Ana Monge**
Ok    10:58 a.m.

**Obamacare Insurance Center**
@Delio Batista Buen dia delio estas Disponible tengo un cliente tuyo ?
11:37 a.m.

@Delio Batista buenos días por favor comunicate con está cliente 4073983813 para confirmar la poliza de Jeremy está pendiente a tu llamada
11:43 a.m.

**Delio Batista**

**Obamacare Insurance Center**
@Delio Batista buenos días por favor comunicate con está cliente 4073983813 para confirmar la poliza de Jeremy está pen...

Listo

No puedes enviar mensajes porque ya no formas parte de este grupo.

PLAINTIFF'S BATISTA
000122

**Colombianos en Orlando Florida**
Hospedaje Manizales · hace 1 hora

DENUNCIA SOCIAL!! ESTAFA A LATINOS!!!
Soy Colombiana, vivo actualmente en Manizales, Caldas, Colombia. desde el año 2021 empece a trabajar con el Sr. Eduardo Rodriguez con licencia de broker # 2622583 me contrato en la ciudad de manizales para vender seguros de salud de obamacare y medicare por medio de llamadas a las personas de estados unidos, florida, texas, ohio, arizona, carolina del norte. Nosotras debemos hacerle creer a las personas que estamos ubicados en florida y desde allí los estamos llamando. cuando en realidad estamos llamándolos desde una oficina que el señor tiene ilegalmente en Colombia, porque no esta legalmente constituida y no paga ninguna clase de impuestos por la actividad. ademas de eso despide a sus trabajadores sin pagarles altas sumas de dinero que ofrece por cada póliza. los trabajadores quedan con toda la información de las personas de obamacare y de medicare. al igual que con sus documentos personales que les envian via whatssap como son los status migratorios como la green card, la tarjeta de seguro social, licencias de

3:17 p.m.

➡ Reenviado

estan siendo objeto estas personas al creer que sus datos personales no salen de Norteamerica. Tengo pruebas físicas de todo lo que les estoy denunciando. En la actualidad el señor Rodriguez tiene denuncias en el ministerio de trabajo de Manizales, en la Dian e inmigracion colombia y en varios juzgados por no pagar los salarios y comisiones a los mas de 15 trabajadores despedidos e inconformes y enojados que pueden dar mal uso a toda esta información tan delicada



PLAINTIFF'S BATISTA
000123

**Alix Ledesma**

mar, may. 17

> Alix querida — 11:30 a.m.

Hola hola — 11:30 a.m.

> Me voy el jueves en la tarde de regreso a miami, — 11:30 a.m.

Wow todo bien? — 11:30 a.m.

> Necesita más estimulación con las medicinas entonces tendríamos que volver en un par de meses... esta visita fue como dice el doc exploratoria y ya vio cómo reacciona el organismo — 11:32 a.m.

Ok Carlos, todo pasa por algo bueno siempre!
Saludos a Roxana!!
Nos vemos el viernes — 11:33 a.m.

Hoy y mañana si te conectas? — 11:33 a.m.

> Alix Ledesma
> Ok Carlos, todo pasa por algo bueno siem
> Saludos a Roxana!!
> Nos vemos el viernes

7:06  Jennifer Manjarres  

jue, jun. 16

🔒 Los mensajes y las llamadas están cifrados de extremo a extremo. Nadie fuera de este chat, ni siquiera WhatsApp, puede leerlos ni escucharlos. Pulsa para obtener más información.

Thank you so much for today! I learned alot from you during our meeting with Al. Gracias de nuevo 😀
7:22 p.m.

Jen siempre estoy a la orden, hay batallas que con ciertas personalidades pareciera que nunca vas a ganar... pero a fin de cuentas el solo poder decir las cosas es ganancia!
8:57 p.m.

Agreed  !!! Have a nice evening with your family!!!
9:34 p.m.

  

PLAINTIFF'S BATISTA 000125

< 1    **Reinier Cortes**

mar, abr. 19

> Hola boss, me voy a ir a Colombia del 8 al 25 en principio, quizá puedo devolverme antes
> 11:15 a.m.

> Tú crees es ton es que pueda por lo menos trabajar remoto desde allá?
> 11:16 a.m.

🚫 *Se eliminó este mensaje.*   11:33 a.m.

**Tú**
Hola boss, me voy a ir a Colombia del 8 al 25 en principio, quizá puedo devolverme antes

Hola... mayo?   11:34 a.m.

**Tú**
Tú crees es ton es que pueda por lo menos trabajar remoto desde allá?

En principio pienso que si   11:34 a.m.

> **Reinier Cortes**
> Hola... mayo?
>
> Si   11:36 a.m.

> **Reinier Cortes**
> En principio pienso que si
>
> Sería genial poder cubrir algunas

PLAINTIFF'S BATISTA
000126

**Alix Ledesma**

[PDF] Schedule 6-13 6-17.pdf
1 página • 186 KB • pdf
2:23 p.m.

lun, jun. 13

Alixita  11:26 a.m.

Como estas  11:26 a.m.

El miércoles no voy a poder ir a la Ofi porque me operan la vista
11:26 a.m.

Ya el jueves estoy fino  11:27 a.m.

4079556796 le grabe el consent a este cliente tuyo
4:09 p.m.

7377588629 ponerlo en el excel de hoy
7:13 p.m.

Bello  7:17 p.m.

Gracias  7:17 p.m.