| First Name | Last Name | Exchange ID | Policy Number | Agent | Commission |
|---|---|---|---|---|---|
| OSMAN | HERNANDEZ | 4933586 | 12248331401 | Carlos Lopez | $ 15.00 |
| OSMAN DIEGO | HERNANDEZ GOMEZ | 5386331 | 12248331402 | Carlos Lopez | $ 15.00 |
| ADRIAN MATEO | HERNANDEZ GOMEZ | 5949527 | 12248331403 | Carlos Lopez | $ 15.00 |
| NATALIE | CASTANON | 14648962 | 12276926201 | Carlos Lopez | $ 15.00 |
| MARIA | RIOS | 2826136 | 12283846301 | Carlos Lopez | $ 15.00 |
| ALBERTO | GARCIA CABRERA | 2471161 | 12283851101 | Carlos Lopez | $ 15.00 |
| HERMINIA | FORD | 11269525 | 12285802901 | Carlos Lopez | $ 15.00 |
| MARIA | VELIZ | 14430905 | 12286626001 | Carlos Lopez | $ 15.00 |
| ABNER | MARTINEZ | 14430905 | 12286626002 | Carlos Lopez | $ 15.00 |
| EDIN | MARTINEZ | 14430905 | 12286626003 | Carlos Lopez | $ 15.00 |
| DARCY | MARTINEZ | 14430905 | 12286626004 | Carlos Lopez | $ 15.00 |
| EMELY | MARTINEZ | 14430905 | 12286626005 | Carlos Lopez | $ 15.00 |
| GUADALUPE | BRAVO BERNARDO | 13813232 | 12225514501 | Delio Batista | $ 15.00 |
| MARIA MERCEDES | ACEVEDO | 10296992 | 12228252601 | Delio Batista | $ 15.00 |
| ALEXANDRA | CEDENO | 2338017 | 12248194301 | Delio Batista | $ 15.00 |
| FELIX | PEREZ | 14505032 | 12257550501 | Delio Batista | $ 15.00 |
| RAYNIEL | VAZQUEZ CRUZ | 13642102 | 12260566101 | Delio Batista | $ 15.00 |
| MARLENY | ONIELL | 14367786 | 12261241901 | Delio Batista | $ 15.00 |
| FERNANDA | CARDOZA | 10737828 | 12266594101 | Delio Batista | $ 15.00 |
| ISAAC | ORTIZ HERNANDEZ | 14255108 | 12271980201 | Delio Batista | $ 15.00 |
| EMELY | ORTIZ HERNANDEZ | 14255108 | 12271980202 | Delio Batista | $ 15.00 |
| EMILY | ORTIZ HERNANDEZ | 14255108 | 12271980203 | Delio Batista | $ 15.00 |
| RUDIS | FLORES | 2985194 | 12280502901 | Delio Batista | $ 15.00 |
| LULIANA | MATA | 2985194 | 12280502902 | Delio Batista | $ 15.00 |
| SILVIA R | BARCELONA | 14710018 | 12284573301 | Delio Batista | $ 15.00 |
| GUADALUPE ANGEL | BRAVO BERNARDO | 14642014 | 12291861101 | Delio Batista | $ 15.00 |
| YUREMA | GARCIA | 14797668 | 12292712401 | Delio Batista | $ 15.00 |
| YUREIMMY | OTERO GARCIA | 14250806 | 12292712402 | Delio Batista | $ 15.00 |
| WALESKA | SAMMY | 14389078 | 12293224401 | Delio Batista | $ 15.00 |
| SUELMARI | BASTIDES SANTIAGO | 13688715 | 12293240401 | Delio Batista | $ 15.00 |
| JUAN | BARRERA ALTAMIRANO | 6602873 | 12294392801 | Delio Batista | $ 15.00 |
| FREYDELIN | BARRERA RIVERA | 6602873 | 12294392802 | Delio Batista | $ 15.00 |
| YOJANA | RIVERA | 14576229 | 12297924401 | Delio Batista | $ 15.00 |
| MARINA | GUTIERREZ | 14047450 | 12297925101 | Delio Batista | $ 15.00 |
| OLHA | ESCOBELL | 2830340 | 12298485101 | Delio Batista | $ 15.00 |
| EMILY | GONZALEZ | 15056079 | 12298504901 | Delio Batista | $ 15.00 |

| First Name | Last Name | ID1 | ID2 | Agent | Amount |
|---|---|---|---|---|---|
| GILBERTO | GARCIA | 14601143 | 12298515601 | Delio Batista | $15.00 |
| ELMER | LOPEZ | 4957516 | 12227062201 | Mariana Lopez | $15.00 |
| YESSI | ROMERO | 5196901 | 12227068401 | Mariana Lopez | $15.00 |
| EMERSON | LOPEZ | 5932620 | 12227068402 | Mariana Lopez | $15.00 |
| CESAR SILVA | FERNANDEZ | 13639920 | 12227185601 | Mariana Lopez | $15.00 |
| CARMEN | CRUZ | 12981867 | 12227871901 | Mariana Lopez | $15.00 |
| BESSY | SEVILLA | 12840255 | 12227878301 | Mariana Lopez | $15.00 |
| YEISON | SEVILLA | 13714465 | 12227878302 | Mariana Lopez | $15.00 |
| DAVID | RIVERA | 12969819 | 12227891201 | Mariana Lopez | $15.00 |
| ARACELI | ESCOBAR | 13036074 | 12227927601 | Mariana Lopez | $15.00 |
