| First Name | Last Name | Agent | Exchange ID | Policy Number | Commission | |
|---|---|---|---|---|---|---|
| ELMER | LOPEZ | Mariana | 4957516 | 12227062201 | $ | 15.00 |
| YESSI | ROMERO | Mariana | 5196901 | 12227068401 | $ | 15.00 |
| EMERSON | LOPEZ | Mariana | 5932620 | 12227068402 | $ | 15.00 |
| CESAR SILVA | FERNANDEZ | Mariana | 13639920 | 12227185601 | $ | 15.00 |
| CARMEN | CRUZ | Mariana | 12981867 | 12227871901 | $ | 15.00 |
| BESSY | SEVILLA | Mariana | 12840255 | 12227878301 | $ | 15.00 |
| YEISON | SEVILLA | Mariana | 13714465 | 12227878302 | $ | 15.00 |
| DAVID | RIVERA | Mariana | 12969819 | 12227891201 | $ | 15.00 |
| ARACELI | ESCOBAR | Mariana | 13036074 | 12227927601 | $ | 15.00 |
| WALESKA | MARTINEZ | Mariana | 13825432 | 12228254801 | $ | 15.00 |
| COSME | RAMIREZ | Mariana | 12688894 | 12228254802 | $ | 15.00 |
| ANGELICA | VILLA REAL | Mariana | 5138443 | 12244205801 | $ | 15.00 |
| JULIO | TORRES | Mariana | 13029315 | 12248494701 | $ | 15.00 |
| GREITCHEN | VELEZ PEREZ | Mariana | 14495117 | 12265714401 | $ | 15.00 |
| HENRY | MEDINA | Mariana | 13932041 | 12265726001 | $ | 15.00 |
| MIGUEL | MEDINA | Mariana | 13932041 | 12265726002 | $ | 15.00 |
| KAHOMA | ESCALANTE | Mariana | 13932041 | 12265726003 | $ | 15.00 |
| FERNANDO | ZERMENO | Mariana | 2298000 | 12297889701 | $ | 15.00 |
| JUAN | BLAYAS | Mariana | 14757726 | 12297920201 | $ | 15.00 |
| | | | | | **$** | **285.00** |