8:00

# Fwd: CMS – FFM Certification  Insurance

 **Reinier Cortes** 6/16/2020

to me

**Reinier Cortes**
Managing Partner
C: (305) 332-8317
E: rcortes@
nationalunitedgroup.com
W: nationalunitedgroup.us


National United Group

   

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s).  If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither National

PLAINTIFF'S BATISTA
000043

7:55

**Accounting Department**     Mar 3

Friday - Jan 2022

Dear Delio, Please find attach... ☆

📗 Delio Batist...

---

**Accounting Department**  **Mar 2**

**BCBSTX - Molina - Jan 2022...**

Dear Delio, Please find attach... ☆

📗 Delio Ba...   📗 Delio Ba...   +1

---

**me**     Mar 2

After 6 3/3/22

M4042462573ANUEL ALFONS... ☆

---

**HealthCare.gov**     Mar 1

How to Assist Clients During T...

Resources to help your clients... ☆

---

**Broker Service Unit**     Feb 25

Urgent Commission Update –...

*Please Read* Bright HealthC... ☆

---

**Team HealthSherpa**     25

Updates: ≤150% FPL SEP

Here's new information on this... ☆


Mail
49


Chat


Spaces
1


Meet

PLAINTIFF'S BATISTA
000044

7:55 📠 M 🏷️ 🔷 m ck •    ⏰ 🔇 📶 📶 89% 🔋

Tips for making sure you get p...    🔖

**A**  Accounting Department    Mar 4
Oscar - Feb - UHC - Jan - 2022
Dear Delio, Please find attach...    ☆
🟩 Delio Bati...    🟩 Delio Bati...

**D**  me  2    Mar 3
After 5
Fr or Mo Virus-free. www.avas...    ☆

**D**  me    Mar 3
5612017509  follow up
MAIDA GARCIA    ☆

**H**  HealthCare.gov    Mar 3
Guidelines for Enrolling Consu...
Learn best practices for assist...    ☆

**D**  me    Mar 3
MARCO ANDRADES MARIN...
Llamarlo en la tarde o el fin de...    ☆

**D**  me    Mar 3
3PM  Salud Brazil
Bruna Trindade Bordigno    ✏️

📧 49
Mail        💬 Chat        👥 ① Spaces        📹 Meet

III        ⬜        ‹

PLAINTIFF'S BATISTA
000045

7:54

**D** me     Apr 21
9AM
MARIA ELENA VALADEZ 9723... ☆

**A** **Accounting Departm...** **Apr 20**
**BCBSTX - 03-2022**
Dear Delio, Please see the sta... ☆
🗎 Delio Batist...

**A** **Accounting Departm...** **Apr 20**
**Bright - 03-2022**
Dear Delio, Please see the sta... ☆
🗎 Delio Batist...

**D** me     Apr 20
CMS
(no body) ☆
📄 Carlos L...   📄 YPino   +2

**T** **The Team at Quotit**     Apr 20
How to Warm up a Cold Call📲
We know that breaking the ice... ☆

**D** me
 

Mail **49**     Chat     Spaces **1**     Meet

PLAINTIFF'S BATISTA
000046

information, you agree to maintain the confidentiality of any such information. All rights, privileges, and immunities apply.



2022 Co...nts.docx



2022 SE...nts.docx

Got it, thanks!

Thank you!

Love it!

↩ Reply

↩↩ Reply all

↪ Forward

PLAINTIFF'S BATISTA
000047

7:54

# Comp Inbox

**Reinier Cortes** Apr 22
to me

--
**Reinier Cortes**
CEO
C: (305) 332-8317
E: rcortes@avantassurance.com
W: https://
obamacareinsurancecenter.com/



**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s). If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither Avant

PLAINTIFF'S BATISTA
000048

7:53   📠 ✉ 💡 ◇ m ck  •     ⏰ 🔇 📶 📶 89% 🔋

Rachel Alanis Carreño (1) (Cli...  ⚐

**C**  Commissions Avant Ass...   May 23
BCTX- April 022
Good morning Delio, Attached...   ☆
⬚ 🟩 Delio (BCBS...

**M**  mikolo roman   May 20
Re: Your SureBridge Product B...
Hola muy buenos dias Señor o...   ☆

**L**  Licensing Support   May 20
Insurance Agent License Requ...
This reminder is provided by B...   ⭐

**C**  Commissions ... , Co...  3  **May 19**
**Ambetter - April 022**
Sorry, Delio, Attached please...   ☆
⬚ 🟩 Delio-(Amb...

