UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ, and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSIONS

Defendants, AVANT ASSURANCE INC., REINIER CORTES and ANDREA GONZALEZ QUINTERO, pursuant to Federal Rule of Civil Procedure 26, hereby serve their answers to Plaintiffs' Request for Admissions.

1)     Admit that Avant Assurance Inc. grossed at least $500,000.00 in sales made or business done in 2020.

        **DENIED**

2)     Admit that Avant Assurance Inc. grossed at least $500,000.00 in sales made or business done in 2021.

        **ADMITTED.**

3)     Admit that Avant Assurance Inc. grossed at least $500,000.00 in sales made or business done in 2022.

**ADMITTED.**

4) Admit that Defendants did not keep time records for the hours that any Plaintiff worked.

    **ADMITTED.**

5) Admit that Defendants utilized a third-party vendor in Colombia to provide leads to the Plaintiffs.

    **DENIED.**

6) Admit that Defendants used a third-party service named Blueink.

    **ADMITTED.**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via email on April 27th, 2023 to Plaintiffs' Counsel at toussaint@fairlawattorney.com

RESPECTFULLY SUBMITTED,

CUETO LAW GROUP P.L.
Attorneys for Defendants
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
Tel.: (305) 777-0377
Email: sc@cuetolawgroup.com
By: /s/ Santiago A. Cueto
SANTIAGO A. CUETO, ESQ