### Comisiones Febrero

| Carrier | Payment | Members | Revenew |
|---|---|---|---|
| Oscar | $ - | 7 | $ - |
| Ambetter | $ 35.00 | 36 | $ 1,260.00 |
| Friday | $ 35.00 | 88 | $ 3,080.00 |
| United | $ 20.00 | 1 | $ 20.00 |
| BCBSTX | $ 20.00 | 1 | $ 20.00 |
| Bright Healt | $ - | 0 | $ - |
| Molina | $ - | 0 | $ - |
| Cigna | $ 20.00 | 0 | $ - |
| Aetna | $ 20.00 | 0 | $ - |
| | | | $ 4,380.00 |

**Bonos**

| Carrier | | Memberts | Revenew |
|---|---|---|---|
| Bright Healt Rewards | $ 30.00 | 63 | $ 1,890.00 |

| total payment | | | $ 6,270.00 |

### Comisiones Marzo

| Carrier | Payment | Members | Revenew |
|---|---|---|---|
| Oscar | $ - | 2 | $ - |
| Ambetter | $ 35.00 | 64 | $ 2,240.00 |
| Friday | $ 35.00 | 52 | $ 1,820.00 |
| United | $ 20.00 | 9 | $ 180.00 |
| BCBSTX | $ 20.00 | 11 | $ 220.00 |
| Bright Healt | $ - | 0 | $ - |
| Molina | $ - | 0 | $ - |
| Cigna | $ 20.00 | 1 | $ 20.00 |
| Aetna | $ 20.00 | 0 | $ - |
| | | | $ 4,480.00 |

**Bonos**

| Carrier | | Memberts | Revenew |
|---|---|---|---|
| | $ - | 0 | $ - |

| total payment | | | $ 4,480.00 |

### Comisiones Abril

| Carrier | Payment | Members | Revenew |
|---|---|---|---|
| Oscar | $ - | 0 | $ - |
| Ambetter | $ 35.00 | 170 | $ 5,950.00 |
| Friday | $ 35.00 | 49 | $ 1,715.00 |
| United | $ 20.00 | 37 | $ 740.00 |
| BCBSTX | $ 20.00 | 18 | $ 360.00 |
| Bright Healt | $ - | 0 | $ - |
| Molina | $ - | 0 | $ - |
| Cigna | $ 20.00 | 0 | $ - |
| Aetna | $ 20.00 | 0 | $ - |
| | | | $ 8,765.00 |

**Bonos**

| Carrier | | Memberts | Revenew |
|---|---|---|---|
| | $ - | 0 | $ - |

| total payment | | | $ 8,765.00 |

### Comisiones Mayo

| Carrier | Payment | Members | Revenew |
|---|---|---|---|
| Oscar | $ - | 0 | $ - |
| Ambetter | $ 35.00 | 127 | $ 4,445.00 |
| Friday | $ 35.00 | 29 | $ 1,015.00 |
| United | $ 20.00 | 43 | $ 860.00 |
| BCBSTX | $ 20.00 | 25 | $ 500.00 |
| Bright Healt | $ - | 0 | $ - |
| Molina | $ - | 0 | $ - |
| Cigna | $ 20.00 | 0 | $ - |
| Aetna | $ 20.00 | 0 | $ - |
| | | | $ 6,820.00 |

**Bonos**

| Carrier | | Memberts | Revenew |
|---|---|---|---|
| | $ - | 0 | $ - |

| total payment | | | $ 6,820.00 |

### Comisiones Junio

| Carrier | Payment | Members | Revenew |
|---|---|---|---|
| Oscar | $ - | 0 | $ - |
| Ambetter | $ 35.00 | 196 | $ 6,860.00 |
| Friday | $ 35.00 | 26 | $ 910.00 |
| United | $ 20.00 | 4 | $ 80.00 |
| BCBSTX | $ 20.00 | 88 | $ 1,760.00 |
| Bright Healt | $ - | 0 | $ - |
| Molina | $ - | 0 | $ - |
| Cigna | $ 20.00 | 1 | $ 20.00 |
| Aetna | $ 20.00 | 0 | $ - |
| | | | $ 9,630.00 |

