UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ AND
RAFAELA VALIENTE,

    Plaintiff,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ
QUINTERO,

    Defendants.
_____/

## NOTICE OF DISSOCIATION AS COUNSEL FOR PLAINTIFF

Brian H. Pollock, Esq., of the FairLaw Firm, notifies the Court and all parties that Toussaint Cummings, Inc., has dissociated himself from the firm and is no longer of record for Plaintiff Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, in this action.

Dated this 25th day of August 2023.

                                      s/Brian H. Pollock, Esq.
                                      Brian H. Pollock, Esq.
                                      Fla. Bar No. 174742
                                      brian@fairlawattorney.com
                                      **FAIRLAW FIRM**
                                      135 San Lorenzo Avenue
                                      Suite 770
                                      Coral Gables, FL 33146
                                      Tel:    305.230.4884
                                      *Counsel for Plaintiff*