UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-22671-CIV-ALTONAGA/Torres

DELIO BATISTA , et al,,

   Plaintiffs,

v.

AVANT ASSURANCE INC. et al,

   Defendants.

Case No: 1:22-cv-22671-CMA

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Avant Assurance, Inc., appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment (Doc. 106) and all other orders in this case.

Dated: September 12, 2023

    Respectfully submitted,

    /s/ Samuel Alexander
    Samuel Alexander
    Fla Bar No. 1007757
    Alexander Appellate Law P.A.
    120 S Woodland Blvd Suite 200
    DeLand, Florida 32720
    (689) 259-5010
    samuel@alexanderappeals.com

    *Appellate Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Dated: September 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Samuel Alexander
Samuel Alexander
