UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ AND
RAFAELA VALIENTE,

    Plaintiff,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

## NOTICE OF APPEAL

    Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment [ECF No. 106] and all other Orders entered in this case.

    Dated this 13th day of September 2023.

                                                      s/Brian H. Pollock, Esq.
                                                      Brian H. Pollock, Esq.
                                                      Fla. Bar No. 174742
                                                      brian@fairlawattorney.com
                                                      FAIRLAW FIRM
                                                      135 San Lorenzo Avenue
                                                      Suite 770
                                                      Coral Gables, FL 33146
                                                      Tel:   305.230.4884
                                                      *Counsel for Plaintiffs*