UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-22671-CIV-ALTONAGA/Torres

DELIO BATISTA , et al,,

    Plaintiffs,

v.

AVANT ASSURANCE INC. et al,

    Defendants.

## DEFENDANT, AVANT ASSURANCE, INC.'S NOTICE OF FILING TRIAL TRANSCRIPTS

Defendant, Avant Assurance, Inc., by and through its undersigned counsel, hereby files five (5) Trial Transcripts for the trial which commenced on July 10, 2023.

1. Trial Transcript for July 10, 2023;

2. Trial Transcript for July 11, 2023;

3. Trial Transcript for July 12, 2023;

4. Trial Transcript for July 13, 2023;

5. Trial Transcript for July 14, 2023.

Respectfully submitted,

/s/ Samuel Alexander
Samuel Alexander
Fla Bar No. 1007757
Alexander Appellate Law P.A.
120 S Woodland Blvd Suite 200
DeLand, Florida 32720

1

(689) 259-5010
samuel@alexanderappeals.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Samuel Alexander
Samuel Alexander