```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                      CASE NO. 22-cv-22671-CMA
 3


 4    DELIO BATISTA, CARLOS LOPEZ,    Miami, Florida
      MARIANA LOPEZ and RAFAELA
 5    VALIENTE,                       July 14, 2023

 6          Plaintiffs,               2:20 p.m. to 2:31 p.m.

 7       vs.                          Courtroom 13-3

 8    AVANT ASSURANCE, INC.,          (Pages 1 to 10)
      REINIER CORTES and ANDREA
 9    GONZALEZ QUINTERO,

10          Defendants.
     _____
11                        JURY TRIAL - DAY 5
                 BEFORE THE HONORABLE CECILIA M. ALTONAGA,
12                 CHIEF UNITED STATES DISTRICT JUDGE

13    APPEARANCES:

14    FOR THE PLAINTIFFS:   TOUSSAINT CUMMINGS, ESQ.
                            BRIAN POLLOCK, ESQ.
15                          FairLaw Firm
                            135 San Lorenzo Avenue, Suite 770
16                          Coral Gables, FL 33146-1878
                            (305) 230-4884
17                          Toussaint@fairlawattorney.com
                            Brian@fairlawattorney.com
18
      FOR THE DEFENDANTS:   SANTIAGO CUETO, ESQ.
19                          Santiago A. Cueto
                            2100 Ponce De Leon Boulevard, Suite
20                          1250
                            Coral Gables, FL 33134-5267
21                          (305) 777-0377
                            Sc@cuetolawgroup.com
22
                            DANIEL TROPP, ESQ.
23                          Law Offices of Daniel E. Tripp, Esquire
                            5750 Collins Avenue, Apartment 4A
24                          Miami Beach, FL 33140-2316
                            (305) 814-2035
25                          Dantropp@bellsouth.net
```

1    APPEARANCES CONTINUED:

2     REPORTED BY:              STEPHANIE A. McCARN, RPR
                                Official Court Reporter
3                               400 North Miami Avenue
                                Thirteenth Floor
4                               Miami, Florida 33128
                                (305) 523-5518
5                               Stephanie_McCarn@flsd.uscourts.gov

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          I N D E X

 2                          WITNESSES

 3

      WITNESSES FOR THE PLAINTIFFS:                    Page
 4                                                      --

 5

 6
      WITNESSES FOR THE DEFENDANTS:                    Page
 7                                                      --

 8
                            EXHIBITS
 9

10
      EXHIBITS IN EVIDENCE              IDENTIFIED   ADMITTED
11                                          --          --

12

13

14

15                        MISCELLANEOUS

16                                                    Page
      Proceedings.......................................  4
17    Verdict...........................................  4
      Court Reporter's Certificate.....................  10
18

