**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-22671-CIV-ALTONAGA/Torres**

**DELIO BATISTA**, *et al.*,

    Plaintiffs,

v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On September 21, 2023, Defendant, Avant Assurance, Inc. filed a Renewed Rule 59 Motion for Remittitur, or Alternatively, New Trial [ECF No. 124]. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 124]** is **REFERRED** to United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Miami, Florida, this 6th day of October, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record