UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22671-CIV-ALTONAGA/Torres

**DELIO BATISTA**, *et al.*,

    Plaintiffs,
v.

**AVANT ASSURANCE INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiffs' Renewed Motion for Rule 11 Sanctions Against Defendant and Its Counsel [ECF No. 146], filed on December 8, 2023. (*See generally* Mot.). The Court previously explained that any request for sanctions is premature while Plaintiffs' and Avant's appeals are pending before the Eleventh Circuit. (*See* Nov. 30, 2023 Order [ECF No. 144] 2). Accordingly, it is

**ORDERED AND ADJUDGED** that the Plaintiffs' Renewed Motion for Rule 11 Sanctions Against Defendant and Its Counsel **[ECF No. 146]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record