# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 23, 2024

FILED BY ___AP___ D.C.
Jan 23, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 23-13046-CC
Case Style: Delio Batista, et al v. Avant Assurance, Inc., et al
District Court Docket No: 1:22-cv-22671-CMA

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13046-CC

_____

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ,
RAFAELA VALIENTE,

                        Plaintiffs - Appellees - Cross Appellants,

versus

AVANT ASSURANCE, INC.,

                        Defendant - Appellant - Cross Appellee,

REINIER CORTES
ANDREA GONZALEZ QUINTERO

                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), the cross appeal only is DISMISSED for want of prosecution because the appellant Delio Batista, Carlos Lopez, Mariana Lopez and Rafaela Valiente failed to file a Civil Appeal Statement form within the time fixed by the rules.

Effective January 23, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                              FOR THE COURT - BY DIRECTION