UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22671-ALTONAGA/TORRES

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ, and
RAFAELA VALIENTE,

    Plaintiffs,

vs.

AVANT ASSURANCE INC.,
REINIER CORTES, AND
ANDREA GONZALEZ QUINTERO,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, pursuant to Federal Rules of Civil Procedures, file and serve the above-referenced pleading and states as follows in support thereof.

1. Plaintiffs, Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente, acknowledge full payment of all judgments entered in this case. Plaintiffs agree that Defendant, Avant Assurance Inc, does not owe Plaintiffs any more monies for the judgment(s) entered before the service of this Satisfaction.

2. Any/all prior writs of garnishment are withdrawn or should be dissolved by the Court.

3. Plaintiffs request that the Court release bond number 1001198778, for $194,880.40, obtained by Avant Assurance Inc pursuant to the Bond Release appended hereto as Exhibit "A".

Dated this 20th day of March 2024.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*