# BOND RELEASE

With regard to bond number 1001198778, for $194,880.40, obtained by Avant Assurance Inc. and filed in stay of execution in *Batista et al. v. Avant Assurance Inc. et al*, Florida Southern District Court case no. 1:22-cv-22671-CMA, the judgment debtors in that case hereby release the bond by stating:

> Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente hereby acknowledge they have received the entire amount owed to them from Avant Assurance, Inc., and hereby state: (i) Avant Assurance, Inc., has satisfied all money judgments in this case in full, including but not limited to costs, interests, attorney's fees, and damages for delay, if applicable; (ii) Delio Batista, Carlos Lopez, Mariana Lopez, and Rafaela Valiente hereby fully and irrevocably releases the U.S. Speciality Insurance Company from any and all obligations, responsibilities, and liabilities under bond # 1001198778 for $194,880.40 and agree to the discharge of that bond.

Signed and agreed to by:

_____   Date: 18/03/2024
Delio Batista (Mar 18, 2024 12:29 EDT)
Delio Batista

_____   Date: 18/03/2024
Carlos Lopez (Mar 18, 2024 13:47 EDT)
Carlos Lopez

_____   Date: 18/03/2024
Mariana Lopez (Mar 18, 2024 13:03 EDT)
Mariana Lopez

_____   Date: 18/03/2024
Rafaela Valiente (Mar 18, 2024 12:27 EDT)
Rafaela Valiente

# Bond Release (Batista)

Final Audit Report 2024-03-18

| | |
|---|---|
| Created: | 2024-03-18 |
| By: | Deishaly Morales (dmorales@fairlawattorney.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbETb2K5QMXtUUNSzN8LneMcS9R9DdXid |

## "Bond Release (Batista)" History

- Document created by Deishaly Morales (dmorales@fairlawattorney.com)
  2024-03-18 - 4:23:47 PM GMT

- Document emailed to Delio Batista (batistadelioa@gmail.com) for signature
  2024-03-18 - 4:23:51 PM GMT

- Document emailed to Mariana Lopez (mariana62@gmail.com) for signature
  2024-03-18 - 4:23:51 PM GMT

- Document emailed to Carlos Lopez (carloslopezalcala@gmail.com) for signature
  2024-03-18 - 4:23:51 PM GMT

- Document emailed to Rafaela Valiente (rafaelavaliente@gmail.com) for signature
  2024-03-18 - 4:23:51 PM GMT

- Email viewed by Rafaela Valiente (rafaelavaliente@gmail.com)
  2024-03-18 - 4:24:45 PM GMT

- Email viewed by Delio Batista (batistadelioa@gmail.com)
  2024-03-18 - 4:27:23 PM GMT

- Document e-signed by Rafaela Valiente (rafaelavaliente@gmail.com)
  Signature Date: 2024-03-18 - 4:27:25 PM GMT - Time Source: server

- Document e-signed by Delio Batista (batistadelioa@gmail.com)
  Signature Date: 2024-03-18 - 4:29:36 PM GMT - Time Source: server

- Deishaly Morales (dmorales@fairlawattorney.com) replaced signer Mariana Lopez (mariana62@gmail.com) with Mariana Lopez (mariana26@gmail.com)
  2024-03-18 - 4:59:49 PM GMT

- Document emailed to Mariana Lopez (mariana26@gmail.com) for signature
  2024-03-18 - 4:59:50 PM GMT



- Email sent to Mariana Lopez (mariana26@gmail.com) bounced and could not be delivered
  2024-03-18 - 4:59:57 PM GMT

- Deishaly Morales (dmorales@fairlawattorney.com) replaced signer Mariana Lopez (mariana62@gmail.com) with Mariana Lopez (mariana@segurosobamacare.com)
  2024-03-18 - 5:02:52 PM GMT

- Document emailed to Mariana Lopez (mariana@segurosobamacare.com) for signature
  2024-03-18 - 5:02:52 PM GMT

- Email sent to Mariana Lopez (mariana26@gmail.com) bounced and could not be delivered
  2024-03-18 - 5:02:57 PM GMT

- Email viewed by Mariana Lopez (mariana@segurosobamacare.com)
  2024-03-18 - 5:03:24 PM GMT

- Document e-signed by Mariana Lopez (mariana@segurosobamacare.com)
  Signature Date: 2024-03-18 - 5:03:57 PM GMT - Time Source: server

- Email viewed by Carlos Lopez (carloslopezalcala@gmail.com)
  2024-03-18 - 5:46:35 PM GMT

- Document e-signed by Carlos Lopez (carloslopezalcala@gmail.com)
  Signature Date: 2024-03-18 - 5:47:00 PM GMT - Time Source: server

- Agreement completed.
  2024-03-18 - 5:47:00 PM GMT