# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 22, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY JG D.C.
Mar 22, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 23-13046-CC
Case Style: Delio Batista, et al v. Avant Assurance, Inc., et al
District Court Docket No: 1:22-cv-22671-CMA

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13046-CC

_____

DELIO BATISTA,
CARLOS LOPEZ,
MARIANA LOPEZ,
RAFAELA VALIENTE,

                Plaintiffs - Appellees,

versus

AVANT ASSURANCE, INC.,

                Defendant - Appellant,

REINIER CORTES
ANDREA GONZALEZ QUINTERO

                Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Avant Assurance, Inc. is GRANTED by clerk [10162524-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective March 22, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                FOR THE COURT - BY DIRECTION