| WALESKA | MARTINEZ | 13825432 | 12228254801 | Mariana Lopez | $15.00 |
| COSME | RAMIREZ | 12688894 | 12228254802 | Mariana Lopez | $15.00 |
| ANGELICA | VILLA REAL | 5138443 | 12244205801 | Mariana Lopez | $15.00 |
| JULIO | TORRES | 13029315 | 12248494701 | Mariana Lopez | $15.00 |
| GREITCHEN | VELEZ PEREZ | 14495117 | 12265714401 | Mariana Lopez | $15.00 |
| HENRY | MEDINA | 13932041 | 12265726001 | Mariana Lopez | $15.00 |
| MIGUEL | MEDINA | 13932041 | 12265726002 | Mariana Lopez | $15.00 |
| KAHOMA | ESCALANTE | 13932041 | 12265726003 | Mariana Lopez | $15.00 |
| FERNANDO | ZERMENO | 2298000 | 12297889701 | Mariana Lopez | $15.00 |
| JUAN | BLAYAS | 14757726 | 12297920201 | Mariana Lopez | $15.00 |
| AMARILYS | PADILLA | 13878847 | 12226321201 | Rafaela Valiente | $15.00 |
| JUAN | LANDRON | 13473862 | 12226321202 | Rafaela Valiente | $15.00 |
| GABRIELA | LANDRON | 12596737 | 12226321203 | Rafaela Valiente | $15.00 |
| HENRY | QUINTANA | 12858595 | 12226362301 | Rafaela Valiente | $15.00 |
| ADELIS | OSUNA | 13255491 | 12226362302 | Rafaela Valiente | $15.00 |
| KARLA | JEROMINO | 13752095 | 12227185301 | Rafaela Valiente | $15.00 |
| MILAN | MONTOYA | 13752095 | 12227185302 | Rafaela Valiente | $15.00 |
| BELTSAIDY | DOMINGO JERONIMO | 13752095 | 12227185303 | Rafaela Valiente | $15.00 |
| PATRICIA | CAMPOVERDE | 2578101 | 12233361301 | Rafaela Valiente | $15.00 |
| ROBERTO | LARA | 2362981 | 12235096701 | Rafaela Valiente | $15.00 |
| GLORIA | PENA RUBIO | 2362981 | 12235096702 | Rafaela Valiente | $15.00 |
| EMILIO | SILVA | 2362981 | 12235096703 | Rafaela Valiente | $15.00 |
| YOLI SOLEDAD | JARAMILLO | 13516110 | 12243349701 | Rafaela Valiente | $15.00 |
| MARIO HERNAN | RIVERA | 13101495 | 12243349702 | Rafaela Valiente | $15.00 |
| DOLORES | VALDEZ DIAZ | 13188726 | 12244428501 | Rafaela Valiente | $15.00 |
| BRIAN | COSTALES | 13825744 | 12244428502 | Rafaela Valiente | $15.00 |
| LEYDI | MENDEZ | 14168561 | 12248529701 | Rafaela Valiente | $15.00 |

| First Name | Last Name | ID 1 | ID 2 | Agent | Amount |
|---|---|---|---|---|---|
| MATTHEW | ALSINA | 14097960 | 12248529702 | Rafaela Valiente | $ 15.00 |
| EDGAR ABIU | GAITAN | 10589732 | 12249737501 | Rafaela Valiente | $ 15.00 |
| MAXIMILIANO | GAITAN | 11047337 | 12249737502 | Rafaela Valiente | $ 15.00 |
| JORGE | BARAJAS | 13976071 | 12253053601 | Rafaela Valiente | $ 15.00 |
| SAMUEL | PADILLA | 2586433 | 12256736501 | Rafaela Valiente | $ 15.00 |
| GISELLE M | ACEVEDO GUTIERREZ | 13971495 | 12257232101 | Rafaela Valiente | $ 15.00 |
| JAVIER | RODRIGUEZ | 13873277 | 12257323501 | Rafaela Valiente | $ 15.00 |
| ERIKA | SANCHEZ DE RODRIGUEZ | 14636863 | 12257323502 | Rafaela Valiente | $ 15.00 |
| JUAN | ALVAREZ | 14477407 | 12260582201 | Rafaela Valiente | $ 15.00 |
| ANGELY | ALVAREZ | 14477407 | 12260582202 | Rafaela Valiente | $ 15.00 |
| SARAI DEL VALLE | LOPEZ SIERRA | 14126787 | 12267067601 | Rafaela Valiente | $ 15.00 |
| JOSE A | LOPEZ | 13602611 | 12267074101 | Rafaela Valiente | $ 15.00 |
| ISA ELDIRA | SIERRA | 13602611 | 12267074102 | Rafaela Valiente | $ 15.00 |
| IRALIN VALENTIN | LOPEZ | 13602611 | 12267074103 | Rafaela Valiente | $ 15.00 |
| REYNALDO A | PEREZ | 14254026 | 12280525101 | Rafaela Valiente | $ 15.00 |
| LEISLA | LAUREANO | 14024626 | 12280777501 | Rafaela Valiente | $ 15.00 |
| KEYLA | ERAZO | 14024626 | 12280777502 | Rafaela Valiente | $ 15.00 |
| FRANCHESCA | MONTANO | 14024626 | 12280777503 | Rafaela Valiente | $ 15.00 |
| CARMEN ISABEL | UYOA | 5722976 | 12284557601 | Rafaela Valiente | $ 15.00 |