**C**  Cigna Individual and Fa...   May 18
IFP Broker May Newsletter
News, content and informatio...   ☆

**D**  me  2   8
Dental

✉ 49
Mail        💬 Chat        👥 1 Spaces        📹 Meet

|||        ⬜        ‹

PLAINTIFF'S BATISTA
000049

Large, or Extra Large by **Wednesday, May 18th.** We will be ordering up to a maximum of (3) per person.

Any questions, please feel free to ask Reinier or myself.

Enjoy your weekend,

**Jennifer A. Manjarres**

Executive Office Manager

P: (305) 964-5860

C: (786) 775-1133

E: jmanjarres@avantassurance.

PLAINTIFF'S BATISTA
000050

meet us in our new offices and thereafter head to the kendall offices.

Lastly, we will be ording company polo's for each
of the staff/agents; you choose to wear
your polo daily or on Friday, it's up to you. Please send me your sizes, Small, Medium, Large, or Extra Large by **Wednesday, May 18th.** We will be ordering up to a maximum of (3) per

PLAINTIFF'S BATISTA
000051

This **Monday, May 16h at 2pm**, we will be hosting a small inauguration ceremony in honor of our new office location- there will be a ribbon cutting ceremony and celebratory toast! We will be giving a tour of the new space as well. The morning crew will leave our kendall offices at 1:30pm and go home after the ceremony. The afternoon crew will meet us in our new offices and thereafter head to the kendall

PLAINTIFF'S BATISTA
000052

Motivational quotes are inspiring to all of us! Please take some time to share your favorite quotes, specifically about positivity in the workplace, success and motivation! We will review all quotes/messages received and select a few to post on our new office walls. **Deadline to submit is Friday, May 20th**.

This **Monday, May 16h at 2pm**, we will be

7:52

90%

Jennifer Manja... May 13

to Alberto, Alix, me, ...

Hello Team, hope everyone is doing well.

We would like to take this time to inform you of updates that are happening at Avant Assurance, Inc. They are as follows:

We're officially MOVING, our new office address is:

3470 NW 82nd Avenue Suite 700
Doral, Florida 33166

PLAINTIFF'S BATISTA
000054

**have NOT signed in since account creation:** You will receive a prompt to set up an MFA device when you sign in to the CMS Enterprise Portal [https://portal.cms.gov](https://portal.cms.gov). When prompted, you will see the following screen after logging in with your User ID and Password. You will then be able to select any of the five devices listed above.

- **New users:** Starting in early June, new users will be guided to set up an MFA device as part of the "New User Registration" process

Assurance Inc, nor any of its agents or employees are responsible for the content, including viruses placed by third parties or other harmful components. This email does not contain legal, tax, or medical advice. If any confidential information is contained herein, including personal health information, you agree to maintain the confidentiality of any such information. All rights, privileges, and immunities apply.



Delio.xlsx

Received, thanks!

Thank you!

Got it, thanks!


Failed to download the attachment. Please try again.

Reply

Reply all

Forward

PLAINTIFF'S BATISTA
000056



7:45

**Alix Ledesma** Jun 15

to anagmonge, carlo... ⌄

Buenas tardes,

Como saben, han habido cambios en la oficina y de ahora en adelante se les pide de favor que cualquier comunicación acerca de solicitud de días libres o llegadas tarde a la oficina sea hecho a través del email a mi dirección de correo electrónico alix@avantassurance.com y con copia a Jennifer Manjarres, Office Manager a su email jmanjarres@avantassurance.com

Esto con el fin de mantener cubierto el turno de agentes.

Gracias por su comprensión.