**Bonos**

| Carrier | | Memberts | Revenew |
|---|---|---|---|
| | $ - | 0 | $ - |

| total payment | | | $ 9,630.00 |

**Total Facturacion 2022** — $ 35,965.00

### Pagos Recibidos

| Date | Amount |
|---|---|
| 4-May | $ 5,170.00 |
| 17-May | $ 45.00 |
| 19-May | $ 3,710.00 |
| 23-May | $ 460.00 |
| 6-Jun | $ 1,760.00 |
| 6-Jun | $ 780.00 |
| 17-Jun | $ 5,285.00 |
| 21-Jun | $ 520.00 |
| 29-Jun | $ 40.00 |
| 1-Jul | $ 1,015.00 |
| 1-Jul | $ 480.00 |
| 19-Jul | $ 30.00 |
| 19-Jul | $ 4,865.00 |
| 22-Jun | $ 1,080.00 |

**Total Pagos Recibidos** — $ 25,240.00

**Total pendiente por cobrar** — $ (10,725.00)

Diferencias

#REF!
#REF!
#REF!
0
#REF!
#REF!

| Pagos | | | | Pagos | | | | Pagos | | | | Pagos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | Amount | Balance | Date | | Amount | Balance | Date | | Amount | Balance | Date | | Amount | Balance |
| 13-Apr | Ambetter | $0.00 | $1,435.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | 0-Jan | 0 | $0.00 | $0.00 |
| 20-Apr | BH Rewards | $0.00 | $1,805.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | 0-Jan | 0 | $0.00 | $0.00 |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| Total pending Payment | | | $3,030.00 | Total pending Payment | | | $4,480.00 | Total pending Payment | | | $8,765.00 | Total pending Payment | | | $6,820.00 |

| Comisiones Carlos | Julio | | | | Comisiones Carlos | Agosto | | | | Comisiones Carlos | Septiembre | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carrier | Payment | | Members | Revenew | Carrier | Payment | | Members | Revenew | Carrier | Payment | | Members | Revenew |
| Oscar | $ | - | 0 | $ - | Oscar | $ | - | 0 | $ - | Oscar | $ | - | 0 | $ - |
| Ambetter | $ | 35.00 | 0 | $ - | Ambetter | $ | 35.00 | 0 | $ - | Ambetter | $ | 35.00 | 0 | $ - |
| Friday | $ | 35.00 | 0 | $ - | Friday | $ | 35.00 | 0 | $ - | Friday | $ | 35.00 | 0 | $ - |
| United | $ | 20.00 | 0 | $ - | United | $ | 20.00 | 0 | $ - | United | $ | 20.00 | 0 | $ - |
| BCBSTX | $ | 20.00 | 0 | $ - | BCBSTX | $ | 20.00 | 0 | $ - | BCBSTX | $ | 20.00 | 0 | $ - |
| Bright Healt | $ | - | 0 | $ - | Bright Healt | $ | - | 0 | $ - | Bright Healt | $ | - | 0 | $ - |
| Molina | $ | - | 0 | $ - | Molina | $ | - | 0 | $ - | Molina | $ | - | 0 | $ - |
| Cigna | $ | 20.00 | 0 | $ - | Cigna | $ | 20.00 | 0 | $ - | Cigna | $ | 20.00 | 0 | $ - |
| Aetna | $ | 20.00 | 0 | $ - | Aetna | $ | 20.00 | 0 | $ - | Aetna | $ | 20.00 | 0 | $ - |
| | | | | $ - | | | | | $ - | | | | | $ - |

| Bonos | | | | Bonos | | | | Bonos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carrier | Memberts | | Revenew | Carrier | Memberts | | Revenew | Carrier | Memberts | | Revenew |
| | $ - | | $ - | | $ - | 63 | $ - | | $ - | 63 | $ - |
| total payment | | | $ - | total payment | | | $ - | total payment | | | $ - |

| Pagos | | | | Pagos | | | | Pagos | | | | Pagos | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | | Amount | Balance | Date | | Amount | Balance | Date | | Amount | Balance | Date | | Amount | Balance |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | | | $0.00 | $0.00 |
| Total pending Payment | | | $9,630.00 | Total pending Payment | | | $0.00 | Total pending Payment | | | $0.00 | Total pending Payment | | | $0.00 |