19

20

21

22

23

24

25
```

Verdict
July 14, 2023
Delio Batista, et al. v. Avant Assurance, Inc., et al., 22-cv-22671-CMA

4

1        (The following proceedings were held at 2:20 p.m.)

2        COURT SECURITY OFFICER:  All rise.

3        THE COURT:  You may be seated.  We're just waiting on

4  the Defendants.

5    (Pause in proceedings.)

6        THE COURT:  Nice to see everyone.

7        The jury has reached a verdict.  Any questions before

8  I bring the jury out?

9        ALL PARTIES:  No, Your Honor.

10       THE COURT:  All right.  Let's bring the jury out.

11       COURT SECURITY OFFICER:  All rise for the jury,

12  please.

13    (The jury entered the courtroom at 2:21 p.m.)

14       THE COURT:  Good afternoon, ladies and gentlemen.

15  Nice to see you again.

16       Everyone, please be seated.

17       It's my understanding that the jury has reached a

18  verdict.  I would ask the foreperson to hand the courtroom

19  deputy the verdict form, please.

20    (Pause in proceedings.)

21       THE COURT:  There are no errors or omissions in the

22  filling out of the verdict form.  I will publish the verdict at

23  this time.

24                  VERDICT

25       THE COURT:  In *Batista vs. Avant Assurance, Inc.,* do

1   you find from a preponderance of the evidence as to Delio

2   Batista, No. 1, that Delio Batista was an employee under FLSA?

3   Answer:  No as to Avant, no as to Reinier Cortes and no as to

4   Andrea Gonzalez Quintero.

5           No. 3, that Defendant Avant Assurance, Inc., failed to

6   pay Delio Batista bonuses and/or commissions in breach of the

7   parties contract.  Answer:  Yes.  If yes, in what amount?

8   $54,511.

9           As to Carlos Lopez, No. 5, that Carlos Lopez was an

10  employee under the FLSA as to Avant, no; Reinier Cortes, no;

11  Andrea Gonzalez Quintero, no.

12          No. 7, that Avant Assurance, Inc., failed to pay

13  Carlos Lopez bonuses and/or commissions in breach of the

14  parties' contract.  Answer:  Yes.  If yes, in what amount?

15  $38,957.

16          Mariana Lopez, No. 9, that Mariana Lopez was an

17  employee under the FLSA of Avant Assurance, no; Reinier Cortes,

18  no; Andrea Gonzalez Quintero, no.

19          No. 11, that Avant Assurance, Inc., failed to pay

20  Mariana Lopez in bonuses and/or commissions in breach of the

21  parties' contract.  Answer:  Yes.  If yes, in what amount?

22  $15,576.

23          Rafaela Valiente, No. 13, that Rafaela Valiente was an

24  employee under the FLSA of Avant Assurance, no; Reinier Cortes,

25  no; Andrea Gonzalez Quintero, no.

1          No. 15, that Avant Assurance, Inc., failed to pay

2   Rafaela Valiente bonuses and/or commissions in breach of the

3   parties' contract.  Answer:  Yes.  If yes, in what amount?

4   $68,120.

5          So say we all, signed and dated by the jury

6   foreperson.

7          I'll ask counsel for the parties to come up and review

8   the jury questionnaire interrogatories and let me know if there

9   are any issues that you see.

10          Warren.

11          THE COURTROOM DEPUTY:  Yes, Judge.

12      (Pause in proceedings.)

13          MR. POLLOCK:  If I could just have one second.

14      (Pause in proceedings.)

15          MR. POLLOCK:  Okay.  Just wanted to make sure.  I see

16   no errors.

17          THE COURT:  Thank you.  Thank you.

18          Ladies and gentlemen, I wish to thank you for -- I'm

19   sorry.

20          Do counsel for either the Plaintiffs or the Defendants

21   desire the jury to be polled?

22          MR. POLLOCK:  Yes, Your Honor.

23          THE COURT:  All right.

24          Ladies and gentlemen, at this time, the courtroom

25   deputy will ask each of you individually whether or not this is

1    your verdict.  Please answer out loud.

2              THE COURTROOM DEPUTY:  Juror Pauline Reid, is this

3    your true and correct verdict?

4              JUROR NO. 2:  Yes.

5              THE COURTROOM DEPUTY:  Juror Denis Roa, is this your

6    true and correct verdict?

7              JUROR NO. 3:  Yes.

8              THE COURTROOM DEPUTY:  Juror Oscar Alecio, is this

9    your true and correct verdict?

10             JUROR NO. 4:  Yes.

11             THE COURTROOM DEPUTY:  Juror Anthony Munne, is this

12   your true and correct verdict?

13             JUROR NO. 5:  Yes.

14             THE COURTROOM DEPUTY:  Juror Allison Jara, is this

15   your true and correct verdict?

16             JUROR NO. 6:  Yes.

17             THE COURTROOM DEPUTY:  Juror Nicholas Hoogenbergen, is

18   this your true and correct verdict?

19             JUROR NO. 7:  Yes.

20             THE COURTROOM DEPUTY:  Juror Vicente Quiroa Carrera,

21   is this your true and correct verdict?

22             JUROR NO. 8:  Yes.

23             THE COURTROOM DEPUTY:  They all answered

24   affirmatively, Judge.

25             THE COURT:  Thank you.

1      Ladies and gentlemen, I wish to thank you for the time

2  and the careful consideration you have given this case.  I also

3  wish to advise you of some special privileges enjoyed by

4  jurors.

5      For hundreds of years, our society has relied upon

6  juries for the consideration of difficult cases, and we have

7  recognized that a jury's deliberations, discussions and votes

8  should remain the jury's private affair for as long as it

9  wishes.  You are certainly at liberty now to speak to anyone

10  about this case.  You continue to be at liberty to refuse to

11  speak to anyone.

12      A request may come from those who are simply curious

13  or those who might seek to find fault of you, so I leave it up

14  to each of you individually to decide whether or not to

15  preserve your privacy as jurors.  I will add that the parties

16  and the attorneys in this case cannot have any contact with

17  you.

18      My courtroom deputy will follow you into the jury room

19  one last time.  He will be passing out forms from our jury pool

20  section showing the days that you have been with us.  Some of

21  you may need those forms to show your employers.  He will also

22  pass out some certificates that I have signed, thanking you

23  once more and more formally for your service.

24      We will gather together any notes or materials in the

25  jury room.  You don't need to be concerned with that.

Verdict
July 14, 2023
9
Delio Batista, et al. v. Avant Assurance, Inc., et al., 22-cv-22671-CMA

1        You have a very nice weekend.  Thank you, again.

2        COURT SECURITY OFFICER:  All rise for the jury,

3   please.

4      (The jury exited the courtroom at 2:29 p.m.)

5        THE COURT:  Please be seated.

6        So we'll be entering a final judgment awarding

7   Plaintiffs the damages indicated on the breach of contract

8   claim against Avant Assurance and only on that claim.

9        I would ask Plaintiffs to wait to get your USB drive

10  back.  It's still with the jury.

11        Are there any questions?

12        MR. CUETO:  No, Your Honor.

13        MR. TROPP:  Just -- just to make sure, Judge, the USB

14  claim -- I mean the USB charts, do you think I could just take

15  a look at it, please?

16        The USB.  I'll look at it to --

17        THE COURT:  I'll let you gentlemen stay and look at

18  it.  If there's nothing else --

19        MR. POLLOCK:  That's it.

20        THE COURT:  All right.  The case is concluded at this

21  point, and you all have a nice weekend.  Thank you.

22        MR. CUMMINGS:  Thank you, Your Honor.

23        COURT SECURITY OFFICER:  All rise.

24      (The proceedings concluded at 2:31 p.m.)

25

Court Reporter's Certificate
July 14, 2023                                                    10

Delio Batista, et al. v. Avant Assurance, Inc., et al., 22-cv-22671-CMA

1                        **C E R T I F I C A T E**

2

3          **I hereby certify that the foregoing is an**

4     **accurate transcription of the proceedings in the**

5     **above-entitled matter.**

6

7    **_09/07/2023_**        _____
          **DATE**
8                         **STEPHANIE A. McCARN, RPR**
                          **Official United States Court Reporter**
                          **400 North Miami Avenue, Thirteenth Floor**
9                         **Miami, Florida 33128**
                           **(305) 523-5518**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25