| OSNAR MOISES | ROQUE | 5722976 | 12284557602 | Rafaela Valiente | $ 15.00 |
| CRISTIAN | MOISES ROQUE | 5722976 | 12284557603 | Rafaela Valiente | $ 15.00 |
| NANCY | TORRES | 13917150 | 12293229501 | Rafaela Valiente | $ 15.00 |
| JOSE | CARDOZA | 9273948 | 12267355701 | Delio Batista | $ 15.00 |
| ELMER | LOPEZ | 6170970 | 12227068403 | Mariana Lopez | $ 15.00 |
| MARTINEZ SALVADOR, NOEL EDGARDO | | 11122769 | 12303348901 | Carlos Lopez | $ 20.00 |
| TOBON CALDERA, DIEGO ANDRES | | 14011686 | 12303349001 | Carlos Lopez | $ 20.00 |
| RIBULLEN FERRUDO, SANTIAGO JOSE | | 13921911 | 12303349002 | Carlos Lopez | $ 20.00 |
| ALEMAN, ALEXI | | 10145890 | 12304373701 | Carlos Lopez | $ 20.00 |
| IRIZARRY, RUFINA | | 14546506 | 12305050301 | Carlos Lopez | $ 20.00 |
| HERRERA, HARY | | 11026218 | 12305769001 | Carlos Lopez | $ 20.00 |
| CANALES RODRIGUEZ, TATIANA CAROLIN | | 10771598 | 12305769002 | Carlos Lopez | $ 20.00 |
| BLANDON CANALE, OSMAN FRANCISCO | | 10680025 | 12305769003 | Carlos Lopez | $ 20.00 |
| SILVA, WANDER | | 14446820 | 12310311801 | Carlos Lopez | $ 20.00 |
| TOBON CALDERA, DIEGO | | 14085314 | 12310957401 | Carlos Lopez | $ 20.00 |
| SERRUDO BRACHO, ROSA | | 13969414 | 12310957402 | Carlos Lopez | $ 20.00 |
| RIBULLEN SERRUDO, SANTIAGO | | 13919418 | 12310957403 | Carlos Lopez | $ 20.00 |
| BRYAN BELLO, CHRISTOPHER | | 14037064 | 12304363801 | Carlos Lopez | $ 20.00 |

| Name | ID | Number | Agent | Amount |
|---|---|---|---|---|
| CASERES, JENNY | 10959225 | 12313041101 | Carlos Lopez | $ 20.00 |
| DABILA, DIANI | 10440200 | 12313041102 | Carlos Lopez | $ 20.00 |
| MENDEZ, ADRIANA | 14463883 | 12314455701 | Carlos Lopez | $ 20.00 |
| PRADO, JOSE | 14344248 | 12314455702 | Carlos Lopez | $ 20.00 |
| PRADO, JULIANA | 14784368 | 12314455703 | Carlos Lopez | $ 20.00 |
| COLON, YELITZA | 13858629 | 12314446401 | Carlos Lopez | $ 20.00 |
| CARRANZA, JOSE | 11136443 | 12317737301 | Carlos Lopez | $ 20.00 |
| NAMONICA, COLETTE | 15040621 | 12317765801 | Carlos Lopez | $ 20.00 |
| QUINTERO, LINA | 15059847 | 12317765901 | Carlos Lopez | $ 20.00 |
| CANO, PALOMA | 14395104 | 12317765902 | Carlos Lopez | $ 20.00 |
| CARRANZA, GEMA | 10947160 | 12318262401 | Carlos Lopez | $ 20.00 |
| RODRIGUEZ, ROGELIO | 10667941 | 12318267401 | Carlos Lopez | $ 20.00 |
| PACHECO, NORLAN | 10809494 | 12318275801 | Carlos Lopez | $ 20.00 |
| DI HERNANDEZ, MARIA | 10376698 | 12318247201 | Carlos Lopez | $ 20.00 |
| CAZARES, LEONARDO | 10217435 | 12318247202 | Carlos Lopez | $ 20.00 |
| SANCHEZ, MANUEL | 11060568 | 12318295801 | Carlos Lopez | $ 20.00 |
| VILLAGOMEZ, ELIA BERTA | 10646168 | 12318295802 | Carlos Lopez | $ 20.00 |
| RUIZ, BANESSA | 11173133 | 12318783801 | Carlos Lopez | $ 20.00 |
| OCHOA, ELVIN | 10331206 | 12318939601 | Carlos Lopez | $ 20.00 |
| LOPEZ LOPEZ, AVENCIO | 10626797 | 12319406501 | Carlos Lopez | $ 20.00 |
| LOPEZ ROQUE, GERSON | 10335483 | 12319406502 | Carlos Lopez | $ 20.00 |
| HERNANDEZ CARRILLO, DOMINGA | 11178199 | 12319420701 | Carlos Lopez | $ 20.00 |
| GAMBOA SALAS, KATIA | 10239764 | 12319435901 | Carlos Lopez | $ 20.00 |
| MARTINEZ ANTUNEZ, JULIO | 10862041 | 12319435902 | Carlos Lopez | $ 20.00 |
| MARTINEZ GAMBOA, ASHLEYS | 11376726 | 12319435903 | Carlos Lopez | $ 20.00 |
| VALENCIA OCAMPO, VICTOR | 10311531 | 12319925201 | Carlos Lopez | $ 20.00 |
| VALENCIA, LAURA | 10508860 | 12319925202 | Carlos Lopez | $ 20.00 |
| SANTODOMINGO, ROBERTO | 10589198 | 12322779701 | Carlos Lopez | $ 20.00 |
| MARTINEZ ENAMORADO, DANELIA | 10831360 | 12322780001 | Carlos Lopez | $ 20.00 |