Alix Ledesma
Call Center Manager
alix@avantassurance.com

PLAINTIFF'S BATISTA
000057




7:47

**Delio Batista** Jun 16

to Katrina, Mariana, A... ⌄

Buenos días,

Efectivamente, dicho protocolo ya se ha establecido por los agentes (1099), que al final del día somos el corazón de esta empresa por razones obvias e inherentes a nuestra posición.
Creo que se deben evitar fricciones innecesarias entre las diferentes posiciones, cargos y títulos con responsabilidades y funciones totalmente diferentes. El objetivo final y único de los agentes (1099) es vender y vender, lo cual establece nuestro estatus de autodisciplina y gracias a esto se benefician todos los integrantes de la empresa.

Respetuosamente,

PLAINTIFF'S BATISTA
000058

7:44   M    m ck  •

| Joining info | Join with Google Meet |
|---|---|
| | meet.google.com/epx-iziw-zbo |
| | Join by phone |
| | (US) +1 402-864-0231 (PIN: 815117266) |
| | More phone numbers |
| Calendar | dbatista@avantassurance.com |
| Who | |

- jmanjarres@avantassurance.com - organizer
- rcortes@avantassurance.com
- adarsa@avantassurance.com
- alix@avantassurance.com
- katrinaguerra81@gmail.com
- mariana62@gmail.com
- anagmn81@gmail.com
- carloslopezalcala@gmail.com
- dbatista@avantassurance.com
- rafaelavaliente@gmail.com

Avant Assurance Inc is inviting you to a **more details »** scheduled Zoom meeting.

Join Zoom Meeting
https://us06web.zoom.us/j/89372208814?pwd=
d2hSQVBYeUdwbmJwUnVLRENYMzdRdz09

Meeting ID: 893 7220 8814
Passcode: 037006
One tap mobile
+16465588656,,89372208814#,,,,*037006# US (New
York)
+13017158592,,89372208814#,,,,*037006# US
(Washington DC)

Dial by your location
        +1 646 558 8656 US (New York)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 720 707 2699 US (Denver)
        +1 253 215 8782 US (Tacoma)
        +1 346 248 7799 US (Houston)
Meeting ID: 893 7220 8814

PLAINTIFF'S BATISTA
000059

7:44

# Invitation: Sales Agent/Administration Meeting with Rei @ Thu Jun 16, 2022 3pm - 3:30pm (EDT) (dbatista@avantassurance.com) External

Inbox

 **Jennifer Manjar...** Jun 16

to me, rcortes, adars...

 Unable to load event data.

**You have been invited to the following event.**

## Sales Agent/Administration Meeting with Rei

| When | Thu Jun 16, 2022 3pm – 3:30pm Eastern Time - New York |
| --- | --- |
| Where | https://us06web.zoom.us/j/89372208814?pwd=d2hSQVBYcHdwbmJwUpVLRFNYMzdRdz |

PLAINTIFF'S BATISTA
000060

7:44

**Jennifer Manjarres**  Jun 16
Invitation: Sales Agent/Admini…
You have been invited to the f… ☆

**producersupport**  Jun 16
Chesapeake Coverage Status
Dear Producer DELIO A BATIS… ☆

**Alix … , carlos, Ana**  4  Jun 16
Comunicacion
Buenos dias! Estoy totalmente… ☆

**Mariana, Katrina, me**  3  Jun 16
Comunicacion
Buenos días, Efectivamente, d… ☆

**producersupport**  Jun 15
Chesapeake Coverage Status
Dear Producer DELIO A BATIS… ☆

**Friday Health Plans**  Jun 15
Friday Broker Flash - June 15
Happy Wednesday, valued bro… ☆

**Producersupport**  5
Customers in the Grace Perio…

Mail 50   Chat   Spaces 1   Meet

PLAINTIFF'S BATISTA
000061

7:43

## Commissions Avant A...  Jun 16
**Bright Health-05-2022**
Good Afternoon Delio, Attach... ☆

📗 Delio-BRIG...

## Commissions Avant A...  Jun 16
**Ambether-05-2022**
Good Afternoon Delio, Attach... ☆

📗 Delio-Ambe...

## Broker Service Unit  Jun 16
**SEP Notification**
*Please Read* Bright HealthC... ☆

HealthCare.gov  Jun 16
NOW LIVE: Agent/Broker Pane...
Watch the recording now to le... ☆

## The Team at Quotit  Jun 16
**Delio, This webinar will have...**
Will you join us Thursday, July... ☆

Jennifer Manjarres  ...6
Invitation: Sales Agent/Admin...