| MEDINA, AMADO | 10590538 | 12322780401 | Carlos Lopez | $ 20.00 |
| YAXCAL, ERWIN | 10739438 | 12322791501 | Carlos Lopez | $ 20.00 |
| ZAPATA, ANDERSON RAFAE | 10555599 | 12324039401 | Carlos Lopez | $ 20.00 |
| ACUNAS, DARIAN | 14174249 | 12299387401 | Delio Batista | $ 20.00 |
| PACHECO FRAUSTO, DAISY NATALY | 10553013 | 12303800701 | Delio Batista | $ 20.00 |
| GONZALEZ REYES, YARELYS | 13995877 | 12303792701 | Delio Batista | $ 20.00 |
| DE LA ROSA GONZALEZ, YAGMOEL OMAR | 14199563 | 12303792702 | Delio Batista | $ 20.00 |
| NALES GONZALE, YETZAEL ANGEL | 14771079 | 12303792703 | Delio Batista | $ 20.00 |

| Name | ID | Ref | Agent | | Amount |
|---|---|---|---|---|---|
| HERNANDEZ, LUZ | 14649162 | 12306423101 | Delio Batista | $ | 20.00 |
| HERNANDEZ, JEREMY | 14886969 | 12306423102 | Delio Batista | $ | 20.00 |
| PEREZ, BLAS | 13965921 | 12306409701 | Delio Batista | $ | 20.00 |
| RAMOS, FERNANDO | 13954973 | 12291872601 | Delio Batista | $ | 20.00 |
| CAMAJA RODRIGUEZ, HENRY STEVEEN | 4916527 | 12313692101 | Delio Batista | $ | 20.00 |
| CAMAJA ESCALANTE, BRAYDEN STEVEEN | 5750602 | 12313692102 | Delio Batista | $ | 20.00 |
| ESCALANTE CHACON, REINA PAOLA | 6046235 | 12313692103 | Delio Batista | $ | 20.00 |
| LOPEZ, CARLOS | 6723802 | 12313727701 | Delio Batista | $ | 20.00 |
| HEW A KEE, TERRENCE | 14227846 | 12318287401 | Delio Batista | $ | 20.00 |
| RINCON, ALDENAGO | 10881033 | 12318794601 | Delio Batista | $ | 20.00 |
| MARTINEZ, ELIAS | 11395137 | 12322780801 | Delio Batista | $ | 20.00 |
| CHOW CORTES, SINOE NOE | 10686224 | 12303336301 | Mariana Lopez | $ | 20.00 |
| CASTILLO, JOSE LUIS | 10798357 | 12303795001 | Mariana Lopez | $ | 20.00 |
| DAVILA, MITSY | 10633038 | 12303795002 | Mariana Lopez | $ | 20.00 |
| GARCIA, ROSA | 10617792 | 12304368201 | Mariana Lopez | $ | 20.00 |
| CRUZ, RAUL ANTONIO | 11446568 | 12304368202 | Mariana Lopez | $ | 20.00 |
| MARTINEZ PUENTE, HECTOR | 10813080 | 12305787901 | Mariana Lopez | $ | 20.00 |
| PABON RODRIGUEZ, JESUS | 14684628 | 12306940401 | Mariana Lopez | $ | 20.00 |
| CONTRERAS SALVARADO, AGUSTIN | 10349702 | 12318287701 | Mariana Lopez | $ | 20.00 |
| SILVA, MARIA | 11208713 | 12318287702 | Mariana Lopez | $ | 20.00 |
| BARRETO ALMA, MIRIAM | 14427384 | 12318292901 | Mariana Lopez | $ | 20.00 |
| AGUIRRE, JOSE | 11507270 | 12318777101 | Mariana Lopez | $ | 20.00 |
| MARTINEZ AGUIRRE, JOSE ANGEL | 10877000 | 12318777102 | Mariana Lopez | $ | 20.00 |
| DE MARTINEZ, ADA LUZ | 11175354 | 12318777103 | Mariana Lopez | $ | 20.00 |
| ESQUIVEL, HEBERTO | 10471307 | 12318779401 | Mariana Lopez | $ | 20.00 |
| CAMPOS, BRYAN | 10901415 | 12310937402 | Mariana Lopez | $ | 20.00 |
| CAMPOS, ADRIAN | 11143074 | 12310937403 | Mariana Lopez | $ | 20.00 |
| BARRIOS DE LEON, YOSVADI MILISA | 5020830 | 12322753201 | Mariana Lopez | $ | 20.00 |
| BARRIOS, ROGER ANTONIO | 5065448 | 12322753202 | Mariana Lopez | $ | 20.00 |
| LEON, SHAILY | 15109102 | 12322790501 | Mariana Lopez | $ | 20.00 |
| LEON, EMILY | 14439585 | 12322790502 | Mariana Lopez | $ | 20.00 |
| MORLES CASTILLO, JOAN | 14090300 | 12300500401 | Rafaela Valiente | $ | 20.00 |
| MORLES RODRIGUEZ, MARIA | 13751863 | 12300500402 | Rafaela Valiente | $ | 20.00 |
| RODRIGUEZ PIRELA, YUGRESIS | 13915924 | 12300500403 | Rafaela Valiente | $ | 20.00 |
| MORLES RODRIGUEZ, MARTIN ELIAS | 14026896 | 12300500404 | Rafaela Valiente | $ | 20.00 |
| MORLES RODRIGUEZ, FABIANA | 14060478 | 12300500405 | Rafaela Valiente | $ | 20.00 |
| MORLES RODRIGUEZ, IVANKA | 14458492 | 12300500406 | Rafaela Valiente | $ | 20.00 |