Mail ✉ 50   Chat 💬   Spaces 👥 1   Meet 🎥

PLAINTIFF'S BATISTA
000062

7:43

Inbox

3 unsent in **Outbox**          Dismiss

**producersupport**                    Jun 17
Chesapeake Coverage Status
Dear Producer DELIO A BATIS...    ☆

**SureBridge**   2                     Jun 17
Completed: You have complet...
Your documents have been co...    ☆

**SureBridge**   2                     Jun 17
Sign your insurance applicatio...
Please review and sign your d...    ☆

**producersupport**                    Jun 17
**Chesapeake Coverage Status**
Dear Producer DELIO A BATIS...    ☆

**Aspire Insurance Solutio...**         Jun 17
New Carrier Com...
Aspire Can Help

✏️  Compose

📧 50          💬            👥 1         📹
Mail          Chat        Spaces      Meet

12:21   37%

← 🔒 **Licensee Detail**
licenseesearch.fldfs.com    ⤴ ⋮

# Licensee Detail

← **Back to Search**

**License #:**

W647277

**Full Name:**

BATISTA, DELIO A

**Business Address:**

13155 SW 134TH ST SUITE 209
MIAMI, FL 33186

**Mailing Address:**

13155 SW 134TH ST SUITE 209
MIAMI, FL 33186

**Email:**

DBATISTA@AVANTASSURANCE.COM

**Phone:**

(786) 370-0838

**County:**

Dade

**NPN #:**

19539941

**Continuing Education Statistics**

PLAINTIFF'S BATISTA
000064





Inbox

**Alix Ledesma** Jun 15
to anagmonge, carlo...

Buenas tardes,

Como saben, han habido cambios en la oficina y de ahora en adelante se les pide de favor que cualquier comunicación acerca de solicitud de días libres o llegadas tarde a la oficina sea hecho a través del email a mi dirección de correo electrónico alix@avantassurance.com y con copia a Jennifer Manjarres, Office Manager a su email jmanjarres@avantassurance.com

Esto con el fin de mantener cubierto el turno de agentes.

Gracias por su comprensión.

PLAINTIFF'S BATISTA
000065

7:54

**me**                                            Apr 21
9AM
MARIA ELENA VALADEZ 9723...          ☆

**Accounting Departm...**          **Apr 20**
BCBSTX - 03-2022
Dear Delio, Please see the sta...          ☆
☒ Delio Batist...

**Accounting Departm...**          **Apr 20**
Bright - 03-2022
Dear Delio, Please see the sta...          ☆
☒ Delio Batist...

**me**                                            Apr 20
CMS
(no body)                                         ☆
📄 Carlos L...   📄 YPino   +2

**The Team at Quotit**          Apr 20
How to Warm up a Cold Call📲
We know that breaking the ice...          ☆

**me**
[49] Mail          Chat          [1] Spaces          Meet

PLAINTIFF'S BATISTA
000066

7:55

**Accounting Department**                Mar 3
Friday - Jan 2022
Dear Delio, Please find attach...        ☆

[X] Delio Batist...

**Accounting Department**   **Mar 2**
**BCBSTX - Molina - Jan 2022...**
Dear Delio, Please find attach...        ☆

[X] Delio Ba...    [X] Delio Ba...    +1

**me**                                   Mar 2
After 6 3/3/22
M4042462573ANUEL ALFONS...        ☆

**HealthCare.gov**                       Mar 1
How to Assist Clients During T...
Resources to help your clients...        ☆

**Broker Service Unit**                  Feb 25
Urgent Commission Update –...
*Please Read* Bright HealthC...          ☆

**Team HealthSherpa**                    25
Updates: ≤150% FPL SEP
Here's new information on this...         ☆

📧 Mail  49    💬 Chat    👥 Spaces 1    📹 Meet

PLAINTIFF'S BATISTA
000067

 8:00   89% 

# Fwd: CMS – FFM Certification  Insurance ⭐

  **Reinier Cortes** 6/16/2020    ↩  ⋮
to me ⌄

**Reinier Cortes**
Managing Partner
C: (305) 332-8317
E:  rcortes@ nationalunitedgroup.com
W: nationalunitedgroup.us


**National United Group**

   

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s).  If you are not an intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  Neither National