| Name | | | ID | Ref | Agent | | Amount |
|---|---|---|---|---|---|---|---|
| GAMBE MATA, RAUL | | | 15020024 | 12302867301 | Rafaela Valiente | $ | 20.00 |
| OSORIO QUINTERO, MARIA | | | 14372269 | 12302895001 | Rafaela Valiente | $ | 20.00 |
| RANGEL OSORIO, JUTITH | | | 14358281 | 12302895002 | Rafaela Valiente | $ | 20.00 |
| CALDERON JIMENEZ, ISABEL | | | 14039600 | 12302895901 | Rafaela Valiente | $ | 20.00 |
| CAMANO, FRANCISCO | | | 14039600 | 12302895902 | Rafaela Valiente | $ | 20.00 |
| VILLAR, YARIO | | | 14759235 | 12303352501 | Rafaela Valiente | $ | 20.00 |
| LEDEZMA, LETICIA | | | 3214824 | 12305016201 | Rafaela Valiente | $ | 20.00 |
| VILLALOBOS, NOIRALI | | | 14724736 | 12305040101 | Rafaela Valiente | $ | 20.00 |
| ALVARADO, JOSSMEL | | | 14431019 | 12305366701 | Rafaela Valiente | $ | 20.00 |
| ALVARADO, SANTIAGO | | | 14182882 | 12305366702 | Rafaela Valiente | $ | 20.00 |
| SANCHEZ, MOISES | | | 10492593 | 12255941601 | Rafaela Valiente | $ | 20.00 |
| VAZQUEZ, BRANDON | | | 10957943 | 12305770201 | Rafaela Valiente | $ | 20.00 |
| DIAZ, ZAYMAR | | | 10937042 | 12305774201 | Rafaela Valiente | $ | 20.00 |
| CASTILLO, YASSER | | | 2391562 | 12306905901 | Rafaela Valiente | $ | 20.00 |
| MONTILLA LEAL, HUGO | | | 14787570 | 12306947701 | Rafaela Valiente | $ | 20.00 |
| CRESPO, FRANCISCO | | | 14868307 | 12311613201 | Rafaela Valiente | $ | 20.00 |
| GONZALEZ, JOSE | | | 11125647 | 12311622701 | Rafaela Valiente | $ | 20.00 |
| GONZALEZ GUTIERREZ, AXEL | | | 10289619 | 12311622702 | Rafaela Valiente | $ | 20.00 |
| GUTIERREZ GALLEGOS, ESMERALDA | | | 10461140 | 12311622703 | Rafaela Valiente | $ | 20.00 |
| GONZALEZ GUTIERREZ, ANA | | | 10828711 | 12311622704 | Rafaela Valiente | $ | 20.00 |
| ACOSTA, JAZMINE | | | 11243641 | 12313701101 | Rafaela Valiente | $ | 20.00 |
| MENDEZ DIAZ, YAJAIRA DEL CAR | | | 5061577 | 12313769701 | Rafaela Valiente | $ | 20.00 |
| ETTIENE MENDEZ, MARIAN SUSEJ | | | 5660201 | 12313769702 | Rafaela Valiente | $ | 20.00 |
| DELGADO PUENTE, ROSALBA | | | 11453589 | 12324810401 | Rafaela Valiente | $ | 20.00 |
| TREVINO DELGADO, LORELY YARITZA | | | 11162862 | 12324826301 | Rafaela Valiente | $ | 20.00 |
| ROSEMEBERT | | GOMEZ HERNANDEZ | 11243712 | 12329061301 | Carlos Lopez | $ | 20.00 |
| DOLORES | | VALDEZ | 14111109 | 12253359001 | Rafaela Valiente | $ | 20.00 |
| NEREYDA | | OZORIA VARGAS | 14901865 | 12304380801 | Mariana Lopez | $ | 20.00 |
| LAZARO YOSVEL | | HERNANDEZ PACHECO | 14347744 | 12310944201 | Rafaela Valiente | $ | 20.00 |
| MARLON GEOVANY | | CHIRINOS | 6609038 | 12326640401 | Rafaela Valiente | $ | 20.00 |
| LUIS | | SALAZAR | 11036470 | 12326642701 | Carlos Lopez | $ | 20.00 |
| FRESIA | | GARCIA | 6428274 | 12326645601 | Rafaela Valiente | $ | 20.00 |
| JHOAN RICARDO | | CHIRINOS GARCIA | 6012749 | 12326645602 | Rafaela Valiente | $ | 20.00 |
| ARNOLDO | | CAPETILLO | 10873158 | 12326649601 | Carlos Lopez | $ | 20.00 |
| ELDER | | AYALA | 11022722 | 12326650601 | Carlos Lopez | $ | 20.00 |
| DOMINGO | | GUILLEN ROCHA | 10558156 | 12326657301 | Carlos Lopez | $ | 20.00 |
| EDITA | | MATUTE | 10418683 | 12326667601 | Carlos Lopez | $ | 20.00 |

| First Name | Last Name | ID | Account | Agent | | Amount |
|---|---|---|---|---|---|---|
| JASSER | MATUTE | 11531450 | 12326667602 | Carlos Lopez | $ | 20.00 |
| FRANCISCO | CAMPOS | 14849305 | 12326686301 | Carlos Lopez | $ | 20.00 |
| SARA | CAMPOS | 14016690 | 12326686302 | Carlos Lopez | $ | 20.00 |
| ALEJANDRA | MONTES | 14423432 | 12326686303 | Carlos Lopez | $ | 20.00 |
| AYMARA | CAMPOS | 14674125 | 12326686304 | Carlos Lopez | $ | 20.00 |
| ENYS | CUENCABARO | 10332593 | 12327240501 | Carlos Lopez | $ | 20.00 |
| ENDYS | CUENCABARO | 10396570 | 12327241001 | Carlos Lopez | $ | 20.00 |
| GUILLERMO | OBREGON SILVA | 10167991 | 12327246901 | Carlos Lopez | $ | 20.00 |
| SAMIR ALEXANDER | CAMPOS HERNANDEZ | 11171894 | 12327251601 | Carlos Lopez | $ | 20.00 |
| CECILIA YAMILET | VURUCA VASQUEZ | 11248481 | 12327254701 | Carlos Lopez | $ | 20.00 |
| ALEXIS | TORRES | 10769113 | 12327254702 | Carlos Lopez | $ | 20.00 |
| JOSE JAVIER | GUACUTO | 14621005 | 12327265201 | Mariana Lopez | $ | 20.00 |
| ZELIDETH PALMIR | COUTINHO GARCIA | 14068581 | 12327265202 | Mariana Lopez | $ | 20.00 |
| FABRICIO JAVIER | GUACUTO COUTINHO | 14460138 | 12327265203 | Mariana Lopez | $ | 20.00 |
| MAURICIO MANUEL | GUACUTO COUTINHO | 14704954 | 12327265204 | Mariana Lopez | $ | 20.00 |
| AGUSTIN | MEDINA | 11508719 | 12327270901 | Mariana Lopez | $ | 20.00 |
| JORGE | SERVELLON | 11357215 | 12327778601 | Delio Batista | $ | 20.00 |
| CRISTOPHER | CHAMORRO | 11580282 | 12328485801 | Carlos Lopez | $ | 20.00 |
| IKLR | CHAMORRO | 10715394 | 12328485802 | Carlos Lopez | $ | 20.00 |
| MARTHA | CHAMORRO | 11314730 | 12328485803 | Carlos Lopez | $ | 20.00 |
| EVA NELLY | GEORGE | 6579667 | 12329042701 | Mariana Lopez | $ | 20.00 |
| DIEGO ADRIAN | GEORGE | 6761304 | 12329042702 | Mariana Lopez | $ | 20.00 |
| BENTURA | POVEA | 11263301 | 12330657801 | Delio Batista | $ | 20.00 |
| ENDIS | CUENCA BARO | 10629283 | 12330782101 | Carlos Lopez | $ | 20.00 |
| ANTONIA | ORTEGA FUENTES | 10723190 | 12330804601 | Carlos Lopez | $ | 20.00 |
| EDMUNDO | ARREDONDO | 10241293 | 12330804602 | Carlos Lopez | $ | 20.00 |
| ANDRI | URDANETA | 10995674 | 12331871401 | Delio Batista | $ | 20.00 |
| CHRISTIAN | TAVARES JORGE | 14860440 | 12332544001 | Rafaela Valiente | $ | 20.00 |
| RESEMEBERT | GOMEZ HERNANDEZ | 10324125 | 12332551901 | Carlos Lopez | $ | 20.00 |
| JOSE | MOLINA | 10534372 | 12333460801 | Rafaela Valiente | $ | 20.00 |
| YAMILETH | MOLINA MOLINA | 11083443 | 12333460802 | Rafaela Valiente | $ | 20.00 |
| JHOJANA | MOLINA MOLINA | 11351840 | 12333460803 | Rafaela Valiente | $ | 20.00 |
| ACNER | URRIBARRI | 10532877 | 12333464401 | Rafaela Valiente | $ | 20.00 |
| GEORGE | CARDOZO | 10780225 | 12333476801 | Rafaela Valiente | $ | 20.00 |
| MICASO | PALOMA | 10386079 | 12333885601 | Carlos Lopez | $ | 20.00 |
| MARIA | GERARDO | 10759225 | 12333885602 | Carlos Lopez | $ | 20.00 |
| JOSE | ORIGEL RODRIGEZ | 11203539 | 12333895001 | Delio Batista | $ | 20.00 |

| First Name | Last Name | ID1 | ID2 | Agent | Amount |
|---|---|---|---|---|---|
| ROSA | TORRES | 10751558 | 12333912401 | Carlos Lopez | $20.00 |
| JUAN | OBREGON | 10856999 | 12333914101 | Carlos Lopez | $20.00 |
| RAFAEL | NOGUERA | 14272482 | 12333922001 | Carlos Lopez | $20.00 |
| SAYDA | REYES REYES | 11367448 | 12334555201 | Carlos Lopez | $20.00 |
| ENIS | CUENCA BARO | 10883984 | 12335189901 | Carlos Lopez | $20.00 |
| DANIEL | MUNOZ | 2764105 | 12335958801 | Rafaela Valiente | $20.00 |
| FANNY | GOMEZ GOMEZ | 11016465 | 12335979801 | Delio Batista | $20.00 |
| CRISTIAN | GOMEZ GOMEZ | 10573801 | 12335979802 | Delio Batista | $20.00 |
| WALTER | PORTALES | 10991889 | 12335980301 | Carlos Lopez | $20.00 |
| WALTER | PORTALES | 11149056 | 12335980302 | Carlos Lopez | $20.00 |
| MARIA | VELIZ PERDOMO | 14399490 | 12335986801 | Carlos Lopez | $20.00 |
| ABNER | MARTINEZ VELIZ | 14301933 | 12335986802 | Carlos Lopez | $20.00 |
| DARCY | MARTINEZ VELIZ | 14617274 | 12335986803 | Carlos Lopez | $20.00 |
| EMELY | MARTINEZ VELIZ | 14957860 | 12335986804 | Carlos Lopez | $20.00 |
| EDIN | MARTINEZ VELIZ | 15070826 | 12335986805 | Carlos Lopez | $20.00 |
| ANA MERCEDES | CANALES SERRANO | 14833421 | 12335991801 | Delio Batista | $20.00 |
| GRETCHEN | CONRADO CANALES | 14422369 | 12335991802 | Delio Batista | $20.00 |
| JOSHOA | CONRADO CANALES | 14724931 | 12335991803 | Delio Batista | $20.00 |
| RICARDO | UZCATEGUI | 14890838 | 12335994501 | Delio Batista | $20.00 |
| AMANDA | DAVIS | 11454968 | 12335997501 | Delio Batista | $20.00 |
| EMILY | GONZALEZ DIAZ | 15086954 | 12337641301 | Delio Batista | $20.00 |
| LEOBARDO | ESCOBAR OCHOA | 11492493 | 12338507601 | Mariana Lopez | $20.00 |
| KATHERINE | BELLO | 6406770 | 12338612401 | Rafaela Valiente | $20.00 |
| VALERIE | ROJA BELLO | 5349834 | 12338612402 | Rafaela Valiente | $20.00 |
| JULIO | POSADA BELLO | 5669969 | 12338612403 | Rafaela Valiente | $20.00 |
| JULIO | POSADA | 6166344 | 12338612404 | Rafaela Valiente | $20.00 |
| EMMA | POSADA BELLO | 6631121 | 12338612405 | Rafaela Valiente | $20.00 |
| ANDY | CABALLERO | 5161051 | 12338619901 | Rafaela Valiente | $20.00 |
| HONORIO | CASTRO | 10866710 | 12339940801 | Delio Batista | $20.00 |
| CARLOS | SANCHEZ BERMUDEZ | 14331299 | 12339982801 | Rafaela Valiente | $20.00 |
| YENCI | CUBIDES | 6361069 | 12340510401 | Delio Batista | $20.00 |
| MARIA | DANIEL | 5684438 | 12340510402 | Delio Batista | $20.00 |
| BRAYAN | CASERES | 6063956 | 12340510403 | Delio Batista | $20.00 |
| ROSENDO | HERRERA | 11621127 | 12340515001 | Delio Batista | $20.00 |
| JESUS | ZAMORA | 15074628 | | Delio Batista | $20.00 |
| DARWIN | PALENCIA | 10409897 | 12341345501 | Carlos Lopez | $20.00 |
| ACOSTA, LISETTE | | 14020601 | 12303337702 | Carlos Lopez | $20.00 |

| Name | ID | Account | Agent | Amount |
|---|---|---|---|---|
| ALOISANTONIO, GRACE CELY | 5452961 | 12342828002 | Delio Batista | $ 20.00 |
| ALOISANTONIO, HANNAH CELY | 5535835 | 12342828003 | Delio Batista | $ 20.00 |
| ALVES MENDES, GEOVANE | 14260721 | 12348159501 | Delio Batista | $ 20.00 |
| ASENCIO GONZALEZ, ECSAU | 11175379 | 12325322501 | Rafaela Valiente | $ 20.00 |
| ASENCIO, BENDI | 10500927 | 12325322502 | Rafaela Valiente | $ 20.00 |
| ASENCIO, JOSE | 11541747 | 12325322504 | Rafaela Valiente | $ 20.00 |
| BASULTO ESTRADA, YOSVANI | 15091950 | 12355197701 | Rafaela Valiente | $ 20.00 |
| BERMUDEZ PEREZ, ADRIANA | 15000619 | 12347451902 | Rafaela Valiente | $ 20.00 |
| CAMPOS, BRYAN | 10901415 | 12344107701 | Mariana Lopez | $ 20.00 |
| CARO, ADRIAN | 10939622 | 12345136101 | Delio Batista | $ 20.00 |
| CAZARES, LEONANRDO | 10306409 | 12330643702 | Carlos Lopez | $ 20.00 |
| CELA, EDGAR | 5683656 | 12350469701 | Rafaela Valiente | $ 20.00 |
| CELY ABAUNZA, OSCAR ENRIQUE | 4859765 | 12342828001 | Delio Batista | $ 20.00 |
| CERON, HEISEN | 11341332 | 12349388905 | Carlos Lopez | $ 20.00 |
| CERON, INGRID | 10956815 | 12349388903 | Carlos Lopez | $ 20.00 |
| CERON, JAVIER | 11089223 | 12349388904 | Carlos Lopez | $ 20.00 |
| DIAZ, GREICO | 14730393 | 12303337701 | Carlos Lopez | $ 20.00 |
| DIAZ, RUPERTO | 6446750 | 12351153601 | Delio Batista | $ 20.00 |
| DOMINGUEZ, LETICIA | 11306390 | 12343450801 | Delio Batista | $ 20.00 |
| DURAN ALMANTA, ANTONIO | 11525855 | 12347451502 | Delio Batista | $ 20.00 |
| ESPINAL, NANCY | 14318513 | 12350481401 | Mariana Lopez | $ 20.00 |
| FUENTES, IRMA | 11090581 | 12350477401 | Rafaela Valiente | $ 20.00 |
| GARCIA HERNANDEZ, MARVIN | 14535199 | 12351156901 | Delio Batista | $ 20.00 |
| GARCIA MORA, MIRNA D | 11051763 | 12347461001 | Delio Batista | $ 20.00 |
| GARCIA, GARY DILAN | 11194941 | 12347461003 | Delio Batista | $ 20.00 |
| GARRO, ABRAHAM | 10728559 | 12351171901 | Delio Batista | $ 20.00 |
| GUERRERO, RICARDO | 10842944 | 12347461002 | Delio Batista | $ 20.00 |
| HERNANDEZ, MARIA | 11593229 | 12330643701 | Carlos Lopez | $ 20.00 |
| HERNANDEZ, MARVIN | 14406893 | 12342898601 | Delio Batista | $ 20.00 |
| KHANHOLACK PAREDES, ANUBIS | 5420349 | 12325895902 | Delio Batista | $ 20.00 |
| LEYVA, JAIDEN | 10893749 | 12347465202 | Carlos Lopez | $ 20.00 |
| LEYVA, JULIETA | 10863433 | 12347465201 | Carlos Lopez | $ 20.00 |
| LEYVA, KAYDEE PARIS | 10977019 | 12347465203 | Carlos Lopez | $ 20.00 |
| LORENZO VASQUEZ, JUSTINO | 10572625 | 12349388901 | Carlos Lopez | $ 20.00 |
| LORENZO, JEFERSON | 10503655 | 12349388902 | Carlos Lopez | $ 20.00 |
| MACEDO, CRISTIANO | 14426382 | 12350504901 | Rafaela Valiente | $ 20.00 |
| MARTINEZ ORTEGA, ANY | 10672174 | 12325901804 | Carlos Lopez | $ 20.00 |

| Name | ID | Account | Assigned | Amount |
|---|---|---|---|---|
| MEJIA CONTRERAS, SUYAPA | 10767879 | 12348192501 | Carlos Lopez | $ 20.00 |
| MEJIA RENDON, STEPHANIE | 14899576 | 12347469701 | Delio Batista | $ 20.00 |
| MENA BARRIOS, JONATHAN GUSTAV | 11310174 | 12347470301 | Delio Batista | $ 20.00 |
| MILEO RAMIREZ, MARIA DEL ROSAR | 10624384 | 12347438201 | Delio Batista | $ 20.00 |
| MORENO, JEFFER | 10256242 | 12325901101 | Carlos Lopez | $ 20.00 |
| MORENO, PEDRO | 10793895 | 12325896501 | Carlos Lopez | $ 20.00 |
| MORENO, YADER | 11254652 | 12325931601 | Carlos Lopez | $ 20.00 |
| ORTEGA, DIEGO | 10546975 | 12325901803 | Carlos Lopez | $ 20.00 |
| ORTEGA, YESSICA | 11574713 | 12325921001 | Carlos Lopez | $ 20.00 |
| PALACIOS, CINTHYA | 14098954 | 12355189802 | Rafaela Valiente | $ 20.00 |
| PARDINA GALAN, ZOILA ROSA | 14249939 | 12325914402 | Mariana Lopez | $ 20.00 |
| PAREDES MARTINEZ, JAIDER DANIEL | 6492434 | 12325895904 | Delio Batista | $ 20.00 |
| PAREDES MARTINEZ, MARITZA | 5595709 | 12325895901 | Delio Batista | $ 20.00 |
| PARRA RIGNACK, SALVADOR HECTOR | 14489559 | 12347451901 | Rafaela Valiente | $ 20.00 |
| PORTAL GONZALEZ, FELIX EFRAIN | 14051080 | 12325914401 | Mariana Lopez | $ 20.00 |
| PORTELLES, YASMANI | 10707861 | 12349361602 | Rafaela Valiente | $ 20.00 |
| RAMOS, ADOLFO | 10472803 | 12325901801 | Carlos Lopez | $ 20.00 |
| RAMOS, BRAYAN | 10377971 | 12325901802 | Carlos Lopez | $ 20.00 |
| RAMOS, DARWIN | 11189334 | 12325901805 | Carlos Lopez | $ 20.00 |
| REVOLORIO ASENCIO, BENDI | 10654574 | 12325322503 | Rafaela Valiente | $ 20.00 |
| RIOS BUSTAMANTE, LUIS ALFONZO | 5535881 | 12325895903 | Delio Batista | $ 20.00 |
| RIZO PALACIOS, ANA DE ANDREA | 14890946 | 12355189803 | Rafaela Valiente | $ 20.00 |
| RIZO TORRES, MILTON | 15203069 | 12355189801 | Rafaela Valiente | $ 20.00 |
| RODRIGUEZ GALLEGO, GRACIELA | 11435412 | 12347451501 | Delio Batista | $ 20.00 |
| SANTANA, LIZ SANDRA | 10780305 | 12349361601 | Rafaela Valiente | $ 20.00 |
| SERRANO, MARIA | 5640393 | 12347444101 | Mariana Lopez | $ 20.00 |
| VASQUEZ MEJIA, ALLISON | 10245694 | 12348192502 | Carlos Lopez | $ 20.00 |
| VASQUEZ MEJIA, JEREMY | 10733403 | 12348192503 | Carlos Lopez | $ 20.00 |
| VAZQUEZ ROJAS, MERLIN ISAIRA | 15112111 | 12347478501 | Delio Batista | $ 20.00 |
| VENTURA BAMACA, WILLIAM | 14226929 | 12347478502 | Delio Batista | $ 20.00 |
| VENTURA VASQUEZ, NEITHAN JEAN CA | 14436092 | 12347478503 | Delio Batista | $ 20.00 |